KARIN G. PAGNANELLI (SBN 174763)
  kgp@msk.com
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA  90067-3120
Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Plaintiff
Kore Outdoor (US) Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORE OUTDOOR (US) INC., | CASE NO.: 2:26-cv-08257 |
| Plaintiff, | **COMPLAINT FOR TRADE DRESS INFRINGEMENT, TRADEMARK INFRINGEMENT, FALSE DESIGNATION OF ORIGIN, AND UNFAIR COMPETITION** |
| v. | |
| HK ARMY, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

Plaintiff Kore Outdoor (US), Inc. ("Kore" or "Plaintiff"), by and through its undersigned counsel, for its Complaint against Defendant HK Army Inc. ("HK Army" or "Defendant"), alleges as follows:

## NATURE OF ACTION

1.     This is an action for trade dress infringement, trademark infringement, false designation of origin, and unfair competition arising from HK Army's multi-product campaign to copy and trade on Kore's distinctive paintball products, product configurations, product appearances, and source identifiers.

2.     Kore and its predecessors-in-interest have developed, sold, advertised, and promoted some of the most recognized products in the paintball industry, including MARBALLIZER paintballs and the registered MARBALLIZER paintball trade dress covered by federal U.S. Reg. No. 3,049,101, the PROFLEX paintball mask/goggle system, the JT goggle frame, JT SPECTRA lenses, and paintball mask products sold under and associated with the FLEX trademark.

3.     The asserted trade dress rights, discussed in more detail below, include: (a) the trade dress in the overall appearance of the MARBALLIZER paintball; (b) the trade dress in the overall appearance of the PROFLEX paintball mask/goggle system; (c) the trade dress in the JT goggle frame; and (d) the trade dress in the JT SPECTRA lens.  The asserted trademark rights include Kore's FLEX trademark and related FLEX-formative marks as pleaded below.  The asserted trade dress rights and asserted trademark rights are collectively referred to herein as the "Asserted Rights."

4.     HK Army has adopted and sold products that copy or closely imitate Kore's Asserted Rights, including, but not limited to, the HK Army RMX mask, HK Army RMX goggle frame, HK Army RMX lens, HK Army VANDAL-brand paintballs, the HK Army FLX mark for masks, goggles and related goods (collectively, the "Accused Products and Infringing Marks.").  HK Army's Accused Products and Infringing Marks are likely to cause consumers, retailers,

field operators, teams, and other market participants to believe that HK Army's goods originate with, are sponsored by, are affiliated with, or are approved by Kore when they are not.

5. Upon information and belief, HK Army's conduct is willful. The Accused Products and Infringing Marks do not represent isolated or coincidental similarities. They form a cumulative pattern of copying several of Kore's seminal paintball products and identifiers in the same specialized market, through overlapping channels of trade, and directed to the same consumers.

## PARTIES

6. Plaintiff Kore Outdoor (US), Inc. is a Delaware corporation with a business address at 4230 Lake Avenue, Fort Wayne, Indiana 46815. Kore manufactures, markets, distributes, and sells paintball products throughout the United States, including through its JT, Empire, Tippmann, G.I. Sportz, and related brands.

7. Kore owns, controls, and/or is entitled to enforce the trademarks, trade dress, goodwill, and related intellectual property rights asserted in this action, including the Asserted Rights, and including through ownership and rights obtained from predecessors- in-interest and affiliated brand portfolios. Kore has standing to bring this action to protect those rights.

8. Defendant HK Army Inc. is, upon information and belief, a California corporation with business addresses at 2702 Saint Louis Avenue, Signal Hill, California 90755 and/or 1700 Seabright Avenue, Long Beach, California 90813.

9. Upon information and belief, HK Army manufactures, imports, markets, distributes, offers for sale, and sells paintball masks, goggles, lenses, paintballs, and related products, including the Accused Products and the Infringing Marks, throughout the United States, including in this Judicial District, through its own websites, third-party retailers, distributors, social media channels, sponsored teams and players, trade shows, and industry channels.

Mitchell
Silberberg &
Knupp LLP

21772050.1

3

**COMPLAINT**

## JURISDICTION AND VENUE

10.     This Court has subject matter jurisdiction over Kore's federal trademark, trade dress, and unfair competition claims under 28 U.S.C. §§ 1331 and 1338(a), and 15 U.S.C. §§ 1114, 1121, and 1125(a).

11.     This Court has supplemental jurisdiction over Kore's related state and common law claims under 28 U.S.C. § 1367 because those claims arise from the same nucleus of operative facts as Kore's federal claims.

12.     This Court has personal jurisdiction over HK Army because HK Army is incorporated in California, maintains its principal place of business in California, regularly conducts business in this District, has committed acts complained of in this District, and has caused injury to Kore and the consuming public in this District and throughout the United States.

13.     Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(c) because HK Army resides in this District, is subject to personal jurisdiction in this District, and a substantial part of the events or omissions giving rise to Kore's claims occurred in this District.

## BACKGROUND

### *Kore's Paintball Sport Business, Paintball Sport Products, and Goodwill*

14.     Paintball is a sport where teams of players try to capture the opposing team's flag.  Each flag is located at the team's home base.  The sport is played on a large field with opposing home bases at each end.  The players are each armed with a paintball marker that fires dye-filled projectiles referred to as paintballs. Players marked by a paintball "splat" are considered "out" of the game.

15.     Kore is a leading worldwide supplier of paintball sport equipment and accessories.  Through its brands and predecessors-in-interest, dating back over thirty (30) years, Kore has offered a broad line of paintball products, including goggles and masks, lenses, goggle frames, paintballs, markers, loaders, apparel, and accessories.

Mitchell
Silberberg &
Knupp LLP

21772050.1

4

**COMPLAINT**

16. Kore's MARBALLIZER paintballs are well known in the paintball sport marketplace and are associated with a distinctive striped visual appearance on the paintballs themselves. Examples of Kore's MARBALLIZER paintballs are shown in Exhibit A.

17. Kore's paintball facemasks (or masks) and goggle systems, along with associated accessories, include the PROFLEX paintball masks and goggles (examples shown in Exhibit C), JT goggle frames (examples shown in Exhibit D), and JT SPECTRA lenses (examples shown in Exhibit E). These products are well known in the paintball sport market. The products are sold to paintball sport players, fields, retailers, teams, distributors, and enthusiasts through overlapping online and retail channels.

18. In the paintball sport market, product appearance has particular source-identifying significance. Players, teams, field operators, retailers, and consumers often encounter paintball goggles, lenses, frames, masks, and paintballs in use at fields, in tournament photographs and videos, in social media posts, in retailer product pages, and in bulk containers or bags where the visible product appearance conveys source, sponsorship, affiliation, or approval.

19. Kore and its predecessors-in-interest have invested substantial time, effort, skill, and capital in designing, advertising, promoting, distributing, and selling the relevant products, including those covered by the Asserted Rights. Kore has promoted the products through product advertising, packaging, retail promotions, websites, catalogs, trade shows, social media, sponsorships, team and field relationships, third-party retailer listings, player use, and word-of-mouth within the paintball community.

20. Paintball sport products are often seen during tournament play or on paintball fields, where potential customers do not have the ability to examine the products up close. Accordingly, the overall appearance of such products at a distance leaves an impression on such potential consumers. In addition,

photographs of paintball sport products on the internet similarly show paintball sport players "in action," where overall product silhouettes can only be seen at a distance.

21.     Kore's paintball sport products, including those covered by the Asserted Rights, are sold in interstate commerce and have been available to consumers throughout the United States for many years.  Through sustained sales, advertising, promotion, use, and marketplace recognition, the asserted Kore trademarks and trade dress have developed substantial goodwill and serve as indicators of source, sponsorship, affiliation, or approval.

### *MARBALLIZER Paintball Trade Dress*

22.     Kore owns federally registered trade dress rights in the distinctive appearance of MARBALLIZER paintballs under U.S. Reg. No. 3,049,101 (Reg. No. 3049101) (the "MARBALLIZER Paintball Trade Dress Registration"), and related common law rights in that paintball trade dress (collectively, the "MARBALLIZER Paintball Trade Dress").  As a result of its longevity on the Principal Registry, the MARBALLIZER Paintball Trade Dress Registration is now incontestable under 15 U.S.C. § 1065.  A true and correct copy of the registration, together with current United States Patent and Trademark Office (USPTO) TSDR status, renewal, incontestability, assignment and chain-of-title materials, are attached in Exhibit B.

23.     The MARBALLIZER Paintball Trade Dress comprises the overall commercial impression created by paintballs bearing a varied striped shell appearance evoking a "marbled" or streaked look, including color bands and/or striping that creates a distinctive visual impression.

24.     The MARBALLIZER Paintball Trade Dress Registration for the appearance of a fanciful design on the surface of a paintball is valid, subsisting, and incontestable.

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

25.    Kore and its predecessors-in-interest have used the MARBALLIZER Paintball Trade Dress substantially, continuously, and prominently in U.S. commerce since at least as early as 1994. The length of use of the MARBALLIZER Paintball Trade Dress since adoption is therefore approximately 32 years.

26.    Kore's and its predecessors-in-interest' use of the MARBALLIZER Paintball Trade Dress has been substantially exclusive. To the extent third parties have attempted to use confusingly similar striped paintball appearances, Kore and/or its predecessors-in-interest have policed those uses, including through federal lawsuits where necessary.

27.    Sales of paintballs bearing the MARBALLIZER Paintball Trade Dress have been substantial.  Since approximately 2007, Kore and its predecessors-in-interest have sold over a million MARBALLIZER paintballs, generating approximately tens of millions of dollars in sales, through direct sales, retailers, distributors, and paintball sport fields.

28.    Kore and its predecessors-in-interest have advertised and promoted the MARBALLIZER paintballs and the MARBALLIZER Paintball Trade Dress, including through packaging, catalogs, dealer materials, point-of-sale displays, product photographs, websites, social media, sponsored players or teams, trade shows, tournament support, field relationships, and retailer listings.  Kore's advertising and product imagery prominently displays the distinctive marbleized appearance of the paintballs themselves.  Upon information and belief, such advertising and promotions have generated at a minimum hundreds of thousands of commercial impressions over the years.

29.    The MARBALLIZER Paintball Trade Dress has an established place in the paintball sport market.  Consumers, retailers, dealers, field operators, players, teams, reviewers, and other participants have recognized the distinctive

marbleized paintball appearance as identifying MARBALLIZER paintballs and a single source, whether or not they know that source by name.

30. The secondary meaning in the MARBALLIZER Paintball Trade Dress is further supported by intentional copying. HK Army adopted the accused VANDAL paintball appearance with full knowledge of the MARBALLIZER Paintball Trade Dress. Other third parties also copied the MARBALLIZER Paintball Trade Dress, and Kore stopped such third parties from copying the MARBALLIZER Paintball Trade Dress through federal lawsuits.

31. Many third parties in the relevant paintball sport industry offer competing paintballs, without having to copy the MARBALLIZER Paintball Trade Dress. The look of the MARBALLIZER Paintball Trade Dress is not necessary to compete in the sale of paintballs.

### Kore's PROFLEX Trade Dress

32. Kore owns protectable product-configuration trade dress rights in the non-functional, source-identifying combination and arrangement of visual elements embodied in its PROFLEX paintball mask/goggle system (the "PROFLEX Trade Dress").

33. The PROFLEX Trade Dress comprises the overall commercial impression created by the combination and arrangement of, among other ornamental and source-identifying elements, the following elements which are apparent from the visual appearance and articulated for the purpose of this Complaint, that collectively comprise the PROFLEX Trade Dress:

a. a broad, forward-projecting upper brow portion of the goggle frame;

b. a prominent goggle frame surrounding a lens area, with a recessed lens seating area, including upper curved extensions with a slot above each eye area, and lower slots below each eye area, the goggle frame providing a contrasting appearance with respect to other parts of the mask, and transitioning to

Mitchell
Silberberg &
Knupp LLP

21772050.1

8

**COMPLAINT**

side temple portions with a decreased diameter and forming a slot for receiving a goggle strap;

        c.     a raised central nose bridge area, having a flat raised front surface, and flat, sloping side surface, and having an overall trapezoidal appearance with a narrower upper portion and a wider lower portion, providing for a faceted appearance;

        d.     a transitional area between the upper part of the mask (goggle frame) and the lower part of the mask (also called a "skirt" or "bottom") including two openings on either side of the nose bridge area, presenting a visible construction in which the rigid upper goggle frame is joined to a softer, flexible lower face skirt, creating a distinctive separation between the eye-protection portion and the mouth-and-jaw portion;

        e.     a flexible lower face skirt having a flared, wraparound shape that extends outwardly over the mouth and jaw area, curves upward at the cheek areas, and tapers downward toward the chin;

        f.     separate ear pieces extending rearwardly from the back of the goggle frame and skirt, visually integrating the upper frame and lower skirt, and providing a strap receiving channel, with a wedge-shaped portion of the ear pieces visible below the strap receiving channel; and

        g.     a broad generally rectangular head strap aligned in the strap receiving channel, extending rearward from the goggle frame portion.

34.    As shown in Exhibit C, the PROFLEX paintball mask also includes a removable visor, such that the mask can be used or worn both with and without the visor.

35.    Kore and its predecessors-in-interest have used the PROFLEX Trade Dress substantially, continuously, and prominently in commerce since at least 2018. The PROFLEX Trade Dress has therefore been used for approximately 8 years, and has appeared consistently in product lines, product photographs,

Mitchell
Silberberg &
Knupp LLP

21772050.1

9

**COMPLAINT**

catalogs, dealer materials, packaging, online listings, social media, and player/team use.

36.    Kore's use of the PROFLEX Trade Dress has been substantially exclusive.  Competitors in the paintball field have many alternative goggle and mask designs available and in use, including alternative frame and goggle contours, lower-mask silhouettes, jawline shapes, lens/frame relationships, side panels, and ear/strap configurations.  The PROFLEX Trade Dress is not necessary to compete in the field of paintball sport products.

37.    Sales of products embodying the PROFLEX Trade Dress have been substantial.  Since approximately 2020, Kore and its predecessors-in-interest have sold hundreds of thousands of units of PROFLEX paintball masks embodying the PROFLEX Trade Dress, generating approximately over ten million dollars in sales, through direct sales, retailers, distributors, and fields, in the United States.

38.    Kore have advertised and promoted products embodying the PROFLEX Trade Dress, including through catalogs, dealer displays, product photography, videos, websites, social media, tournament and team sponsorships, field relationships, trade shows, and retailer listings.  Kore's advertising and product imagery repeatedly depicts the complete PROFLEX silhouette as a distinctive and recognizable brand asset.  Upon information and belief, such advertising and promotions have generated at a minimum hundreds of thousands of commercial impressions over the years.

39.    The PROFLEX Trade Dress has an established place in the paintball sport market.  Consumers, retailers, field operators, teams, reviewers, and players recognize the PROFLEX appearance as identifying  a single source.

40.    The secondary meaning of the PROFLEX Trade Dress is further supported by HK Army's intentional copying in connection with the accused HK Army RMX goggle.  HK Army adopted the HK Army RMX goggle appearance with knowledge of the PROFLEX Trade Dress.

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

41. Several third parties in the relevant paintball sport industry offer competing paintball sport goggles and facemasks, without having to copy the PROFLEX Trade Dress.

### *JT Goggle Frame Trade Dress*

42. Kore owns protectable product-configuration trade dress rights in the non-functional, source-identifying combination and arrangement of visual elements embodied in the JT goggle frame (the "Goggle Frame Trade Dress"). Examples of the Goggle Frame Trade Dress are shown in Exhibit D.

43. The Goggle Frame Trade Dress comprises the overall commercial impression created by the combination and arrangement of, among other ornamental and source-identifying elements, the following elements which are apparent from the visual appearance and articulated for the purpose of this Complaint, that collectively comprise the Goggle Frame Trade Dress:

   a. a prominent, one-piece wraparound frame body forming an oversized, generally horizontally elongated lens opening including large eye portions to either side;

   b. a pronounced central nose bridge having a generally horizontal top portion and downwardly and outwardly sloping side walls, forming an inverted V-shaped transition area;

   c. a raised upper extension over each eye area, including a slot;

   d. a lower slot formed below each lower eye area;

   e. a recessed lens receiving channel area around the inner perimeter of the frame body;

   f. two sweeping lower frame portions that extend outward and rearward from the central nose bridge, creating a distinctive curved "wing" profile beneath the eye openings;

   g. a broad, rearwardly extending nose bridge area, extending rearwardly from the central portion of the recessed lens receiving channel area;

Mitchell
Silberberg &
Knupp LLP

21772050.1

11

**COMPLAINT**

h. vertically oriented areas at the left and right ends of the frame, giving the frame a squared-off lateral boundary;

i. vertical, slotted areas at the left and right ends of the frame; and

j. recessed trapezoidal rear extension tabs with rounded openings in the middle, and upper and lower slots surrounding the openings, at the rear of the left and right ends of the frame.

44. Kore and its predecessors-in-interest have used the Goggle Frame Trade Dress substantially, continuously, and prominently in commerce since at least 2018. The Goggle Frame Trade Dress is sold as part of the PROFLEX paintball masks featuring the PROFLEX Trade Dress, and is also sold individually. The various parts of the PROFLEX paintball mask can be disconnected from the JT goggle frame. Thus, various components can be added to the JT goggle frame featuring the Goggle Frame Trade Dress to create a PROFLEX paintball mask featuring the PROFLEX Trade Dress.

45. The Goggle Frame Trade Dress has been used for approximately 8 years, and has appeared as part of goggle systems, replacement frames, product photographs, catalogs, packaging, online listings, social media, and retailer displays.

46. Kore's use of the Goggle Frame Trade Dress has been substantially exclusive. Competitors have many alternative goggle frame designs available and in use, including alternative lens apertures, nose contours, perimeter rims, lower contours, side connection geometries, and strap/ear relationships. The look of the Goggle Frame Trade Dress is not necessary to compete in the field of paintball sport products.

47. Sales of goods embodying the Goggle Frame Trade Dress have been substantial. At least as part of the PROFLEX paintball mask, Kore and its predecessors-in-interest have sold hundreds of thousands of units of the JT Goggle

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

frame embodying the Goggle Frame Trade Dress, through direct sales, retailers, distributors, and fields, in the United States.

48.   Kore and its predecessors-in-interest have advertised and promoted goods embodying the Goggle Frame Trade Dress, including through catalogs, dealer displays, product photography, videos, websites, social media, tournament and team sponsorships, field relationships, trade shows, and retailer listings. Kore's advertising and product imagery repeatedly shows the distinctive frame shape as part of the product identity.  Upon information and belief, such advertising and promotions have generated at a minimum hundreds of thousands of commercial impressions over the years.

49.   The Goggle Frame Trade Dress has an established place in the paintball sport market.  Consumers, retailers, field operators, teams, reviewers, and other industry participants recognize the Goggle Frame Trade Dress appearance as identifying a single source.

50.   The secondary meaning of the Goggle Frame Trade Dress is further supported by HK Army's intentional copying of the accused RMX frame kit.  HK Army adopted the RMX frame appearance with knowledge of the Goggle Frame Trade Dress.

### Kore's JT Spectra Lens Trade Dress

51.   Kore owns protectable product-configuration trade dress rights in the non-functional, source-identifying combination and arrangement of visual elements embodied in the JT SPECTRA lens (the "SPECTRA Lens Trade Dress"). Examples of the SPECTRA Lens Trade Dress are shown in Exhibit E.

52.   The SPECTRA Lens Trade Dress comprises the overall commercial impression created by the combination and arrangement of, among other ornamental and source-identifying elements, the following elements which are apparent from the visual appearance and articulated for the purpose of this Complaint, that collectively comprise the SPECTRA Lens Trade Dress:

Mitchell
Silberberg &
Knupp LLP

21772050.1

13

**COMPLAINT**

a.    a broad, horizontally elongated shield-like lens silhouette that is substantially wider than it is tall, providing for a rounded-rectangular overall appearance with softened corners;

b.    a gently arched upper lens contour extending across the width of the lens body;

c.    a central nose bridge area formed by a high, rounded inverted-U shape rising into the lower middle portion of the lens, with downwardly and outwardly sweeping inner contours on both sides of the central nose bridge opening;

d.    lower lens contours that sweep outward from the central nose bridge opening toward the left and right lower side regions in shallow, flowing curves;

e.    laterally extended side portions that curve rearward from the central viewing area, giving the lens a wraparound front-to-side profile; and

f.    a visible, prominent black line positioned inward from, and generally parallel to, the outer perimeter of the lens, which follows the lens's arched upper contour, rounded shoulders, extended side portions, lower lateral curved, and central nose bridge opening contour, visually framing the viewing area.

53.    Kore and its predecessors-in-interest have used the SPECTRA Lens Trade Dress substantially, continuously, and prominently in commerce since at least 1998. The SPECTRA Lens Trade Dress has therefore been used for approximately 28 years, and has appeared on complete goggle systems, replacement lenses, product photographs, catalogs, packaging, online listings, social media, and retailer displays.

54.    Kore's use of the SPECTRA Lens Trade Dress has been substantially exclusive.  Competitors have many alternative lens designs available and in use, including alternative panoramic shapes, upper and lower contours, nose cutouts,

Mitchell
Silberberg &
Knupp LLP

21772050.1

14
**COMPLAINT**

perimeter borders, and size parameter relationships.  The look of the SPECTRA Lens Trade Dress is not necessary to compete in the field of paintball sport products.

55.    Sales of goods embodying the SPECTRA Lens Trade Dress have been substantial.  Since approximately 2019, Kore and its predecessors-in-interest have sold approximately over one hundred thousand goggle systems and/or replacement lenses embodying the SPECTRA Lens Trade Dress, generating millions of dollars in sales, through direct sales, retailers, distributors, and/or fields.

56.    Kore and its predecessors-in-interest have advertised and promoted goods embodying the SPECTRA Lens Trade Dress, including through catalogs, dealer displays, product photography, videos, websites, social media, tournament and team sponsorships, field relationships, trade shows, and retailer listings. Kore's advertising and product imagery repeatedly shows the distinctive SPECTRA lens appearance as a recognizable Kore product identifier.  Upon information and belief, such advertising and promotions have generated at a minimum hundreds of thousands of commercial impressions over the years.

57.    The SPECTRA Lens Trade Dress has an established place in the paintball sport market.  Consumers, retailers, field operators, teams, reviewers, and players recognize the SPECTRA lens appearance as identifying Kore or a single source.

58.    The secondary meaning of the SPECTRA Lens Trade Dress is further supported by HK Army's intentional copying of the accused RMX lens.  Upon information and belief, HK Army adopted the RMX lens appearance with knowledge of the SPECTRA Lens Trade Dress and to capture the goodwill and consumer recognition associated with Kore's lens configuration.

### Kore's FLEX Trademarks

59.    Kore owns valid and protectable rights in the trademark "FLEX" that has been used in connection with paintball goggles, goggle systems, masks, lenses,

Mitchell
Silberberg &
Knupp LLP

21772050.1

15

**COMPLAINT**

frames, and related components (collectively, the "FLEX Marks") for many years. Various examples of Kore's products sold under the various FLEX Marks are shown in attached Exhibit F.

60.    In 1997, Kore's predecessor-in-interest launched the FLEX 7 paintball sport goggle.  Since that time, Kore and its predecessors-in-interest have expanded the use of the mark "FLEX" to various paintball sport goggles and facemasks in the Kore lineup of products.

61.    In 2005, Kore's predecessor-in-interest launched the FLEX 8 paintball sport goggle.  That goggle has been continuously offered since 2005 and is still offered today.

62.    In 2012, Kore's predecessor-in-interest launched the E-FLEX paintball sport goggle.  That goggle has been continuously offered since 2012 and is still offered today.

63.    In 2018, Kore's predecessor-in-interest launched the PROFLEX paintball sport goggle.  That goggle has been continuously offered since 2018 and is still offered today.

64.    Kore's FLEX Marks including the trademarks E-FLEX, PROFLEX and FLEX 8, are used in connection with paintball goggles, goggle systems, and related goods and accessories.  Consumers encountering abbreviated or vowel-deleted forms such as "FLX" in connection with goggles and goggle components are likely to understand that term as the equivalent of "FLEX" and to associate it with Kore's FLEX-related goggle products.

65.    Kore and its predecessors-in-interest have used the FLEX Marks, in one form or another, substantially, continuously, and prominently in commerce since at least 1997. Kore and its predecessors-in-interest have used a mark containing the term "FLEX" for a paintball sport goggle for approximately 28 years, and such a trademark has appeared on product names, packaging, catalogs, websites, retailer listings, product photography, social media, and dealer materials.

Mitchell
Silberberg &
Knupp LLP

21772050.1

16

**COMPLAINT**

66.    Sales of products sold under or associated with the FLEX Marks have been substantial.  Since 2005, Kore and its predecessors-in-interest have sold approximately hundreds of thousands of units of FLEX 7, PROFLEX, FLEX 8, E-FLEX paintball sport products, generating tens of millions of dollars in sales, through retailers, distributors, fields, and/or direct sales in the United States.

67.    Kore and its predecessors-in-interest have advertised and promoted products sold under or associated with the FLEX Marks, including through catalogs, dealer displays, product photography, videos, websites, social media, tournament and team sponsorships, field relationships, trade shows, and retailer listings.  Kore's advertising has used the FLEX Marks as brand identifiers for Kore's goggle systems and related goods.  Upon information and belief, such advertising and promotions have generated at a minimum hundreds of thousands of commercial impressions over the years.

68.    The FLEX Marks have acquired substantial goodwill and, to the extent necessary, secondary meaning in the paintball marketplace.  Consumers, retailers, field operators, teams, sponsored players, reviewers, and other industry participants recognize "FLEX" as a trademark as identifying a single source of goods.

69.    Kore's rights in its FLEX Marks are further supported by HK Army's intentional adoption of the accused FLX mark for identical or closely related goods.  Upon information and belief, HK Army adopted FLX with knowledge of Kore's FLEX Mark and because FLX evokes the same commercial impression as FLEX in the paintball goggle market.

### *HK Army and the Infringing Products and Infringing Marks*

70.    HK Army competes directly with Kore in the paintball and airsoft sports equipment market.  HK Army sells paintball and airsoft goggles, lenses, masks, accessories, paintballs, apparel, and related goods through overlapping channels of trade.

Mitchell
Silberberg &
Knupp LLP

21772050.1

17

**COMPLAINT**

71. Upon information and belief, HK Army is well aware of Kore and its predecessors-in-interest and their Kore's product offerings.

72. Upon information and belief, HK Army is well aware of Kore's and its predecessors-in-interest's intellectual property rights, having entered into prior intellectual property licensing agreements with Kore and its predecessors-in-interest.

73. On or around October 2024, Kore discovered that HK Army was promoting and offering for sale paintball sport goggle and mask parts and accessories using Kore's well-known PROFLEX and FLEX trademarks.

74. On October 31, 2024, a cease and desist letter was sent by Kore's counsel to HK Army, advising of Kore's rights in the FLEX Marks, and demanding that HK Army cease use of the marks "FLEX" and "FLX". A true and copy of that letter is attached as Exhibit G.

75. Between November 2024 and February 2025, HK Army's and Kore's attorneys engaged in discussions in an attempt to amicably settle the matter. Ultimately, HK Army agreed to remove the infringing trademarks, and according to HK Army's attorneys, would no longer infringe Kore's intellectual property rights in connection with the complained of activity, including use of the trademarks FLEX or FLX.

76. Since that time, Kore has discovered that HK Army has engaged in a pattern of extensive infringement and copying of Kore's product line, apparently seeking to replicate a sizable portion of Kore's product offerings with confusingly similar goods and trademarks, with the goal of diverting customers and sales by using Kore's long-established intellectual property rights as a starting point.

77. After agreeing to cease using the mark "FLX", HK Army proceeded to continue prosecuting U.S. Trademark Serial No. 98531974 for the trademark "FLX". The complete prosecution history for that trademark application is attached as Exhibit H.

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

78. In August 2025, well after agreeing to cease using the mark FLX, HK Army filed a Statement of Use for the goods "Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases."

79. Ultimately, and without Kore's knowledge, U.S. Trademark Serial No. 98531974 matured into U.S. Registration No. 8188926.

80. The "FLX" trademark now appears on HK Army's website in connection with the sale of parts for paintball sport goggles and masks, as shown in Exhibit I.

### HK Army Infringing Paintballs

81. On or around June 2026, Kore discovered that that HK Army was offering a paintball including a marbled appearance that copies Kore's long-established MARBALLIZER Trade Dress. Kore discovered that such infringing paintballs are now offered under the trademark VANDAL (the "Infringing Paintballs"). Images of specimens of the Infringing Paintballs are shown in Exhibit J. Copies of HK Army's website featuring the Infringing Paintballs are shown in Exhibit K.

82. As shown in below the Infringing Paintballs include a varied stripe pattern design, having the appearance of a marbled surface, just like Kore's MARBALLIZER Trade Dress, and such a design was not by happenstance or a mistake on the part of HK Army, but was made with full knowledge of Kore's MARBALLIZER Trade Dress and is an attempt to copy that trade dress.

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

| MARBALLIZER Trade Dress | Infringing Paintballs |
|---|---|
| <br> |  |

83. It is apparent that the Infringing Paintballs are a copy of the MARBALLIZER Trade Dress, of which HK Army is well aware.

***HK Army Infringing Paintball Mask***

84. HK Army has offered for sale and sold an RMX goggle system (the "Infringing Paintball Mask") that copies the overall look and commercial impression of the PROFLEX Trade Dress. Copies of HK Army's website pages depicting the Infringing Paintball Mask are attached as Exhibit L.

85. The similarities between the Infringing Paintball Mask and the PROFLEX Trade Dress include the elements listed in Paragraph 33 above, with the Infringing Paintball Mask copying each feature of the PROFLEX Trade Dress.

Mitchell Silberberg & Knupp LLP

21772050.1

**COMPLAINT**

86.     As shown below, the Infringing Paintball Mask closely resembles the overall configuration of the PROFLEX Trade Dress, and such a design was not by accident, happenstance or a mistake on the part of HK Army, but was made with full knowledge of Kore's PROFLEX Trade Dress and is an attempt to copy that trade dress.

| *Kore's PROFLEX Trade Dress* | *Infringing Paintball Mask* |
| --- | --- |
|  | |

87.     Confusion is so prevalent, that third party paintball sport retail websites depict the Infringing Paintball Mask with Kore's well-known "JT" trademark as shown in Exhibit O, and depicted below:

Mitchell
Silberberg &
Knupp LLP

21772050.1

21
**COMPLAINT**

*HK Army Infringing Goggle Frame*

88.    HK Army has also offered for sale and sold an RMX goggle frame kit (the "Infringing Goggle Frame") that copies the overall look and commercial impression of the Goggle Frame Trade Dress, including at least the elements listed in Paragraph 43 above.  Examples of the Infringing Goggle Frame displayed at HK Army's website are shown in Exhibit M.

89.    As shown below, the Infringing Goggle Frame closely resembles the overall configuration of the Goggle Frame Trade Dress, and such a design was not by accident, happenstance or a mistake on the part of HK Army, but was made with full knowledge of Kore's Goggle Frame Trade Dress and is an attempt to copy that trade dress.

Mitchell
Silberberg &
Knupp LLP

21772050.1

22

**COMPLAINT**

| *Kore's Goggle Frame Trade Dress* | *Infringing Goggle Frame* |
|---|---|
|  |  |
|  |  |

***HK Army Infringing Goggle Lens***

90.    HK Army has offered for sale and sold an RMX lens (the "Infringing Goggle Lens") that copies the overall look and commercial impression of the SPECTRA Lens Trade Dress, including at least the elements listed in Paragraph 52 above.  Examples of the Infringing Goggle Frame displayed at HK Army's website are shown in Exhibit N.

91.    As shown below, the Infringing Goggle Lens closely resembles the overall configuration of the SPECTRA Lens Trade Dress, and such a design was not by happenstance or a mistake on the part of HK Army, but was made with full

Mitchell Silberberg & Knupp LLP

21772050.1

23
**COMPLAINT**

knowledge of Kore's SPECTRA Lens Trade Dress and is an attempt to copy that trade dress.

| *Kore's SPECTRA Lens Trade Dress* | *Infringing Goggle Lens* |
|---|---|
|  | |

**HK Army's Infringing FLX Trademark**

92.     HK Army has also adopted, used, and/or sought to register the mark FLX (the "Infringing FLX Trademark") for goods that overlap with Kore's FLEX-related paintball sport goggle and mask goods.  HK Army's identified goods include, upon information and belief, "tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases."

93.     The FLX mark is visually and phonetically similar to Kore's FLEX Marks. In the paintball goggle context, consumers are likely to understand FLX as the equivalent of FLEX in meaning, pronunciation and appearance, particularly because the parties' goods are identical or closely related and are sold to the same consumers through overlapping channels of trade.

Mitchell
Silberberg &
Knupp LLP

21772050.1

24

**COMPLAINT**

94.     HK Army adopted and continued using the Infringing FLX Trademark, even after the parties entered into discussions regarding HK Army's use of the term "FLEX" for paintball sport goggles and accessories. Still, HK Army persisted with its infringing conduct.

### *Summary of, and Damage Caused by, HK Army's Infringing Conduct*

95.     As can readily be determined from the facts and allegations outlined herein, upon information and belief, HK Army has set out to purposely, methodically and meticulously copy Kore's established intellectual property in the paintball sport industry. Kore's rights have been established through years of active and continuous use, and Kore and its predecessors-in-interest have expended a great deal of time, money, and effort in creating and establishing the intellectual property rights described herein.

96.     HK Army's goods sold in connection with its Infringing Paintball are identical to the goods sold in connection with Kore's MARBALLIZER Paintball Trade Dress.

97.     HK Army's goods sold in connection with its Infringing Paintball Mask are identical to, similar to, compete with, and/or are related to, the goods sold in connection with Kore's PROFLEX Trade Dress.

98.     HK Army's goods sold in connection with its Infringing Goggle Frame are identical to, similar to, compete with, and/or are related to, the goods sold in connection with Kore's Goggle Frame Trade Dress.

99.     HK Army's goods sold in connection with its Infringing Goggle Lens are identical to, similar to, compete with, and/or are related to, the goods sold in connection with Kore's SPECTRA Lens Trade Dress.

100.   HK Army's goods sold in connection with its Infringing FLX Mark are identical to, similar to, compete with, and/or are related to, the goods sold in connection with Kore's FLEX Marks.

101.   HK Army's actions have resulted in actual confusion in the marketplace, with Kore's JT goggle frames being associated with HK Army, and sold as if they are a part of HK Army's line of masks.  As shown in Exhibit O, paintball sport online retailers are selling products as "HK Army/JT RMX paintball mask," with an image of Kore's JT goggle frame featuring the Goggle Frame Trade Dress attached to HK Army's RMX "lower" part, thereby recreating the PROFLEX Trade Dress.  Adding to the damage to Kore's goodwill is that the description on the product page of this "hybrid" product never mentions Kore, and instead is all about HK Army and its infringing line of products.  The damage to Kore from such marketplace confusion is apparent.  Other third party paintball online retailers display sales of an "HK ARMY PROFLEX RMX KIT," displaying only HK Army's lower part of a paintball mask product, but using Kore's "PROFLEX" trademark, thereby creating a false association with an HK Army competing product.

102.   HK Army is actively attempting to leverage sales off of Kore's long-established intellectual property rights. As shown in Exhibit O, HK Army's products are explicitly designed to work with and attach to Kore's JT PROFLEX goggle products.  Therefore, a consumer seeking to recreate the PROFLEX Trade Dress can purchase a JT goggle frame, and an HK Army RMX "lower" part as shown in Exhibit O, and effectively recreate the PROFLEX Trade Dress, using HK Army's infringing products.

103.   HK Army's targeting of Kore's product lines and copying is especially likely to cause confusion and cause damage to Kore because paintball products are frequently encountered in public play, at paintball fields, in retail displays, in online product photographs, and in team or player equipment photos where consumers and observers can only see, or can only rely on, the products' overall visual appearance from a distance, rather than packaging, labeling, or point-of-sale information.

Mitchell
Silberberg &
Knupp LLP

21772050.1

26
**COMPLAINT**

104. Upon information and belief, HK Army knew of Kore's products, trademarks, and trade dress before adopting the accused products discussed herein. HK Army operates in the same specialized market, competes for the same consumers, and necessarily is familiar with leading paintball sport goggles, lenses, frames, and paintballs.

105. Upon information and belief, Kore provided notice to HK Army concerning one or more of the infringements alleged herein, including HK Army's FLX usage and/or application. HK Army continued its accused conduct after notice.

106. Upon information and belief, HK Army's conduct complained of herein was and is: (i) in bad faith; (ii) with full knowledge of Kore, its products, and its Asserted Rights that HK Army copied; and (iii) was designed to trade on the goodwill established by Kore and its predecessors-in-interest over decades in connection with the Asserted Rights.

107. Upon information and belief, HK Army has profited and continues to profit from the goodwill and reputation associated with Kore's asserted trademarks and trade dress. Kore has been and will continue to be damaged and irreparably harmed unless HK Army is enjoined.

## COUNT I

### Federal Registered Trade Dress Infringement and Counterfeiting-MARBALLIZER Paintball Trade Dress / Infringing Paintballs - 15 U.S.C. § 1114

108. Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

109. Kore owns valid and enforceable federally registered rights in the MARBALLIZER Paintball Trade Dress under U.S. Reg. No. 3,049,101 (Reg. No. 3049101). The MARBALLIZER Paintball Trade Dress Registration constitutes prima facie evidence of the validity of the registered trade dress, Kore's ownership

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

of the registration, and Kore's exclusive right to use the registered trade dress in commerce in connection with the goods identified in the registration

110. Kore's asserted MARBALLIZER Paintball Trade Dress is non-functional. The overall look and feel of the MARBALLIZER Paintball Trade Dress, consisting of the distinctive appearance of the outer shell of a paintball, does not affect the cost, quality, performance, durability, or utility of Kore's goods or services. Rather, those elements serve an aesthetic and brand-identifying purpose by communicating to consumers that the goods or services originate from Kore. Numerous alternative designs, configurations, color schemes, layouts, and presentations are available to competitors that would allow them to compete effectively without copying Kore's distinctive trade dress. HK Army's use of a confusingly similar overall appearance therefore is not necessary to compete in the marketplace, but instead misappropriates the goodwill and consumer recognition associated with Kore's trade dress. Accordingly, the asserted trade dress is non-functional and protectable under the Lanham Act.

111. The MARBALLIZER Paintball Trade Dress is distinctive, non-functional, and source-identifying. It has acquired secondary meaning through, among other things, long and substantially exclusive use since its inception, substantial sales, substantial advertising and promotional activities, widespread use in product catalogs, photography and packaging, market recognition, consumer, retailer, and industry recognition, prior enforcement, and HK Army's intentional copying.

112. HK Army has at least constructive knowledge of the MARBALLIZER Paintball Trade Dress pursuant to 15 U.S.C. §1072.

113. HK Army has used in commerce, without Kore's consent, reproductions, copies, counterfeits, colorable imitations, and/or confusingly similar versions of the registered MARBALLIZER Paintball Trade Dress by offering, advertising, promoting, distributing, and selling the Infringing Paintballs bearing a

Mitchell
Silberberg &
Knupp LLP

21772050.1

28

**COMPLAINT**

marbled, swirled, or varied striped shell appearance that creates a confusingly similar overall commercial impression.

114.    HK Army's use of the accused Infringing Paintballs is likely to cause confusion, mistake, or deception among ordinary consumers, retailers, distributors, field operators, teams, and other market participants as to source, sponsorship, approval, affiliation, or association.

115.    HK Army's acts constitute registered trade dress infringement and counterfeiting in violation of 15 U.S.C. § 1114.

116.    HK Army has intentionally used in commerce a spurious designation, namely, the Infringing Paintballs, that is identical to, or substantially indistinguishable from, Kore's MARBALLIZER Paintball Trade Dress Registration on or in connection with the same type of goods or services for which Kore's MARBALLIZER Paintball Trade Dress Registration is registered. HK Army's counterfeit use is likely to cause, and has caused, consumers to believe that HK Army's goods or services are genuine, authorized, sponsored, approved, or affiliated with Kore when they are not.

117.    Upon information and belief, HK Army's infringement has been willful, intentional, and undertaken with knowledge of Kore's rights and goodwill.

118.    HK Army's conduct constitutes the use of a counterfeit mark in violation of 15 U.S.C. §§ 1114, entitling Kore to all available remedies, including injunctive relief, statutory damages, enhanced damages, attorneys' fees, costs, seizure, and destruction of counterfeit materials.

119.    Kore has suffered and will continue to suffer damages and irreparable harm unless HK Army is enjoined.  Kore is entitled to recover HK Army's profits, Kore's damages, enhanced damages, costs, attorneys' fees, and all other relief permitted by law.

Mitchell
Silberberg &
Knupp LLP

21772050.1

29

**COMPLAINT**

# COUNT II

## Federal Trade Dress Infringement and False Designation of Origin - MARBALLIZER Paintball Trade Dress / Infringing Paintballs – 15 U.S.C. §1125(a)

120.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

121.   Kore owns protectable rights in the MARBALLIZER Paintball Trade Dress independent of and in addition to the MARBALLIZER Paintball Trade Dress Registration.

122.   The MARBALLIZER Paintball Trade Dress is non-functional.  The distinctive marbleized, swirled, and varied striped visual appearance is not essential to the use or purpose of paintballs, does not affect the cost or quality of paintballs in a way competitors must copy, and can be avoided through numerous alternative paintball shell designs and patterns.

123.   The MARBALLIZER Paintball Trade Dress has acquired secondary meaning.  Relevant consumers associate the MARBALLIZER Paintball Trade Dress with Kore, Kore's predecessors-in-interest, or a single source based on long use, substantial sales, extensive advertising, prominent product imagery, substantially exclusive use, market recognition, consumer and retailer recognition, prior enforcement, and HK Army's intentional copying.

124.   HK Army's Infringing Paintballs have an appearance that is confusingly similar to the MARBALLIZER Paintball Trade Dress and that falsely suggests that HK Army's Infringing Paintballs originate with, are sponsored by, are affiliated with, or are approved by Kore.

125.   HK Army's conduct constitutes trade dress infringement, false designation of origin, false association, and unfair competition in violation of 15 U.S.C. Section 1125(a).

Mitchell
Silberberg &
Knupp LLP

21772050.1

30

**COMPLAINT**

126.   HK Army's conduct has been willful and intentional.  Kore is entitled to injunctive relief, damages, disgorgement of HK Army's profits, enhanced damages, attorneys' fees, costs, and all other relief permitted by law.

## COUNT III

### Common Law Trade Dress Infringement and Unfair Competition - MARBALLIZER Paintball Trade Dress / HK Army's Infringing Paintballs

127.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

128.   Kore owns valid and protectable common law rights in the MARBALLIZER Paintball Trade Dress by virtue of long, continuous, substantially exclusive, and source-identifying use, together with substantial sales, advertising, market recognition, and goodwill.

129.   HK Army has used a confusingly similar Infringing Paintball appearance without Kore's consent and in a manner likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association.

130.   HK Army's conduct constitutes common law trade dress infringement, passing off, misappropriation of goodwill, and unfair competition.

131.   Kore has been and will continue to be damaged and irreparably harmed unless HK Army is enjoined.  HK Army should be required to account for and disgorge all profits obtained through its unlawful conduct and to compensate Kore for all damages caused thereby.

## COUNT IV

### Unfair Competition in Violation of Cal. Bus. & Prof. Code, § 17200 et. seq.- MARBALLIZER Paintball Trade Dress / HK Army's Infringing Paintballs

132.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

Mitchell
Silberberg &
Knupp LLP

21772050.1

31

**COMPLAINT**

133.    HK Army's misappropriation and unauthorized use of a confusingly similar copy of the MARBALLIZER Paintball Trade Dress to sell and promote HK Army's Infringing Paintballs is likely to confuse or mislead consumers into believing that such products are authorized, licensed, affiliated, sponsored, and/or approved by Kore, constituting deceptive, unfair, and fraudulent business practices and unfair competition in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq.

134.    Upon information and belief, HK Army's deceptive, unfair, or fraudulent business practices were willfully undertaken with full knowledge of the MARBALLIZER Paintball Trade Dress and with the intent to misappropriate Kore's goodwill and reputation established in the MARBALLIZER Paintball Trade Dress.

135.    As a direct and proximate result of the foregoing acts, Kore has suffered and will continue to suffer significant injuries in an amount to be determined at trial.

136.    Kore is entitled to all available relief provided for under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq., including an accounting and disgorgement of all illicit profits that HK Army made on account of its deceptive, unfair, or fraudulent business practices.

137.    Furthermore, because Kore has no adequate remedy at law for HK Army's ongoing unlawful conduct, Kore is entitled to injunctive relief prohibiting HK Army from unfair competition.

## COUNT V

### Federal Trade Dress Infringement and False Designation of Origin - PROFLEX Trade Dress / Infringing Paintball Mask - 15 U.S.C. Section 1125(a)

138.    Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

Mitchell
Silberberg &
Knupp LLP

21772050.1

32

**COMPLAINT**

139.   Kore owns protectable rights in the PROFLEX Trade Dress, which consists of the non-functional combination and arrangement of ornamental and source-identifying elements pleaded above.

140.   Kore's asserted PROFLEX Trade Dress is non-functional.  The overall look and feel of the PROFLEX Trade Dress, consisting of the distinctive appearance of a paintball sport mask, does not affect the cost, quality, performance, durability, or utility of Kore's goods or services.  Rather, those elements serve an aesthetic and brand-identifying purpose by communicating to consumers that the goods or services originate from Kore.  Numerous alternative designs, configurations, color schemes, layouts, and presentations are available to competitors that would allow them to compete effectively without copying Kore's distinctive PROFLEX Trade Dress.  HK Army's use of a confusingly similar overall appearance therefore is not necessary to compete in the marketplace, but instead misappropriates the goodwill and consumer recognition associated with Kore's PROFLEX Trade Dress.  Accordingly, the asserted trade dress is non-functional and protectable under the Lanham Act.

141.   The PROFLEX Trade Dress has acquired a strong secondary meaning in the relevant paintball sport market.  It has acquired secondary meaning through, among other things, long and substantially exclusive use since its inception, substantial sales, substantial advertising and promotional activities, widespread use in product catalogs, photography and packaging, market recognition, consumer, retailer, and industry recognition, and HK Army's intentional copying.

142.   HK Army's Infringing Paintball Mask uses a product configuration and appearance that is confusingly similar to the PROFLEX Trade Dress, including the overall goggle silhouette, and the elements listed in Paragraph 33 above.

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

143.   HK Army's use of the Infringing Paintball Mask appearance is likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association.

144.   HK Army's conduct constitutes trade dress infringement, false designation of origin, false association, and unfair competition in violation of 15 U.S.C. Section 1125(a).

145.   HK Army's conduct has been willful and intentional.  Kore is entitled to injunctive relief, damages, disgorgement of HK Army's profits, enhanced damages, attorneys' fees, costs, and all other relief permitted by law

**COUNT VI**

**Common Law Trade Dress Infringement and Unfair Competition -**

**PROFLEX Trade Dress / Infringing Paintball Mask**

146.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

147.   Kore owns valid and protectable common law rights in the PROFLEX Trade Dress by virtue of long, continuous, substantially exclusive, and source-identifying use, together with substantial sales, advertising, market recognition, and goodwill.

148.   HK Army has used a confusingly similar Infringing Paintball Mask appearance without Kore's consent and in a manner likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association.

149.   HK Army's conduct constitutes common law trade dress infringement, passing off, misappropriation of goodwill, and unfair competition.

150.   Kore has been and will continue to be damaged and irreparably harmed unless HK Army is enjoined.  HK Army should be required to account for and disgorge all profits obtained through its unlawful conduct and to compensate Kore for all damages caused thereby.

Mitchell
Silberberg &
Knupp LLP

34

**COMPLAINT**

21772050.1

## COUNT VII

## <u>Unfair Competition in Violation of Cal. Bus. & Prof. Code, § 17200 et. seq.- PROFLEX Trade Dress / Infringing Paintball Mask</u>

151.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

152.   HK Army's misappropriation and unauthorized use of a confusingly similar copy of the PROFLEX Trade Dress to sell and promote HK Army's Infringing Paintball Mask is likely to confuse or mislead consumers into believing that such products are authorized, licensed, affiliated, sponsored, and/or approved by Kore, constituting deceptive, unfair, and fraudulent business practices and unfair competition in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq.

153.   Upon information and belief, HK Army's deceptive, unfair, and fraudulent business practices were willfully undertaken with full knowledge of the PROFLEX Trade Dress and with the intent to misappropriate Kore's goodwill and reputation established in the PROFLEX Trade Dress.

154.   As a direct and proximate result of the foregoing acts, Kore has suffered and will continue to suffer significant injuries in an amount to be determined at trial.

155.   Kore is entitled to all available relief provided for under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq., including an accounting and disgorgement of all illicit profits that HK Army made on account of its deceptive, unfair, and fraudulent business practices.

156.   Furthermore, because Kore has no adequate remedy at law for HK Army's ongoing unlawful conduct, Kore is entitled to injunctive relief prohibiting HK Army from unfair competition.

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

## COUNT VIII

### Federal Trade Dress Infringement and False Designation of Origin - Goggle Frame Trade Dress / Infringing Goggle Frame - 15 U.S.C. Section 1125(a)

157.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

158.   Kore owns protectable rights in the Goggle Frame Trade Dress, which consists of the non-functional combination and arrangement of ornamental and source-identifying elements pleaded above.

159.   Kore's asserted Goggle Frame Trade Dress is non-functional.  The overall look and feel of the Goggle Frame Trade Dress, consisting of the distinctive appearance of a paintball sport mask, does not affect the cost, quality, performance, durability, or utility of Kore's goods or services.  Rather, those elements serve an aesthetic and brand-identifying purpose by communicating to consumers that the goods or services originate from Kore.  Numerous alternative designs, configurations, color schemes, layouts, and presentations are available to competitors that would allow them to compete effectively without copying Kore's distinctive Goggle Frame Trade Dress.  HK Army's use of a confusingly similar overall appearance therefore is not necessary to compete in the marketplace, but instead misappropriates the goodwill and consumer recognition associated with Kore's Goggle Frame Trade Dress.  Accordingly, the asserted trade dress is non-functional and protectable under the Lanham Act.

160.   The Goggle Frame Trade Dress has acquired secondary meaning.  It has acquired secondary meaning through, among other things, long and substantially exclusive use since its inception, substantial sales, substantial advertising and promotional activities, widespread use in product catalogs, photography and packaging, market recognition, consumer, retailer, and industry recognition, and HK Army's intentional copying.

Mitchell Silberberg & Knupp LLP

21772050.1

36

**COMPLAINT**

161.   HK Army's Infringing Goggle Frame uses a product configuration and appearance that is confusingly similar to the Goggle Frame Trade Dress, including the curved panoramic frame opening, central nose contour, lower frame geometry, rim relationship, and side connection appearance.

162.   HK Army's use of the Infringing Goggle Frame appearance is likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association.

163.   HK Army's conduct constitutes trade dress infringement, false designation of origin, false association, and unfair competition in violation of 15 U.S.C. Section 1125(a).

164.   HK Army's conduct has been willful and intentional.  Kore is entitled to injunctive relief, damages, disgorgement of HK Army's profits, enhanced damages, attorneys' fees, costs, and all other relief permitted by law.

## COUNT IX

**Common Law Trade Dress Infringement and Unfair Competition - Goggle Frame Trade Dress / Infringing Goggle Frame**

165.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

166.   Kore owns valid and protectable common law rights in the JT Goggle Frame Trade Dress by virtue of long, continuous, substantially exclusive, and source-identifying use, together with substantial sales, advertising, market recognition, and goodwill.

167.   HK Army has used a confusingly similar Infringing Goggle Frame appearance without Kore's consent and in a manner likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association.

168.   HK Army's conduct constitutes common law trade dress infringement, passing off, misappropriation of goodwill, and unfair competition.

Mitchell
Silberberg &
Knupp LLP

21772050.1

37

**COMPLAINT**

169.   Kore has been and will continue to be damaged and irreparably harmed unless HK Army is enjoined.  HK Army should be required to account for and disgorge all profits obtained through its unlawful conduct and to compensate Kore for all damages caused thereby.

## COUNT X

### Unfair Competition in Violation of Cal. Bus. & Prof. Code, § 17200 et. seq.- Goggle Frame Trade Dress / Infringing Goggle Frame

170.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

171.   HK Army's misappropriation and unauthorized use of a confusingly similar copy of the Goggle Frame Trade Dress to sell and promote HK Army's Infringing Goggle Frame is likely to confuse or mislead consumers into believing that such products are authorized, licensed, affiliated, sponsored, and/or approved by Kore, constituting deceptive, unfair, and fraudulent business practices and unfair competition in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq.

172.   Upon information and belief, HK Army's deceptive, unfair, or fraudulent business practices were willfully undertaken with full knowledge of the Goggle Frame Trade Dress and with the intent to misappropriate Kore's goodwill and reputation established in the Goggle Frame Trade Dress.

173.   As a direct and proximate result of the foregoing acts, Kore has suffered and will continue to suffer significant injuries in an amount to be determined at trial.

174.   Kore is entitled to all available relief provided for under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq., including an accounting and disgorgement of all illicit profits that HK Army made on account of its deceptive, unfair, and fraudulent business practices.

Mitchell Silberberg & Knupp LLP

21772050.1

38

**COMPLAINT**

175.   Furthermore, because Kore has no adequate remedy at law for HK Army's ongoing unlawful conduct, Kore is entitled to injunctive relief prohibiting HK Army from unfair competition.

## COUNT XI

### Federal Trade Dress Infringement and False Designation of Origin - SPECTRA Lens Trade Dress / Infringing Goggle Lens - 15 U.S.C. Section 1125(a)

176.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

177.   Kore owns protectable rights in the SPECTRA Lens Trade Dress, which consists of the non-functional combination and arrangement of ornamental and source-identifying elements pleaded above.

178.   The SPECTRA Lens Trade Dress is non-functional.  The overall look and feel of the SPECTRA Lens Trade Dress, consisting of the distinctive appearance of a paintball sport mask, does not affect the cost, quality, performance, durability, or utility of Kore's goods or services.  Rather, those elements serve an aesthetic and brand-identifying purpose by communicating to consumers that the goods or services originate from Kore.  Numerous alternative designs, configurations, color schemes, layouts, and presentations are available to competitors that would allow them to compete effectively without copying Kore's distinctive SPECTRA Lens Trade Dress.  HK Army's use of a confusingly similar overall appearance therefore is not necessary to compete in the marketplace, but instead misappropriates the goodwill and consumer recognition associated with Kore's SPECTRA Lens Trade Dress.  Accordingly, the asserted trade dress is non-functional and protectable under the Lanham Act.

179.   The SPECTRA Lens Trade Dress has acquired secondary meaning.  It has acquired secondary meaning through, among other things, long and substantially exclusive use since its inception, substantial sales, substantial

Mitchell
Silberberg &
Knupp LLP

21772050.1

**COMPLAINT**

advertising and promotional activities, widespread use in product catalogs, photography and packaging, market recognition, consumer, retailer, and industry recognition, and HK Army's intentional copying.

180.   HK Army's Infringing Goggle Lens uses a product configuration and appearance that is confusingly similar to the SPECTRA Lens Trade Dress, including the panoramic shield-lens outline, top and side contours, lower angles, nose cutout, perimeter border appearance, and overall proportions.

181.   HK Army's use of the Infringing Goggle Lens appearance is likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association.

182.   HK Army's conduct constitutes trade dress infringement, false designation of origin, false association, and unfair competition in violation of 15 U.S.C. Section 1125(a).

183.   HK Army's conduct has been willful and intentional.  Kore is entitled to injunctive relief, damages, disgorgement of HK Army's profits, enhanced damages, attorneys' fees, costs, and all other relief permitted by law.

## COUNT XII

### Common Law Trade Dress Infringement and Unfair Competition - SPECTRA Lens Trade Dress / Infringing Goggle Lens

184.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

185.   Kore owns valid and protectable common law rights in the SPECTRA Lens Trade Dress by virtue of long, continuous, substantially exclusive, and source-identifying use, together with substantial sales, advertising, market recognition, and goodwill.

186.   HK Army has used a confusingly similar Infringing Goggle Lens appearance without Kore's consent and in a manner likely to cause confusion,

Mitchell
Silberberg &
Knupp LLP

21772050.1

40

mistake, or deception as to source, sponsorship, approval, affiliation, or association.

187.   HK Army's conduct constitutes common law trade dress infringement, passing off, misappropriation of goodwill, and unfair competition.

188.   Kore has been and will continue to be damaged and irreparably harmed unless HK Army is enjoined.  HK Army should be required to account for and disgorge all profits obtained through its unlawful conduct and to compensate Kore for all damages caused thereby.

## COUNT XIII

## Unfair Competition in Violation of Cal. Bus. & Prof. Code, § 17200 et. seq.-- SPECTRA Lens Trade Dress / Infringing Goggle Lens

189.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

190.   HK Army's misappropriation and unauthorized use of a confusingly similar copy of the SPECTRA Lens Trade Dress to sell and promote HK Army's Infringing Goggle Lens is likely to confuse or mislead consumers into believing that such products are authorized, licensed, affiliated, sponsored, and/or approved by Kore, constituting deceptive, unfair, and fraudulent business practices and unfair competition in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq.

191.   Upon information and belief, HK Army's deceptive, unfair, or fraudulent business practices were willfully undertaken with full knowledge of the SPECTRA Lens Trade Dress and with the intent to misappropriate Kore's goodwill and reputation established in the SPECTRA Lens Trade Dress.

192.   As a direct and proximate result of the foregoing acts, Kore has suffered and will continue to suffer significant injuries in an amount to be determined at trial.

Mitchell
Silberberg &
Knupp LLP

21772050.1

41

**COMPLAINT**

193. Kore is entitled to all available relief provided for under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq., including an accounting and disgorgement of all illicit profits that HK Army made on account of its deceptive, unfair, and fraudulent business practices.

194. Furthermore, because Kore has no adequate remedy at law for HK Army's ongoing unlawful conduct, Kore is entitled to injunctive relief prohibiting HK Army from unfair competition.

**COUNT XIV**

**Federal Trademark Infringement and False Designation of Origin - FLEX Marks / HK FLX Mark - 15 U.S.C. § 1125(a)**

195. Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

196. Kore owns valid and protectable rights in the FLEX Marks for paintball goggles, goggle systems, masks, lenses, frames, and related components.

197. The FLEX Mark are distinctive and/or have acquired secondary meaning. The FLEX Marks have acquired secondary meaning through, among other things, long and substantially exclusive use since their inception, substantial sales, substantial advertising and promotional activities, widespread use in product catalogs, photography and packaging, market recognition, consumer, retailer, and industry recognition, and HK Army's intentional copying.

198. HK Army has used in commerce, without Kore's consent, the accused FLX mark in connection with goods identical or closely related to Kore's FLEX-related goods, including paintball and airsoft protective goggles, lenses, face masks, and structural parts and accessories for goggle systems.

199. FLX is visually, phonetically, and commercially similar to FLEX, including because FLX is an obvious equivalent of FLEX, with the vowel deleted. The parties' goods are identical or closely related, move through overlapping

Mitchell Silberberg & Knupp LLP

21772050.1

42

**COMPLAINT**

channels of trade, are marketed to the same consumers, and are used in the same specialized marketplace.

200.   HK Army's use of FLX is likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association with Kore and Kore's FLEX-related goods.

201.   To the extent the FLEX Mark is federally registered for the relevant goods, HK Army's conduct constitutes trademark infringement and false designation of origin, false association, and unfair competition in violation of 15 U.S.C. § 1125(a).

202.   HK Army's conduct has been willful and intentional.  Kore is entitled to injunctive relief, damages, disgorgement of HK Army's profits, enhanced damages, attorneys' fees, costs, and all other relief permitted by law.

**COUNT XV**

**<u>Common Law Trademark Infringement and False Designation of Origin -</u>**

**<u>FLEX Marks / HK FLX Mark</u>**

203.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

204.   Kore owns valid and protectable common law rights in the FLEX Marks by virtue of long, continuous, substantially exclusive, and source-identifying use, together with substantial sales, advertising, market recognition, and goodwill.

205.   HK Army has used the confusingly similar FLX Mark without Kore's consent and in a manner likely to cause confusion, mistake, or deception as to source, sponsorship, approval, affiliation, or association.

206.   HK Army's conduct constitutes common law trademark infringement, passing off, misappropriation of goodwill, and unfair competition.

207.   Kore has been and will continue to be damaged and irreparably harmed unless HK Army is enjoined.  HK Army should be required to account for

Mitchell
Silberberg &
Knupp LLP

21772050.1

43

**COMPLAINT**

and disgorge all profits obtained through its unlawful conduct and to compensate Kore for all damages caused thereby.

## COUNT XVI

### Unfair Competition in Violation of Cal. Bus. & Prof. Code, § 17200 et. seq.- FLEX Marks / HK FLX Mark

208.   Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

209.   HK Army's misappropriation and unauthorized use of a confusingly similar copy of the FLEX Marks to sell and promote HK Army's FLX goods is likely to confuse or mislead consumers into believing that such products are authorized, licensed, affiliated, sponsored, and/or approved by Kore, constituting deceptive, unfair, and fraudulent business practices and unfair competition in violation of the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq.

210.   Upon information and belief, HK Army's deceptive, unfair, and fraudulent business practices were willfully undertaken with full knowledge of the FLEX Marks and with the intent to misappropriate Kore's goodwill and reputation established in the FLEX Marks.

211.   As a direct and proximate result of the foregoing acts, Kore has suffered and will continue to suffer significant injuries in an amount to be determined at trial.

212.   Kore is entitled to all available relief provided for under the California Unfair Business Practices Act, Cal. Bus. & Prof. Code, § 17200 et. seq., including an accounting and disgorgement of all illicit profits that HK Army made on account of its deceptive, unfair, and fraudulent business practices.

213.   Furthermore, because Kore has no adequate remedy at law for HK Army's ongoing unlawful conduct, Kore is entitled to injunctive relief prohibiting HK Army from unfair competition.

Mitchell
Silberberg &
Knupp LLP

21772050.1

44

**COMPLAINT**

## COUNT XVII

### Cancellation of Defendant's "FLX" Registration

214. Kore realleges and incorporates by reference the allegations in the preceding paragraphs as if fully set forth herein.

215. The infringing "FLX" trademark shown in U.S. Trademark Reg. No. 8,188,926 is likely to be confused with, and falsely suggests a connection or association with, Kore and its FLEX Marks, in violation of Lanham Act § 2(a), 15 U.S.C. § 1052(a).

216. U.S. Trademark Reg. No. 8,188,926 has not been registered for five or more years.

217. Registration of the infringing "FLX" trademark is contrary to law, and Plaintiff is harmed by the registration.

218. Accordingly, Plaintiff requests that Defendant's U.S. Trademark Reg. No. 8,188,926, be canceled pursuant to 15 U.S.C. § 1119, and all use of the infringing "FLX" trademark be ceased immediately.

### PRAYER FOR RELIEF

WHEREFORE, Kore respectfully requests and prays for judgement against HK Army as follows:

1. That the Court render a final judgment in favor of Kore and against HK Army on all claims for relief alleged herein;

2. That the Court enter a judgment that HK Army has: (i) infringed and counterfeited the MARBALLIZER Paintball Trade Dress covered by U.S. Reg. No. 3,049,101 (Reg. No. 3049101); has infringed the PROFLEX Trade Dress; has infringed the Goggle Frame Trade Dress; has infringed the SPECTRA Lens Trade Dress; and has infringed the FLEX Marks, and has engaged in false designation of origin, false association, passing off, and unfair competition with respect to all of the foregoing, and that all such acts were willful;

Mitchell
Silberberg &
Knupp LLP

21772050.1

45

**COMPLAINT**

3. That the Court enter a judgment against HK Army that HK Army has: infringed the rights of Kore in the MARBALLIZER Paintball Trade Dress, which have been federally registered, in violation of 15 U.S.C. § 1114(1) and 15 U.S.C. § 1116; and infringed the rights of Plaintiff in the MARBALLIZER Paintball Trade Dress, the PROFLEX Trade Dress, the Goggle Frame Trade Dress, the SPECTRA Lens Trade Dress, and the FLEX Marks, in violation of 15 U.S.C. § 1125(a), and that all such acts were willful;

4. That the Court enter a judgment against HK Army that HK Army has created a false association with Plaintiff and the MARBALLIZER Paintball Trade Dress, the PROFLEX Trade Dress, the Goggle Frame Trade Dress, the SPECTRA Lens Trade Dress, and the FLEX Marks, and that all such acts were willful;

5. That the Court enter a judgment against HK Army that HK Army has engaged in unfair competition in violation of California Business and Professions Code §§ 17200, et seq. and California common law, and that all such acts were willful; and

6. That the Court issue an order permanently enjoining and restraining HK Army, their agents, servants, employees, officers, associates, and all persons acting in concert with any of them from infringing or otherwise violating Kore' intellectual property rights at issue, including but not limited to acts such as:

a. manufacturing, importing, exporting, advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any products that bear a design or mark that is identical to, or confusingly similar to, the MARBALLIZER Paintball Trade Dress, the PROFLEX Trade Dress, the Goggle Frame Trade Dress; the SPECTRA Lens Trade Dress, or the FLEX Marks;

b. engaging in any other activity constituting unfair competition with Kore, or acts and practices that deceive consumers, the public, and/or trade, including without limitation, the use of designations and design elements used or owned by or associated with Kore; and

c.      committing any other acts which falsely represent or which have the effect of falsely representing that any goods and services of HK Army are licensed, authorized, offered, produced, sponsored, or in any other way associated with Kore;

7.      That the Court order HK Army to remove from websites, social media, catalogs, advertising, packaging, point-of-sale materials, retailer listings, search-engine advertising, and other promotional materials all uses of the infringing marks, trade dress, product images, and confusingly similar designations;

8.      That the Court order HK Army to recall from distributors, retailers, and customers all infringing goods, packaging, labels, advertisements, and promotional materials, and to deliver up for destruction all infringing goods and materials in its possession, custody, or control;

9.      That the Court order HK Army to file with the Court and serve on Kore a report in writing under oath setting forth in detail the manner and form in which HK Army has complied with the injunction;

10.      That the Court order HK Army to abandon, withdraw, amend, or otherwise surrender any trademark application or registration or other filing for the trademark FLX or any confusingly similar marks for goggles, lenses, masks, paintball products, or related goods, and authorizing appropriate relief under 15 U.S.C. § 1119 to the extent applicable;

11.      That the Court award Kore all damages sustained as a result of HK Army's unlawful acts, together with prejudgment and post-judgment interest;

12.      That the Court award Kore HK Army's profits attributable to its counterfeiting, infringement and unfair competition;

13.      That the Court award statutory damages attributable to HK Army's counterfeiting;

Mitchell
Silberberg &
Knupp LLP

21772050.1

47

**COMPLAINT**

14.   That the Court award Kore enhanced damages, treble damages, and/or corrective-advertising damages as permitted by law based on HK Army's willful conduct;

15.   That the Court declare this an exceptional case and awarding Kore its reasonable attorneys' fees, costs, and expenses under 15 U.S.C. § 1117 and 15 U.S.C. § 1125, and other applicable law;

16.   That the Court award Kore exemplary and/or punitive damages by reason of Defendant's unlawful actions;

17.   That the Court award Kore restitution and disgorgement as permitted under federal and/or California law;

18.   That the Court award Kore the costs of suit incurred in this action; and

19.   That the Court grant such other and further relief as the Court deems just and proper.

20.   That the Court issue an order canceling U.S. Trademark Registration No. 8,188,926, pursuant to 15 U.S.C. § 1119.

Dated: July 27, 2026

KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP


By: */s/ Karin G. Pagnanelli*
      Karin G. Pagnanelli (SBN 174763)
      Attorneys for Plaintiff
      Kore Outdoor (US) Inc

Mitchell
Silberberg &
Knupp LLP

21772050.1

48

**COMPLAINT**

## JURY DEMAND

Kore hereby respectfully requests a trial by jury of all issues so triable, pursuant to Rule 38 of the Federal Rules of Civil Procedure.

Dated: July 27, 2026

KARIN G. PAGNANELLI
MITCHELL SILBERBERG & KNUPP LLP

By: */s/ Karin G. Pagnanelli*
    Karin G. Pagnanelli (SBN 174763)
    Attorneys for Plaintiff
    Kore Outdoor (US) Inc

# Exhibit A



9813448.1

# Exhibit B

**Generated on:** This page was generated by TSDR on 2026-07-11 11:42:24 EDT

**Mark:**



**US Serial Number:** 78437779

**US Registration Number:** 3049101

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:**



**Status:** The registration has been renewed.

**Status Date:** Apr. 03, 2026

**Publication Date:** Nov. 01, 2005

**Application Filing Date:** Jun. 18, 2004

**Registration Date:** Jan. 24, 2006

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

# Mark Information

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of contrasting colors blended randomly together to form the appearance of a fanciful design on the surface of a paintball.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Acquired Distinctiveness Claim:** In whole

**Design Search Code(s):** 26.01.12 - Circles with bars, bands and lines
26.01.21 - Circles that are totally or partially shaded.

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Paintballs

**International Class(es):** 028 - Primary Class

**U.S Class(es):** 022, 023, 038, 050

**Class Status:** ACTIVE

**First Use:** 1994

**Use in Commerce:** 1994

# Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** Yes | | **Currently Use:** Yes | |
| **Filed ITU:** No | | **Currently ITU:** No | |
| **Filed 44D:** No | | **Currently 44D:** No | |
| **Filed 44E:** No | | **Currently 44E:** No | |
| **Filed 66A:** No | | **Currently 66A:** No | |
| **Filed No Basis:** No | | **Currently No Basis:** No | |

# Current Owner(s) Information

**Owner Name:** KORE OUTDOOR (US), INC.

**Owner Address:** 4230 Lake Avenue
Fort Wayne, INDIANA UNITED STATES 46815

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWARE

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Michael F. Snyder

**Docket Number:** KORE-TM296

**Attorney Primary Email Address:** trademarks@vklaw.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** Michael F. Snyder
Volpe Koenig
30 South 17th Street
Suite 1800
Philadelphia, PENNSYLVANIA United States 19103

**Phone:** 215-568-6400

**Fax:** 215-568-6499

**Correspondent e-mail:** trademarks@vklaw.com MSnyder@vklaw.com Trademark-Paralegals@vklaw.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 03, 2026 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 03, 2026 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | |
| Apr. 03, 2026 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Apr. 03, 2026 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 23, 2026 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 24, 2025 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 07, 2023 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2023 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 07, 2023 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 07, 2023 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Sep. 07, 2023 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Mar. 03, 2021 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Apr. 25, 2017 | NOTICE OF SUIT | |
| Apr. 25, 2017 | NOTICE OF SUIT | |
| Jul. 18, 2016 | NOTICE OF SUIT | |
| Jul. 18, 2016 | NOTICE OF SUIT | |
| Apr. 06, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Feb. 12, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Feb. 12, 2016 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | |
| Feb. 12, 2016 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Feb. 12, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | |
| Jan. 13, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |

**54**

| | |
|---|---|
| Nov. 30, 2015 | TEAS SECTION 8 & 9 RECEIVED |
| Jan. 08, 2013 | NOTICE OF SUIT |
| Jan. 18, 2012 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Nov. 07, 2011 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED |
| Nov. 07, 2011 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. |
| Nov. 07, 2011 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL |
| Oct. 12, 2011 | TEAS SECTION 8 & 15 RECEIVED |
| Feb. 21, 2008 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED |
| Feb. 21, 2008 | TEAS CHANGE OF OWNER ADDRESS RECEIVED |
| Jan. 17, 2007 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY |
| Jan. 24, 2006 | REGISTERED-PRINCIPAL REGISTER |
| Nov. 01, 2005 | PUBLISHED FOR OPPOSITION |
| Oct. 12, 2005 | NOTICE OF PUBLICATION |
| Sep. 01, 2005 | LAW OFFICE PUBLICATION REVIEW COMPLETED |
| Sep. 01, 2005 | ASSIGNED TO LIE |
| Aug. 22, 2005 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Aug. 09, 2005 | AMENDMENT FROM APPLICANT ENTERED |
| Aug. 01, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Aug. 01, 2005 | PAPER RECEIVED |
| Jul. 20, 2005 | NON-FINAL ACTION E-MAILED |
| Jul. 20, 2005 | NON-FINAL ACTION WRITTEN |
| Jun. 28, 2005 | AMENDMENT FROM APPLICANT ENTERED |
| Jun. 09, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE |
| Jun. 09, 2005 | PAPER RECEIVED |
| Jan. 24, 2005 | NON-FINAL ACTION E-MAILED |
| Jan. 24, 2005 | NON-FINAL ACTION WRITTEN |
| Jan. 24, 2005 | ASSIGNED TO EXAMINER |
| Jun. 24, 2004 | NEW APPLICATION ENTERED |

## TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| **Current Location:** PUBLICATION AND ISSUE SECTION | **Date in Location:** Apr. 03, 2026 |

## Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| **Total Assignments:** 10 | **Registrant:** Pursuit Marketing, Inc. |

### Assignment 1 of 10

| | | |
|---|---|---|
| **Conveyance:** | SECURITY INTEREST | |
| **Reel/Frame:** | 3444/0484 | **Pages:** 20 |
| **Date Recorded:** | Dec. 14, 2006 | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3444/0484 | |

| | |
|---|---|
| **Assignor** | |
| **Name:** AJ INTERMEDIATE HOLDINGS LLC | **Execution Date:** Nov. 17, 2006 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Name:** AJ ACQUISITION HOLDINGS, INC. | **Execution Date:** Nov. 17, 2006 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |
| **Name:** AJ ACQUISITION II LLC | **Execution Date:** Nov. 17, 2006 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |

**55**

| | |
|---|---|
| **Name:** AJ ACQUISITION CANADA, INC. | **Execution Date:** Nov. 17, 2006 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |

| | |
|---|---|
| **Name:** AJ ACQUISITION I LLC | **Execution Date:** Nov. 17, 2006 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |

| | |
|---|---|
| **Name:** AJ ACQUISITION II CANADA LLC | **Execution Date:** Nov. 17, 2006 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |

### Assignee

| | |
|---|---|
| **Name:** BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | |
| **Legal Entity Type:** NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** No Place of Organization Found |
| **Address:** 1455 MARKET STREET SAN FRANCISCO , CALIFORNIA 94103 | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** CHRISTOPHER DORE | |
| **Correspondent Address:** 71 S. WACKER DRIVE MAYER BROWN ROWE & MAW LLP CHICAGO, IL 60606-4637 | |

### Domestic Representative - Not Found

## Assignment 2 of 10

| | |
|---|---|
| **Conveyance:** ASSIGNS THE ENTIRE INTEREST | |
| **Reel/Frame:** 3459/0507 | **Pages:** 9 |
| **Date Recorded:** Jan. 11, 2007 | |
| **Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3459/0507 | |

### Assignor

| | |
|---|---|
| **Name:** PURSUIT MARKETING, INC. | **Execution Date:** Nov. 17, 2006 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** ILLINOIS |

### Assignee

| | |
|---|---|
| **Name:** AJ ACQUISITION II LLC | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** 245 PARK AVENUE, 25TH FLOOR NEW YORK , NEW YORK 10167 | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** NEAL, GERBER & EISENBERG LLP | |
| **Correspondent Address:** TWO NORTH LASALLE STREET, SUITE 2200 IP DOCKETING DEPARTMENT CHICAGO, IL 60602 | |

### Domestic Representative - Not Found

## Assignment 3 of 10

| | |
|---|---|
| **Conveyance:** CHANGE OF NAME | |
| **Reel/Frame:** 3582/0685 | **Pages:** 5 |
| **Date Recorded:** Jul. 18, 2007 | |
| **Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3582/0685 | |

### Assignor

| | |
|---|---|
| **Name:** AJ ACQUISITION II LLC | **Execution Date:** Feb. 02, 2007 |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country** DELAWARE |

**56**

| | |
|---|---|
| **Where Organized:** | |

### Assignee

| | |
|---|---|
| **Name:** | KEE ACTION SPORTS II LLC |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |
| **State or Country Where Organized:** | DELAWARE |
| **Address:** | 245 PAREK AVENUE<br>NEW YORK , NEW YORK 10167 |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | NEAL, GERBER & EISENBERG LLP |
| **Correspondent Address:** | TWO NORTH LASALLE STREET, SUITE 2200<br>IP DOCKETING DEPARTMENT<br>CHICAGO, IL 60602 |

**Domestic Representative - Not Found**

## Assignment 4 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5594/0291 | **Pages:** | 54 |
| **Date Recorded:** | Aug. 06, 2015 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5594/0291 | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | KEE ACTION SPORTS LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | KEE ACTION SPORTS I LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | KEE ACTION SPORTS II LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | KEE ACTION SPORTS TECHNOLOGY HOLDINGS, LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | HSBC BANK CANADA | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | CANADA |
| **Address:** | 2001 MCGILL COLLEGE<br>MONTREAL , H3A 1G1 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | PHILLIPS LYTLE LLP |
| **Correspondent Address:** | ONE CANALSIDE<br>125 MAIN STREET<br>BUFFALO, NY 14203 |

**Domestic Representative - Not Found**

## Assignment 5 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE OF SECURITY INTEREST | | |
| **Reel/Frame:** | 5693/0663 | **Pages:** | 17 |
| **Date Recorded:** | Dec. 21, 2015 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5693/0663 | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | AG PAINTBALL HOLDINGS LLC AS SUCCESSOR ADMINISTRATIVE AGENT TO BANK OF AMERICA, N.A. | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |
| **DBA, AKA, TA, Formerly:** | FORMERLY BANK OF AMERICA, N.A. | | |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | KEE ACTION SPORTS LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS HOLDINGS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS I, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS II, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS CANADA, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CANADA |
| **Address:** | 570 MANTUA BLVD SEWELL , NEW JERSEY 08080 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CRAIG ROGERS |
| **Correspondent Address:** | 9600 SW OAK ST. SUITE 560 TIGARD, OR 97223 |

**Domestic Representative - Not Found**

## Assignment 6 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | MERGER EFFECTIVE 12/31/2015 | | |
| **Reel/Frame:** | 5759/0599 | **Pages:** | 7 |
| **Date Recorded:** | Mar. 29, 2016 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5759/0599 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | KEE ACTION SPORTS II LLC | **Execution Date:** | Dec. 31, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | KEE ACTION SPORTS LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 570 MANTUA BLVD. SEWELL , NEW JERSEY 08080 | | |

**58**

| Correspondent | |
|---|---|
| **Correspondent Name:** | MICHAEL G. KELBER |
| **Correspondent Address:** | 2 NORTH LASALLE STREET, SUITE 1700<br>NEAL, GERBER & EISENBERG, LLP<br>CHICAGO, IL 60602 |

**Domestic Representative - Not Found**

## Assignment 7 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 5759/0606 | **Pages:** | 5 |
| **Date Recorded:** | Mar. 29, 2016 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5759/0606 | | |

| Assignor | | |
|---|---|---|
| **Name:** | KEE ACTION SPORTS LLC | **Execution Date:** Dec. 31, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |

| Assignee | | |
|---|---|---|
| **Name:** | GI SPORTZ DIRECT LLC | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** | 570 MANTUA BLVD.<br>SEWELL , NEW JERSEY 08080 | |

| Correspondent | |
|---|---|
| **Correspondent Name:** | MICHAEL G. KELBER |
| **Correspondent Address:** | 2 NORTH LASALLE STREET, SUITE 1700<br>NEAL, GERBER & EISENBERG, LLP<br>CHICAGO, IL 60602 |

**Domestic Representative - Not Found**

## Assignment 8 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | 7201/0251 | **Pages:** | 10 |
| **Date Recorded:** | Feb. 23, 2021 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7201/0251 | | |

| Assignor | | |
|---|---|---|
| **Name:** | KSV RESTRUCTURING INC., AS THE COURT APPOINTED RECEIVER OF GI SPORTZ DIRECT LLC | **Execution Date:** Nov. 30, 2020 |
| **Legal Entity Type:** | COMPANY | **State or Country Where Organized:** CANADA |

| Assignee | | |
|---|---|---|
| **Name:** | KORE OUTDOOR (US), INC. | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** DELAWARE |
| **Address:** | 2955 SOUTH MAPLECREST ROAD<br>FORT WAYNE , INDIANA 46803 | |

| Correspondent | |
|---|---|
| **Correspondent Name:** | MICHAEL F. SNYDER, VOLPE AND KOENIG, PC |
| **Correspondent Address:** | 30 SOUTH 17TH STREET<br>SUITE 1800<br>PHILADELPHIA, PA 19103 |

**Domestic Representative - Not Found**

## Assignment 9 of 10

| | |
|---|---|
| **Conveyance:** | RELEASE OF SECURITY INTEREST |
| **Reel/Frame:** | 7814/0001 |
| **Date Recorded:** | Jul. 27, 2022 |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7814/0001 |

**Pages:** 86

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | HSBC BANK CANADA | **Execution Date:** | Jul. 26, 2022 |
| **Legal Entity Type:** | COMPANY | **State or Country Where Organized:** | CANADA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | GI SPORTZ DIRECT LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 570 MANTUA BOULEVARD SEWELL , NEW JERSEY 08080 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | MICHAEL F. SNYDER, VOLPE AND KOENIG, PC |
| **Correspondent Address:** | 30 SOUTH 17TH STREET SUITE 1800 PHILADELPHIA, PA 19103 |

**Domestic Representative - Not Found**

## Assignment 10 of 10

| | |
|---|---|
| **Conveyance:** | SECURITY INTEREST |
| **Reel/Frame:** | 7816/0161 |
| **Date Recorded:** | Aug. 09, 2022 |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7816/0161 |

**Pages:** 11

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | KORE OUTDOOR (US) INC. | **Execution Date:** | Aug. 09, 2022 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | CANADIAN IMPERIAL BANK OF COMMERCE, AS AGENT | | |
| **Legal Entity Type:** | BANK | **State or Country Where Organized:** | CANADA |
| **Address:** | 595 BAY STREET, 5TH FLOOR, ATRIUM ON BAY TORONTO , M5G2C2 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | CHRISTINE SLATTERY, SR. LEGAL ASSISTANT |
| **Correspondent Address:** | 75 STATE STREET WHITE & CASE LLP BOSTON, MA 02109 |

**Domestic Representative - Not Found**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, April 03, 2026 14:53:12 EDT |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Registration No. 3049101 -- Docket/Reference No. KORE-TM296 |

**U.S. Serial Number:** 78437779
**U.S. Registration Number:** 3049101
**U.S. Registration Date:** January 24, 2006
**Mark:**
**Owner:** KORE OUTDOOR (US), INC.

April 03, 2026

## NOTICE OF ACCEPTANCE UNDER SECTION 8

The declaration of use or excusable nonuse filed for the above-identified registration meets the requirements of Section 8 of the Trademark Act, 15 U.S.C. §1058. **The Section 8 declaration is accepted.**

## NOTICE OF REGISTRATION RENEWAL UNDER SECTION 9

The renewal application filed for the above-identified registration meets the requirements of Section 9 of the Trademark Act, 15 U.S.C. §1059. **The registration is renewed.**

**The registration will remain in force for the class(es) listed below, unless canceled by an order of the Commissioner for Trademarks or a Federal Court, as long as the requirements for maintaining the registration are fulfilled as they become due.**

**Class(es):**
028

TRADEMARK SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

---

### REQUIREMENTS FOR MAINTAINING REGISTRATION IN SUCCESSIVE TEN-YEAR PERIODS

**WARNING: Your registration will be canceled if you do not file the documents below during the specified statutory time periods.**

**What and When to File:** You must file a declaration of use (or excusable nonuse) **and** an application for renewal between every 9th and 10th-year period, calculated from the registration date. See 15 U.S.C. §§1058, 1059.

**Grace Period Filings**

The above documents will be considered as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*\*\*THE USPTO IS NOT REQUIRED TO SEND ANY FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS. THE OWNER SHOULD CONTACT THE USPTO ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.\*\*\***

To check the status of this registration, go to
https://tsdr.uspto.gov/#caseNumber=78437779&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.

To view this notice and other documents for this registration on-line, go to
https://tsdr.uspto.gov/#caseNumber=78437779&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

\*    **For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov/trademark/ or contact the Trademark Assistance Center at 1-800-786-9199.**

**61**

PTO- 1963
Approved for use through 01/31/2025. OMB 0651-0055
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **REGISTRATION NUMBER** | 3049101 |
| **REGISTRATION DATE** | 01/24/2006 |
| **SERIAL NUMBER** | 78437779 |
| **MARK SECTION** | |
| **MARK** | Miscellaneous Mark (stylized and/or with design, see mark) |
| **ATTORNEY INFORMATION (current)** | |
| **NAME** | Michael F. Snyder |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Volpe Koenig |
| **INTERNAL ADDRESS** | Suite 1800 |
| **STREET** | 30 South 17th Street |
| **CITY** | Philadelphia |
| **STATE** | Pennsylvania |
| **POSTAL CODE** | 19103 |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **PHONE** | 215-568-6400 |
| **FAX** | 215-568-6499 |
| **EMAIL** | trademarks@vklaw.com |
| **DOCKET/REFERENCE NUMBER** | KORE-TM296 |
| **ATTORNEY INFORMATION (proposed)** | |
| **NAME** | Michael F. Snyder |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Volpe Koenig |
| **INTERNAL ADDRESS** | Suite 1800 |
| **STREET** | 30 South 17th Street |

**62**

| CITY | Philadelphia |
|---|---|
| STATE | Pennsylvania |
| POSTAL CODE | 19103 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| PHONE | 215-568-6400 |
| FAX | 215-568-6499 |
| EMAIL | trademarks@vklaw.com |
| DOCKET/REFERENCE NUMBER | KORE-TM296 |
| OTHER APPOINTED ATTORNEY | John J. O'Malley, Carey Kulp |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Michael F. Snyder |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@vklaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | MSnyder@vklaw.com; _Trademark-Paralegals@vklaw.com |
| DOCKET/REFERENCE NUMBER | KORE-TM296 |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Michael F. Snyder |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@vklaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | MSnyder@vklaw.com; Trademark-Paralegals@vklaw.com |
| DOCKET/REFERENCE NUMBER | KORE-TM296 |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 028 |
| GOODS OR SERVICES | Paintballs |
| **SPECIMEN FILE NAME(S)** | |
| ORIGINAL PDF FILE | SPN0-389824798-2026012315 2932416305_._KORE-TM296_Specimen.pdf |
| CONVERTED PDF FILE(S) (7 pages) | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml2\S890002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml2\S890003.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml2\S890004.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml2\S890005.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml2\S890006.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml2\S890007.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml2\ |

**63**

| | S890008.jpg |
|---|---|
| SPECIMEN DESCRIPTION | Paintballs with registered design; goods for sale showing registered design |
| WEBPAGE URL | https://ansgear.com/3-cases-of-empire-marballizer-paintballs-6-000-rounds-total-green-fill-68-caliber/ |
| WEBPAGE DATE OF ACCESS | 01/23/2026 |

**OWNER SECTION (current)**

| | |
|---|---|
| NAME | KORE OUTDOOR (US), INC. |
| MAILING ADDRESS | 2955 Adams Center Road |
| CITY | Fort Wayne |
| STATE | Indiana |
| ZIP/POSTAL CODE | 46803 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

**OWNER SECTION (proposed)**

| | |
|---|---|
| NAME | KORE OUTDOOR (US), INC. |
| MAILING ADDRESS | 4230 Lake Avenue |
| CITY | Fort Wayne |
| STATE | Indiana |
| ZIP/POSTAL CODE | 46815 |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |

**LEGAL ENTITY SECTION (current)**

| | |
|---|---|
| TYPE | corporation |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION | Delaware |

**PAYMENT SECTION**

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| NUMBER OF CLASSES PAID | 1 |
| COMBINED §§ 8 & 9 DECLARATION/APPLICATION FILING FEE | 650 |
| TOTAL FEE PAID | 650 |

**SIGNATURE SECTION**

| | |
|---|---|
| SIGNATURE | /William Ceranski/ |
| SIGNATORY'S NAME | William Ceranski |
| SIGNATORY'S POSITION | CEO |
| DATE SIGNED | 01/23/2026 |
| SIGNATURE METHOD | Sent to third party for signature |
| PAYMENT METHOD | CC |

**64**

| FILING INFORMATION | |
|---|---|
| **SUBMIT DATE** | Fri Jan 23 19:30:27 ET 2026 |
| **TEAS STAMP** | USPTO/S08N09-XX.XX.XXX.XX -20260123193028398780-304 9101-91040468a9f2a25be694 69d6fae659a2f9b0858094806 0982dfc1148a110b7b06e-CC- 30276225-2026012315293241 6305 |

PTO- 1963

Approved for use through 01/31/2025. OMB 0651-0055

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9**

**To the Commissioner for Trademarks:**

**REGISTRATION NUMBER:** 3049101
**REGISTRATION DATE:** 01/24/2006

**MARK:** (Stylized and/or with Design, Miscellaneous Mark (see, mark))

**Current:** The owner, KORE OUTDOOR (US), INC., a corporation of Delaware, having an address of
  2955 Adams Center Road
  Fort Wayne, Indiana 46803
  United States
  XXXX

**Proposed:** The owner, KORE OUTDOOR (US), INC., a corporation of Delaware, having an address of
  4230 Lake Avenue
  Fort Wayne, Indiana 46815
  United States
  XXXX
is filing a Combined Declaration of Use and/or Excusable Nonuse/Application for Renewal of Registration of a Mark under Sections 8 & 9.

For International Class 028, the mark is in use in commerce on or in connection with **all** goods/services, or to indicate membership in the collective membership organization, listed in the existing registration for this specific class: Paintballs ; or, the owner is making the listed excusable nonuse claim.

The owner is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in this class, consisting of a(n) Paintballs with registered design; goods for sale showing registered design.

**Original PDF file:**
SPN0-389824798-2026012315 2932416305_._KORE-TM296_S pecimen.pdf
**Converted PDF file(s)** (7 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7

Webpage URL: https://ansgear.com/3-cases-of-empire-marballizer-paintballs-6-000-rounds-total-green-fill-68-caliber/
Webpage Date of Access: 01/23/2026
The owner's/holder's current attorney information: Michael F. Snyder. Michael F. Snyder of Volpe Koenig, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

  Suite 1800
  30 South 17th Street
  Philadelphia, Pennsylvania 19103
  United States
The docket/reference number is KORE-TM296.

The phone number is 215-568-6400.

The fax number is 215-568-6499.

The email address is trademarks@vklaw.com

Michael F. Snyder submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.


The owner's/holder's proposed attorney information: Michael F. Snyder. Other appointed attorneys are John J. O'Malley, Carey Kulp. Michael F. Snyder of Volpe Koenig, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

Suite 1800
30 South 17th Street
Philadelphia, Pennsylvania 19103
United States
The docket/reference number is KORE-TM296.

The phone number is 215-568-6400.

The fax number is 215-568-6499.

The email address is trademarks@vklaw.com

Michael F. Snyder submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Information (current)**
Michael F. Snyder
PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@vklaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): MSnyder@vklaw.com; _Trademark-Paralegals@vklaw.com
The docket/reference number is KORE-TM296.

**Correspondence Information (proposed)**
Michael F. Snyder
PRIMARY EMAIL FOR CORRESPONDENCE: trademarks@vklaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): MSnyder@vklaw.com; Trademark-Paralegals@vklaw.com
The docket/reference number is KORE-TM296.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $650 will be submitted with the form, representing payment for 1 class(es), plus any additional grace period fee, if necessary.


### Declaration

- ☑ Unless the owner has specifically claimed excusable nonuse, the mark is in use in commerce on or in connection with the goods/services or to indicate membership in the collective membership organization identified above, as evidenced by the attached specimen(s).

- ☑ Unless the owner has specifically claimed excusable nonuse, the specimen(s) shows the mark as currently used in commerce on or in connection with the goods/services/collective membership organization.

- ☑ The registrant requests that the registration be renewed for the goods/services/collective organization identified above.

- ☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- ☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of this submission and the registration, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /William Ceranski/    Date: 01/23/2026
Signatory's Name: William Ceranski
Signatory's Position: CEO


**67**

Signature method: Sent to third party for signature

Mailing Address **(current):**
  Volpe Koenig
  30 South 17th Street
  Philadelphia, Pennsylvania 19103

Mailing Address **(proposed):**
  Volpe Koenig
  30 South 17th Street
  Philadelphia, Pennsylvania 19103

Serial Number: 78437779
Internet Transmission Date: Fri Jan 23 19:30:27 ET 2026
TEAS Stamp: USPTO/S08N09-XX.XX.XXX.XX-20260123193028
398780-3049101-91040468a9f2a25be69469d6f
ae659a2f9b08580948060982dfc1148a110b7b06
e-CC-30276225-20260123152932416305



**69**









CUSTOMER REVIEWS

Other recommended products

First Strike FSR .68 Caliber Paintballs ★★★★★ (82) $44.95

Empire Evil 2,000 Round Paintball Case - White/Whit... ★★★★★ (70) $59.95

3 Cases of Empire Evil Paintballs (6,000 Rounds... ★★★★★ (70) $134.85

3 Cases of GI Sportz 5 Star Paintballs (6,000 Rounds... ★★★★★ (41) $149.85

3 Cases of GI Sportz 5 Star Paintballs (6,000 Rounds... ★★★★★ (41) $149.85

Reviews    Q&A

4.9 ★★★★★ Based on 28 reviews

| 5 ★ | 24 |
| 4 ★ | 4 |
| 3 ★ | 0 |
| 2 ★ | 0 |
| 1 ★ | 0 |

Write A Review

Search reviews    Rating ▼    With media ○

Popular topics

paint    balls    dimples    breaks

Sort by: Most relevant ✓

**BH** Brett H. ✓ Verified Buyer

★★★★★ Shoots great in tippmann A5                                     09/21/25

Have not played in 15 years but remembered marballizers were the best paint I ever used. Got them in and ran a case through my tippmann A5 with no issues.

Was this review helpful? 👍 2 👎 0

**RT** Robert T. ✓ Verified Buyer

★★★★★ Great paintballs for woodsball, I                                     09/24/25

Great paintballs for woodsball, I have never broken a ball in my 180r in 4 cases so far, also ANS packs them very well so they always arrive in perfect condition. TIP: use chatgpt to plan your order timing for coolest transit.

Was this review helpful? 👍 0 👎 0

**JP** Jordan P. ✓ Verified Buyer

★★★★★ These balls work great in                                     01/22/25

These balls work great in my EMF100 but they are on the small side! My MCS 468 doesnt like them though, they are small enough that the lok bolt wont engage.

Was this review helpful? 👍 2 👎 0



**RB** Ryan B.
✓ Verified Buyer

★ ★ ★ ★ ★ Great deal amd always quick                07/21/24

Great deal amd always quick to ship

Was this review helpful? 👍 3 👎 0

**JH** Josh H.
✓ Verified Buyer

★ ★ ★ ★ ☆ Fun green paint                07/15/24

Bought a case of this as it was on sale and I was not disappointed. No dimples and sized to about .684. Shoot straight and did not break any in my marker (05 Timmy). Did have a few bounces on people, but that could be because I was playing in 90+ degree weather. Plus, I love the green fill and could Read more

Was this review helpful? 👍 0 👎 0

**1** 2 3 ›



**Join Our Newsletter**

Enter Your Email        SUBMIT

**Connect With Us**   

**Latest from our IG Feed**

| Company | My Account | Resources |
| --- | --- | --- |
| Contact Us | Login | Gift Certificates |
| Wholesale | Register | Shipping Insurance |
| Employment | View Cart | Info Center |
| Social Media Submissions | Orders | FAQs |
| Financing with Bread | Loyalty Rewards Program | Sitemap |
| Privacy Policy | Shipping | Terms & Conditions |
| Showroom | Returns | |
| Reviews | | |

BBB ACCREDITED BUSINESS
Click for Profile

30 YEARS OF PAINTBALL

© 2026 ANSgear.com All Rights Reserved.

BOLT  VISA  Mastercard  DISCOVER  PayPal  AMEX

Built by **Brand Labs**

Manage Website Data Collection Preferences

74

Captured at: 01/23/2026 03:25 PM    URL: https://ansgear.com/3-cases-of-empire-marballizer-paintballs-6-000-rounds-total-green-fill-68-caliber/











CUSTOMER REVIEWS



**Other recommended products**

First Strike FSR .68 Caliber Paintballs
★★★★★ (82)
$44.95

Empire Evil 2,000 Round Paintball Case - White/Whit...
★★★★★ (70)
$ 59.95

3 Cases of Empire Evil Paintballs (6,000 Rounds...
★★★★★ (70)
$ 134.85

3 Cases of GI Sportz 5 Star Paintballs (6,000 Rounds...
★★★★★ (41)
$ 149.85

3 Cases of GI Sportz 5 Star Paintballs (6,000 Rounds...
★★★★★ (41)
$ 149.85

Reviews    Q&A

**4.9** ★★★★★
Based on 28 reviews

| | | |
|---|---|---|
| 5 ★ | | 24 |
| 4 ★ | | 4 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

Write A Review

Search reviews    Rating ▾    With media ○

**Popular topics**

paint   balls   dimples   breaks

Sort by: Most relevant ▾

**BH** Brett H.
✓ Verified Buyer

★★★★★ Shoots great in tippmann A5                    09/21/25

Have not played in 15 years but remembered marballizers were the best paint I ever used. Got them in and ran a case through my tippmann A5 with no issues.

Was this review helpful? 👍 2 👎 0

**RT** Robert T.
✓ Verified Buyer

★★★★★ Great paintballs for woodsball, I                    09/24/25

Great paintballs for woodsball, I have never broken a ball in my 180r in 4 cases so far, also ANS packs them very well so they always arrive in perfect condition. TIP: use chatgpt to plan your order timing for coolest transit.

Was this review helpful? 👍 0 👎 0

**JP** Jordan P.
✓ Verified Buyer

★★★★★ These balls work great in                    01/22/25

These balls work great in my EMF100 but they are on the small side! My MCS 468 doesnt like them though, they are small enough that the lok bolt wont engage.

Was this review helpful? 👍 2 👎 0

**80**



**RB** Ryan B.
✓ Verified Buyer

★★★★★ Great deal amd always quick                07/21/24

Great deal amd always quick to ship

Was this review helpful?  👍 3  👎 0

**JH** Josh H.
✓ Verified Buyer

★★★★☆ Fun green paint                            07/15/24

Bought a case of this as it was on sale and I was not disappointed. No dimples and sized to about .684. Shoot straight and did not break any in my marker (05 Timmy). Did have a few bounces on people, but that could be because I was playing in 90+ degree weather. Plus, I love the green fill and could Read more

Was this review helpful?  👍 0  👎 0

‹  **1**  2  3  ›



**Join Our Newsletter**

Enter Your Email          SUBMIT

**Connect With Us**  🅕  📷  ▶  🐦

**Latest from our IG Feed**

**Company**
Contact Us
Wholesale
Employment
Social Media Submissions
Financing with Bread
Privacy Policy
Showroom
Reviews

**My Account**
Login
Register
View Cart
Orders
Loyalty Rewards Program
Shipping
Returns

**Resources**
Gift Certificates
Shipping Insurance
Info Center
FAQs
Sitemap
Terms & Conditions

© 2026 ANSgear.com All Rights Reserved.        Built by Brand Labs

Manage Website Data Collection Preferences

**81**

Captured at: 01/23/2026 03:25 PM    URL: https://ansgear.com/3-cases-of-empire-marballizer-paintballs-6-000-rounds-total-green-fill-68-caliber/



| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Friday, January 24, 2025 01:31:24 EST |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 78437779 -- Docket/Reference No. KORE-TM296 |

**USPTO COURTESY REMINDER**

**TRADEMARK REGISTRATION MAINTENANCE DOCUMENT(S) UNDER SECTIONS 8 AND 9 MUST BE FILED BEFORE DEADLINE OR REGISTRATION WILL BE CANCELLED/EXPIRED**

**U.S. Application Serial No.**  78437779
**U.S. Registration No.**  3049101
**U.S. Registration Date:**  January 24, 2006
**Mark:**
**Owner:**  KORE OUTDOOR (US), INC.
**Docket/Reference No.**  KORE-TM296

**Issue Date:**   January 24, 2025

**Required submission.**  The owner of the trademark registration must file a **Declaration of Use and/or Excusable Nonuse and an Application for Renewal under Sections 8 and 9 of the Trademark Act** (Sections 8 and 9 Declaration) between now and January 26, 2026.   For an additional fee, the owner can file within the 6-month grace period that ends on July 24, 2026.

**If ownership of the registration or the owner's name has changed,** the owner can use **Assignment Center** to record the change.  More information on changes of ownership/owner name is available on the **USPTO website.**

**Click here for more information about maintaining a trademark registration.**

**Identity verification requirement.**  Registration maintenance documents must be filed using the trademark electronic filing system, **unless a limited exception applies**. In order to use the trademark electronic filing system, filers must allow adequate time to complete the **identity verification process,** which may require as long as three weeks to complete. For information about how to complete identity verification, please see the **Identity verification for trademark filers webpage**.

**Proof of Use Audit.**  The USPTO is conducting an audit program to promote the accuracy and integrity of the trademark register.  If a registration is selected for audit, the owner will be required to submit proof of use for additional goods/services for which use is claimed in a Section 8 Declaration.  Detailed information about the program is available on the **Proof of Use Audit Program webpage** .

**Determination of time of receipt by USPTO.**  Correspondence transmitted through the Trademark Electronic Application System (TEAS) is considered filed on the date the USPTO receives the transmission in Eastern Time.

**If the owner fails to file a timely Sections 8 and 9 Declaration the registration will be CANCELLED/EXPIRED** and cannot be reinstated.

**This reminder notice is being sent only as a courtesy** to trademark owners who maintain a current email address with the USPTO.   Failure by the USPTO to send a reminder or non-receipt of a reminder does not excuse a trademark owner from meeting the statutory obligations for maintaining a registration.

**Foreign-domiciled owners** must have a U.S.-licensed attorney represent them at the USPTO in any post-registration filing.

**Beware of misleading notices sent by private companies about registrations.**   Private companies **not** associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices - most of which require fees.  All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

**Direct questions** about this notice to the Trademark Assistance Center at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov** .

**83**

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 78437779 |
| **REGISTRATION NUMBER** | 3049101 |
| **MARK SECTION** | |
| **MARK** | (Design only, see https://tmng-al.uspto.gov /resting2/api/img/78437779/large) |
| **OWNER SECTION(current)** | |
| **NAME** | KORE OUTDOOR (US), INC. |
| **MAILING ADDRESS** | 2955 SOUTH MAPLECREST ROAD |
| **CITY** | FORT WAYNE |
| **STATE** | Indiana |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 46803 |
| **OWNER SECTION(proposed)** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| **NAME** | KORE OUTDOOR (US), INC. |
| **MAILING ADDRESS** | 2955 Adams Center Road |
| **CITY** | Fort Wayne |
| **STATE** | Indiana |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 46803 |
| **EMAIL** | XXXX |
| **ATTORNEY SECTION (current)** | |
| **NAME** | Michael G. Kelber |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | NOT SPECIFIED |
| **YEAR OF ADMISSION** | NOT SPECIFIED |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | NOT SPECIFIED |
| **FIRM NAME** | NEAL, GERBER & EISENBERG LLP |
| **STREET** | Two North LaSalle Street, Suite 1700 |
| **CITY** | CHICAGO |
| **STATE** | Illinois |

**84**

| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
|---|---|
| POSTAL/ZIP CODE | 60602-3801 |
| PHONE | 312-269-8000 |
| FAX | (312) 269-1747 |
| EMAIL | trademarks@ngelaw.com |
| DOCKET/REFERENCE NUMBER(S) | 15501-62T1(7 |
| **ATTORNEY SECTION (proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney: |
| NAME | Michael F. Snyder |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Volpe Koenig |
| OTHER APPOINTED ATTORNEY(S) | John J. O'Malley, Carey Kulp, Chelsea A. Steadman |
| INTERNAL ADDRESS | Suite 1800 |
| STREET | 30 South 17th Street |
| CITY | Philadelphia |
| STATE | Pennsylvania |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| POSTAL/ZIP CODE | 19103 |
| PHONE | 215-568-6400 |
| FAX | 215-568-6499 |
| EMAIL | trademarks@vklaw.com |
| DOCKET/REFERENCE NUMBER(S) | KORE-TM296 |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | MICHAEL G. KELBER |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@ngelaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | NOT PROVIDED |
| DOCKET/REFERENCE NUMBER(S) | 15501-62T1(7 |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | Michael F. Snyder |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks@vklaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | MSnyder@vklaw.com; _Trademark-Paralegals@vklaw.com |
| **SIGNATURE SECTION** | |

85

| SIGNATORY FILE | |
|---|---|
| **ORIGINAL PDF FILE** | hw_389824798-112537105_._KORE_OUTDOOR__US__INC._Revocation__POA_8091856.1_.pdf |
| **CONVERTED PDF FILE(S)** **(2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml1\CAR0002.jpg |
| | \\TICRS\EXPORT18\IMAGEOUT 18\784\377\78437779\xml1\CAR0003.jpg |
| **SIGNATORY NAME** | William Ceranski |
| **SIGNATORY POSITION** | CEO |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Handwritten |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Thu Sep 07 12:13:53 ET 2023 |
| **TEAS STAMP** | USPTO/CAR-XX.XX.XXX.XX-20230907121353074618-785847 89-8507ae413ee409ca0da651 3fa5c1f61ad7525e61f4f76aa eab08f76b873b499e6b7-N/A-N/A-20230907120450345831 |

**86**

PTO- 2300
Approved for use through 07/31/2024. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** Design only, see https://tmng-al.uspto.gov/resting2/api/img/78437779/large)
**SERIAL NUMBER:** 78437779
**REGISTRATION NUMBER:** 3049101

**Owner Section (Current) :**
KORE OUTDOOR (US), INC.
2955 SOUTH MAPLECREST ROAD
FORT WAYNE, Indiana 46803
United States

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
KORE OUTDOOR (US), INC.
2955 Adams Center Road
Fort Wayne, Indiana 46803
United States
XXXX

**Attorney Section (Current):**
Michael G. Kelber of NEAL, GERBER & EISENBERG LLP
is located at
Two North LaSalle Street, Suite 1700
CHICAGO, Illinois 60602-3801
United States
312-269-8000
(312) 269-1747
Email Address: trademarks@ngelaw.com
Docket Reference Number(s):15501-62T1(7.

By submission of this request, the undersigned REVOKES the power of attorney currently of record, as listed above, and hereby APPOINTS the following new attorney:

**Attorney Section (proposed):**
Michael F. Snyder of Volpe Koenig
XX bar, admitted in XXXX, bar membership no. XXX, is located at
Suite 1800
30 South 17th Street
Philadelphia, Pennsylvania 19103
United States
215-568-6400
215-568-6499
trademarks@vklaw.com
Other Appointed Attorney(s): John J. O'Malley, Carey Kulp, Chelsea A. Steadman

Docket Reference Number(s): KORE-TM296

Michael F. Snyder submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court

**87**

of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

**Correspondence Section (Current):**
MICHAEL G. KELBER
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@ngelaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): NOT PROVIDED
Docket Reference Number(s): 15501-62T1(7

**Correspondence Section (proposed):**
Michael F. Snyder
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: trademarks@vklaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): MSnyder@vklaw.com; _Trademark-Paralegals@vklaw.com
Docket Reference Number(s): KORE-TM296

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

**Original PDF file:**
hw_389824798-112537105_._KORE_OUTDOOR__US__INC._Re vocation__POA_8091856.1_.pdf
**Converted PDF file(s)** (2 pages)
Signature File1
Signature File2
Signatory's Name: William Ceranski
Signatory's Position: CEO
Signature method: Handwritten

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 78437779
Internet Transmission Date: Thu Sep 07 12:13:53 ET 2023
TEAS Stamp: USPTO/CAR-XX.XX.XXX.XX-20230907121353074
618-78584789-8507ae413ee409ca0da6513fa5c
1f61ad7525e61f4f76aaeab08f76b873b499e6b7
-N/A-N/A-20230907120450345831

| IN THE UNITED STATES PATENT AND TRADEMARK OFFICE<br>IN RE TRADEMARK APPLICATION | |
| --- | --- |
| Owner: KORE OUTDOOR (US) INC. | Our File Nos. Schedule A |
| Registration Nos. Schedule A | Marks:  Schedule A |

**REVOCATION OF POWER OF ATTORNEY AND POWER OF ATTORNEY**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Sir:

KORE OUTDOOR (US) INC., a Corporation in the State of Delaware, hereby revokes all prior Powers of Attorney or Authorizations of Agent in the referenced matters and appoints:

Volpe Koenig
30 South 17th Street, Suite 1800
Philadelphia, PA 19103
(215) 568-6400

More specifically, John J. O'Malley, Michael F. Snyder, and Carey Kulp, all members of the Bar of the Commonwealth of Pennsylvania, and Chelsea A. Steadman, a member of the Bar of the State of New Hampshire, are appointed to prosecute and maintain the referenced registrations, to file all necessary declarations of use, transact all business in the Patent and Trademark Office in connection therewith, and to receive all correspondence, including certificates of renewal and notices of acceptance.

KORE OUTDOOR (US) INC.

_____
William Ceranski, CEO

## 9/5/23
_____
(Date)

8091842.1

**89**

## SCHEDULE A

| TRADEMARK | REGISTRATION NO | REGISTRATION DATE | REFERENCE NO. |
|---|---|---|---|
| A-5 | 3293558 | Sep 18, 2007 | KORE-TM329 |
| TIPPMANN | 3081667 | Apr 18, 2006 | KORE-TM261 |
| TIPPMANN | 3529179 | Nov 4, 2008 | KORE-TM261.1 |
| TIPPMANN | 3529180 | Nov 4, 2008 | KORE-TM261.2 |
| GRYPHON | 4191313 | Aug 14, 2012 | KORE-TM263 |
| ION | 3074611 | Mar 28, 2006 | KORE-TM264 |
| VISION | 2812665 | Feb 10, 2004 | KORE-TM265 |
| ALL STAR | 2435371 | Mar 13, 2001 | KORE-TM291 |
| | 2827002 | Mar 30, 2004 | KORE-TM292 |
| EVIL | 2689106 | Feb 18, 2003 | KORE-TM293 |
| FLASH | 2826892 | Mar 30, 2004 | KORE-TM294 |
| MARBALLIZER | 2435370 | Mar 13, 2001 | KORE-TM295 |
| | 3049101 | Jan 24, 2006 | KORE-TM296 |
| PIPE | 2832745 | Apr 13, 2004 | KORE-TM297 |
| PREMIUM | 2529549 | Jan 15, 2002 | KORE-TM298 |
| PREMIUM GOLD | 2435372 | Mar 13, 2001 | KORE-TM299 |
| | 4420812 | Oct 22, 2013 | KORE-TM300 |
| PURE ENERGY | 2531744 | Jan 22, 2002 | KORE-TM301 |
| REACTOR | 3307375 | Oct 9, 2007 | KORE-TM302 |
| SHRAPNEL | 3083549 | Apr 18, 2006 | KORE-TM303 |
| STINGER | 3080544 | Apr 11, 2006 | KORE-TM304 |
| ULTRA | 3977775 | Jun 14, 2011 | KORE-TM305 |
| X-RAY | 2546608 | Mar 12, 2002 | KORE-TM306 |
| 98 CUSTOM | 3144509 | Sep 19, 2006 | KORE-TM331 |
| CUSTOM PRO | 3144508 | Sep 19, 2006 | KORE-TM332 |
| X-7 | 3469774 | Jul 15, 2008 | KORE-TM333 |
| ALPHA BLACK | 3747360 | Feb 9, 2010 | KORE-TM334 |
| BIG BOY | 3762067 | Mar 23, 2010 | KORE-TM335 |
| BRAVO ONE | 3747325 | Feb 9, 2010 | KORE-TM336 |
| PHENOM | 3917399 | Feb 8, 2011 | KORE-TM337 |
| TPN | 3857342 | Oct 5, 2010 | KORE-TM338 |
| X7 PHENOM | 3775708 | Apr 13, 2010 | KORE-TM339 |
| FLEXVALVE | 3785750 | May 4, 2010 | KORE-TM340 |
| PROJECT SALVO | 3842684 | Aug 31, 2010 | KORE-TM341 |
| SL-68 II | 3842685 | Aug 31, 2010 | KORE-TM342 |
| TIPX | 3942154 | Apr 5, 2011 | KORE-TM343 |
| FLIP-TOP | 4645504 | Nov 25, 2014 | KORE-TM344 |
| CRONUS | 4654232 | Dec 9, 2014 | KORE-TM345 |
| RESPONSE | 3057869 | Feb 7, 2006 | KORE-TM347 |
| FLATLINE | 3076316 | Apr 4, 2006 | KORE-TM348 |

8091842.1

**90**

*AO 120 (Rev. 08/10)*

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313–1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the **U.S. District Court for the District of New Jersey** on the following:
**X** Trademarks or _____ Patents. ( _____ the patent action involves 35 U.S.C. § 292.)

| DOCKET NO.<br>1:16–cv–07170–NLH–KMW | DATE FILED<br>10/14/2016 | U.S. DISTRICT COURT<br>CAMDEN, NJ |
|---|---|---|
| PLAINTIFF<br>GI SPORTZ, INC. | | DEFENDANT<br>VALKEN, INC |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 3049101 | 1/24/2006 | Pursuit Marketing, Inc. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| | In the above––entitled case, the following patent(s)/ trademark(s) have been included: | |
|---|---|---|
| DATE INCLUDED | INCLUDED BY | |
| | ___ Amendment ___ Answer ___ Cross Bill ___ Other Pleading | |
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

| In the above––entitled case, the following decision has been rendered or judgement issued: |
|---|
| DECISION/JUDGEMENT |

| CLERK<br>William T. Walsh | (BY) DEPUTY CLERK<br>s/ Ryan Merrigan | DATE<br>10/14/2016 |
|---|---|---|

**Copy 1––Upon initiation of action, mail this copy to Director Copy 3––Upon termination of action, mail this copy to Director**
**Copy 2––Upon filing document adding patent(s), mail this copy to Director Copy 4––Case file copy**

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38 and 50

**Reg. No. 3,049,101**

## United States Patent and Trademark Office

Registered Jan. 24, 2006

## TRADEMARK
### PRINCIPAL REGISTER



PURSUIT MARKETING, INC. (ILLINOIS COR-
PORATION)

55 EAST HOWARD

DES PLAINES, IL 60018

FOR: PAINTBALLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1994; IN COMMERCE 0-0-1994.

THE MARK CONSISTS OF CONTRASTING COL-
ORS BLENDED RANDOMLY TOGETHER TO
FORM THE APPEARANCE OF A FANCIFUL DE-
SIGN ON THE SURFACE OF A PAINTBALL.

SEC. 2(F).

SER. NO. 78-437,779, FILED 6-18-2004.

STEVEN JACKSON, EXAMINING ATTORNEY



**UNITED STATES PATENT AND TRADEMARK OFFICE**

# Trademark Assignment Abstract of Title

Search results for Registration #: 3049101

Generated on Sat Jul 11 2026 11:47:43 GMT-0400 (Eastern Daylight Time)

---

| **Mark** | **Serial number** | **Registration number** | **International number** | **Mark image** |
|---|---|---|---|---|
| N/A | 78437779 | 3049101 | N/A |  |
| **Registrant/Applicant** | [View in TSDR] | **Registration date** | | |
| KORE OUTDOOR(US), INC. | **Filing date** | Jan 24, 2006 | | |
| | Jun 18, 2004 | | | |

---

## Assignment 1

**Reel/Frame**
3444 /0484

**Pages**
20

**Conveyance**
SECURITY INTEREST

**Documents**
View documents

**Recorded**
Dec 14, 2006

**Assignors & execution date**

AJ INTERMEDIATE HOLDINGS LLC

**Execution date:** Nov 17, 2006
**Entity type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

AJ ACQUISITION HOLDINGS, INC.

**Execution date:** Nov 17, 2006
**Entity type:** CORPORATION
**Citizenship:** DELAWARE

AJ ACQUISITION II LLC

**Execution date:** Nov 17, 2006
**Entity type:** LIMITED LIABILITY COMPANY
**Citizenship:** DELAWARE

View more

**Correspondent**

CHRISTOPHER DORE

71 S. WACKER DRIVE
MAYER BROWN
ROWE & MAW LLP
CHICAGO, IL 60606 -4637

**Attorney docket number**
N/A

**Domestic representative**
N/A

**Assignee**

BANK OF AMERICA, N.A., AS
ADMINISTRATIVE AGENT
1455 MARKET STREET
SAN FRANCISCO
CALIFORNIA, UNITED STATES
94103

**Entity type:** NATIONAL
BANKING ASSOCIATION
**Citizenship:** N/A

## Assignment 2

**Reel/ Frame**
3459 /0507

**Pages**
9

**Conveyance**
ASSIGNS THE
ENTIRE INTEREST

**Documents**
View documents

**Recorded**
Jan 11, 2007

**Assignors & execution date**

PURSUIT MARKETING, INC.

**Execution date:** Nov 17, 2006
**Entity type:** CORPORATION
**Citizenship:** ILLINOIS

**Assignee**

AJ ACQUISITION II LLC
245 PARK AVENUE,
25TH FLOOR
C/O ANGELO GORDON & CO
NEW YORK
NEW YORK, UNITED STATES
10167

**Entity type:** LIMITED
LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent**

NEAL, GERBER &
EISENBERG LLP

TWO NORTH LASALLE
STREET, SUITE 2200
IP DOCKETING DEPARTMENT
CHICAGO, IL 60602

**Attorney docket number**
015501.0011

**Domestic representative**
N/A

## Assignment 3

**Reel/ Frame**
3582 /0685

**Pages**

**Assignors & execution date**

AJ ACQUISITION II LLC

**Correspondent**

NEAL, GERBER &
EISENBERG LLP

**94**

**Conveyance**
CHANGE OF NAME

**Documents**
View documents

**Recorded**
Jul 18, 2007

**Execution date :** Feb 2, 2007

**Entity type :** LIMITED
LIABILITY COMPANY

**Citizenship:** DELAWARE

**Assignee**

KEE ACTION SPORTS II LLC
245 PAREK AVENUE
C/O ANGELO GORDON & CO
NEW YORK
NEW YORK, UNITED STATES
10167

**Entity type :** LIMITED
LIABILITY COMPANY

**Citizenship:** DELAWARE

TWO NORTH LASALLE
STREET, SUITE 2200
IP DOCKETING DEPARTMENT
CHICAGO, IL 60602

**Attorney docket number**
015501.0701

**Domestic representative**
N/A

## Assignment 4

**Reel/ Frame**
5594 /0291

**Pages**
54

**Conveyance**
SECURITY INTEREST

**Documents**
View documents

**Recorded**
Aug 6, 2015

**Assignors & execution date**

KEE ACTION SPORTS LLC

**Execution date :** Jul 23 , 2015
**Entity type :** LIMITED
LIABILITY COMPANY
**Citizenship:** DELAWARE

KEE ACTION SPORTS I LLC

**Execution date :** Jul 23 , 2015
**Entity type :** LIMITED
LIABILITY COMPANY
**Citizenship:** DELAWARE

KEE ACTION SPORTS II LLC

**Execution date :** Jul 23 , 2015
**Entity type :** LIMITED
LIABILITY COMPANY
**Citizenship:** DELAWARE

View more

**Assignee**

**Correspondent**

PHILLIPS LYTLE LLP

ONE CANALSIDE
125 MAIN STREET
BUFFALO, NY 14203

**Attorney docket number**
14422.106

**Domestic representative**
N/A

HSBC BANK CANADA

2001 MCGILL COLLEGE

SUITE 300

MONTREAL

CANADA

H3A 1G1

**Entity type:** NATIONAL
BANKING ASSOCIATION

**Citizenship:** CANADA

## Assignment 5

**Reel/ Frame**

5693 /0663

**Pages**

17

**Conveyance**

RELEASE OF
SECURITY INTEREST

**Documents**

View documents

**Recorded**

Dec 21, 2015

**Assignors & execution date**

AG PAINTBALL HOLDINGS
LLC AS SUCCESSOR
ADMINISTRATIVE AGENT
TO BANK OF AMERICA, N.A.

**Formerly:** FORMERLY
BANK OF AMERICA, N.A.

**Execution date:** Jul 23 , 2015

**Entity type:** LIMITED
LIABILITY COMPANY

**Citizenship:** FLORIDA

**Assignee**

KEE ACTION SPORTS LLC

570 MANTUA BLVD

SEWELL

NEW JERSEY, UNITED STATES

08080

**Entity type:** LIMITED
LIABILITY COMPANY

**Citizenship:** NEW JERSEY

KEE ACTION SPORTS
HOLDINGS, INC.

570 MANTUA BLVD

SEWELL

NEW JERSEY, UNITED STATES

08080

**Correspondent**

CRAIG ROGERS

9600 SW OAK ST.

SUITE 560

TIGARD, OR 97223

**Attorney docket number**

8512-001

**Domestic representative**

N/A

**96**

**Entity type:** CORPORATION

**Citizenship:** NEW JERSEY

KEE ACTION SPORTS I, LLC

570 MANTUA BLVD

SEWELL

NEW JERSEY, UNITED STATES

08080

**Entity type:** LIMITED LIABILITY COMPANY

**Citizenship:** NEW JERSEY

View more

## Assignment 6

**Reel/ Frame**

5759 /0599

**Pages**

7

**Conveyance**

MERGER EFFECTIVE 12/31/2015

**Documents**

View documents

**Recorded**

Mar 29, 2016

**Assignors & execution date**

KEE ACTION SPORTS II LLC

**Execution date:** Dec 31, 2015

**Entity type:** LIMITED LIABILITY COMPANY

**Citizenship:** DELAWARE

**Assignee**

KEE ACTION SPORTS LLC

570 MANTUA BLVD.

SEWELL

NEW JERSEY, UNITED STATES

08080

**Entity type:** LIMITED LIABILITY COMPANY

**Citizenship:** DELAWARE

**Correspondent**

MICHAEL G. KELBER

2 NORTH LASALLE STREET, SUITE 1700

NEAL, GERBER & EISENBERG, LLP

CHICAGO, IL 60602

**Attorney docket number**

015501-0006

**Domestic representative**

N/A

## Assignment 7

**Reel/ Frame**

5759 /0606

**Assignors & execution date**

KEE ACTION SPORTS LLC

**Correspondent**

MICHAEL G. KELBER

97

**Pages**
5

**Conveyance**
CHANGE OF NAME

**Documents**
View documents

**Recorded**
Mar 29, 2016

**Execution date:** Dec 31, 2015

**Entity type:** LIMITED
LIABILITY COMPANY

**Citizenship:** DELAWARE

**Assignee**

GI SPORTZ DIRECT LLC
570 MANTUA BLVD.
SEWELL
NEW JERSEY, UNITED STATES
08080

**Entity type:** LIMITED
LIABILITY COMPANY

**Citizenship:** DELAWARE

2 NORTH LASALLE
STREET, SUITE 1700

NEAL, GERBER&
EISENBERG, LLP

CHICAGO, IL 60602

**Attorney docket number**
015501-0006

**Domestic representative**
N/A

## Assignment 8

**Reel/ Frame**
7201/0251

**Pages**
10

**Conveyance**
ASSIGNS THE
ENTIRE INTEREST

**Documents**
View documents

**Recorded**
Feb 23, 2021

**Assignors & execution date**

KSV RESTRUCTURING
INC., AS THE COURT
APPOINTED RECEIVER OF
GI SPORTZ DIRECT LLC

**Execution date:** Nov 30, 2020

**Entity type:** COMPANY

**Citizenship:** CANADA

**Assignee**

KORE OUTDOOR(US), INC.
2955 SOUTH
MAPLECREST ROAD
FORT WAYNE
INDIANA, UNITED STATES
46803

**Entity type:** CORPORATION

**Citizenship:** DELAWARE

**Correspondent**

MICHAEL F. SNYDER,
VOLPE AND KOENIG, PC

30 SOUTH 17TH STREET
SUITE 1800
PHILADELPHIA, PA 19103

**Attorney docket number**
N/A

**Domestic representative**
N/A

## Assignment 9

**98**

**Reel/ Frame**

7814/0001

**Pages**

86

**Conveyance**

RELEASE OF
SECURITY INTEREST

**Documents**

View documents

**Recorded**

Jul 27, 2022

**Assignors & execution date**

HSBC BANK CANADA

**Execution date:** Jul 26, 2022
**Entity type:** COMPANY
**Citizenship:** CANADA

**Assignee**

GI SPORTZ DIRECT LLC
570 MANTUA BOULEVARD
SEWELL
NEW JERSEY, UNITED STATES
08080

**Entity type:** LIMITED
LIABILITY COMPANY
**Citizenship:** DELAWARE

**Correspondent**

MICHAEL F. SNYDER,
VOLPE AND KOENIG, PC

30 SOUTH 17TH STREET
SUITE 1800
PHILADELPHIA, PA 19103

**Attorney docket number**

KORE-3S

**Domestic representative**

N/A

## Assignment 10

**Reel/ Frame**

7816/0161

**Pages**

11

**Conveyance**

SECURITY INTEREST

**Documents**

View documents

**Recorded**

Aug 9, 2022

**Assignors & execution date**

KORE OUTDOOR (US) INC.

**Execution date:** Aug 9, 2022
**Entity type:** CORPORATION
**Citizenship:** DELAWARE

**Assignee**

CANADIAN IMPERIAL BANK
OF COMMERCE, AS AGENT
595 BAY STREET, 5TH
FLOOR, ATRIUM ON BAY
TORONTO
CANADA
M5G2C2

**Entity type:** BANK
**Citizenship:** CANADA

**Correspondent**

CHRISTINE SLATTERY,
SR. LEGAL ASSISTANT

75 STATE STREET
WHITE & CASE LLP
BOSTON, MA 02109

**Attorney docket number**

1108582.0027

**Domestic representative**

N/A

**99**

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | MAINTENANCE | | **Back to Search** | Print |
|---|---|---|---|---|---|



**Generated on:** This page was generated by TSDR on 2026-07-11 11:38:50 EDT

**Mark:**

| | | |
|---|---|---|
| **US Serial Number:** 78437779 | **Application Filing Date:** | Jun. 18, 2004 |
| **US Registration Number:** 3049101 | **Registration Date:** | Jan. 24, 2006 |
| **Register:** Principal | | |
| **Mark Type:** Trademark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Apr. 03, 2026

**Publication Date:** Nov. 01, 2005

# Mark Information

# Goods and Services

# Basis Information (Case Level)

# Current Owner(s) Information

# Attorney/Correspondence Information

# Prosecution History

# TM Staff and Location Information

# Assignment Abstract Of Title Information

**Summary**

**Conveyance Filter**

| | |
|---|---|
| **Total Assignments:** 10 | **Registrant:** Pursuit Marketing, Inc. |

**Assignment 1 of 10**

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | **3444/0484** | **Pages:** | 20 |
| **Date Recorded:** | Dec. 14, 2006 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3444/0484** | | |

**Assignor**

| | | |
|---|---|---|
| **Name:** **AJ INTERMEDIATE HOLDINGS LLC** | **Execution Date:** | Nov. 17, 2006 |

**100**

| | | | |
|---|---|---|---|
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | **AJ ACQUISITION HOLDINGS, INC.** | **Execution Date:** | Nov. 17, 2006 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Name:** | **AJ ACQUISITION II LLC** | **Execution Date:** | Nov. 17, 2006 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | **AJ ACQUISITION CANADA, INC.** | **Execution Date:** | Nov. 17, 2006 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Name:** | **AJ ACQUISITION I LLC** | **Execution Date:** | Nov. 17, 2006 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | **AJ ACQUISITION II CANADA LLC** | **Execution Date:** | Nov. 17, 2006 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT** | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | No Place of Organization Found |
| **Address:** | 1455 MARKET STREET SAN FRANCISCO , CALIFORNIA 94103 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CHRISTOPHER DORE |
| **Correspondent Address:** | 71 S. WACKER DRIVE MAYER BROWN ROWE & MAW LLP CHICAGO, IL 60606-4637 |

**Domestic Representative - Not Found**

## Assignment 2 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNS THE ENTIRE INTEREST | | |
| **Reel/Frame:** | **3459/0507** | **Pages:** | 9 |
| **Date Recorded:** | Jan. 11, 2007 | | |
| **Supporting Documents:** | **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3459/0507** | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | **PURSUIT MARKETING, INC.** | **Execution Date:** | Nov. 17, 2006 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | ILLINOIS |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | **AJ ACQUISITION II LLC** | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 245 PARK AVENUE, 25TH FLOOR NEW YORK , NEW YORK 10167 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | NEAL, GERBER & EISENBERG LLP |
| **Correspondent Address:** | TWO NORTH LASALLE STREET, SUITE 2200 IP DOCKETING DEPARTMENT |

**101**

CHICAGO, IL 60602

**Domestic Representative - Not Found**

## Assignment 3 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | CHANGE OF NAME | | |
| **Reel/Frame:** | 3582/0685 | **Pages:** | 5 |
| **Date Recorded:** | Jul. 18, 2007 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/3582/0685 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | AJ ACQUISITION II LLC | **Execution Date:** | Feb. 02, 2007 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | KEE ACTION SPORTS II LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 245 PAREK AVENUE NEW YORK , NEW YORK 10167 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | NEAL, GERBER & EISENBERG LLP |
| **Correspondent Address:** | TWO NORTH LASALLE STREET, SUITE 2200 IP DOCKETING DEPARTMENT CHICAGO, IL 60602 |

**Domestic Representative - Not Found**

## Assignment 4 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST | | |
| **Reel/Frame:** | 5594/0291 | **Pages:** | 54 |
| **Date Recorded:** | Aug. 06, 2015 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5594/0291 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | KEE ACTION SPORTS LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | KEE ACTION SPORTS I LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | KEE ACTION SPORTS II LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | KEE ACTION SPORTS TECHNOLOGY HOLDINGS, LLC | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | HSBC BANK CANADA | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | CANADA |
| **Address:** | 2001 MCGILL COLLEGE MONTREAL , H3A 1G1 | | |

Feedback

**102**

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | PHILLIPS LYTLE LLP |
| **Correspondent Address:** | ONE CANALSIDE<br>125 MAIN STREET<br>BUFFALO, NY 14203 |

**Domestic Representative - Not Found**

## Assignment 5 of 10

| | | | |
|---|---|---|---|
| **Conveyance:** | RELEASE OF SECURITY INTEREST | | |
| **Reel/Frame:** | 5693/0663 | **Pages:** | 17 |
| **Date Recorded:** | Dec. 21, 2015 | | |
| **Supporting Documents:** | https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5693/0663 | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | AG PAINTBALL HOLDINGS LLC AS SUCCESSOR ADMINISTRATIVE AGENT TO BANK OF AMERICA, N.A. | **Execution Date:** | Jul. 23, 2015 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | FLORIDA |
| **DBA, AKA, TA, Formerly:** | FORMERLY BANK OF AMERICA, N.A. | | |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | KEE ACTION SPORTS LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD<br>SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS HOLDINGS, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD<br>SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS I, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD<br>SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS II, LLC | | |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | NEW JERSEY |
| **Address:** | 570 MANTUA BLVD<br>SEWELL , NEW JERSEY 08080 | | |
| **Name:** | KEE ACTION SPORTS CANADA, INC. | | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CANADA |
| **Address:** | 570 MANTUA BLVD<br>SEWELL , NEW JERSEY 08080 | | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | CRAIG ROGERS |
| **Correspondent Address:** | 9600 SW OAK ST.<br>SUITE 560<br>TIGARD, OR 97223 |

Feedback

**103**

**Domestic Representative - Not Found**

### Assignment 6 of 10

| | |
|---|---|
| Conveyance: | MERGER EFFECTIVE 12/31/2015 |
| Reel/Frame: | **5759/0599** |
| Date Recorded: | Mar. 29, 2016 |

Pages: 7

Supporting Documents: **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5759/0599**

**Assignor**

| | |
|---|---|
| Name: | **KEE ACTION SPORTS II LLC** |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |

Execution Date: Dec. 31, 2015

State or Country Where Organized: DELAWARE

**Assignee**

| | |
|---|---|
| Name: | **KEE ACTION SPORTS LLC** |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| Address: | 570 MANTUA BLVD.<br>SEWELL , NEW JERSEY 08080 |

State or Country Where Organized: DELAWARE

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MICHAEL G. KELBER |
| Correspondent Address: | 2 NORTH LASALLE STREET, SUITE 1700<br>NEAL, GERBER & EISENBERG, LLP<br>CHICAGO, IL 60602 |

**Domestic Representative - Not Found**

### Assignment 7 of 10

| | |
|---|---|
| Conveyance: | CHANGE OF NAME |
| Reel/Frame: | **5759/0606** |
| Date Recorded: | Mar. 29, 2016 |

Pages: 5

Supporting Documents: **https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/5759/0606**

**Assignor**

| | |
|---|---|
| Name: | **KEE ACTION SPORTS LLC** |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |

Execution Date: Dec. 31, 2015

State or Country Where Organized: DELAWARE

**Assignee**

| | |
|---|---|
| Name: | **GI SPORTZ DIRECT LLC** |
| Legal Entity Type: | LIMITED LIABILITY COMPANY |
| Address: | 570 MANTUA BLVD.<br>SEWELL , NEW JERSEY 08080 |

State or Country Where Organized: DELAWARE

**Correspondent**

| | |
|---|---|
| Correspondent Name: | MICHAEL G. KELBER |
| Correspondent Address: | 2 NORTH LASALLE STREET, SUITE 1700<br>NEAL, GERBER & EISENBERG, LLP<br>CHICAGO, IL 60602 |

**Domestic Representative - Not Found**

### Assignment 8 of 10

| | |
|---|---|
| Conveyance: | ASSIGNS THE ENTIRE INTEREST |
| Reel/Frame: | **7201/0251** |
| Date Recorded: | Feb. 23, 2021 |

Pages: 10

**104**

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7201/0251

**Assignor**

| | |
|---|---|
| **Name:** KSV RESTRUCTURING INC., AS THE COURT APPOINTED RECEIVER OF GI SPORTZ DIRECT LLC | **Execution Date:** Nov. 30, 2020 |
| **Legal Entity Type:** COMPANY | **State or Country Where Organized:** CANADA |

**Assignee**

| | |
|---|---|
| **Name:** KORE OUTDOOR (US), INC. | |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |
| **Address:** 2955 SOUTH MAPLECREST ROAD FORT WAYNE , INDIANA 46803 | |

**Correspondent**

**Correspondent Name:** MICHAEL F. SNYDER, VOLPE AND KOENIG, PC

**Correspondent Address:** 30 SOUTH 17TH STREET
SUITE 1800
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

## Assignment 9 of 10

**Conveyance:** RELEASE OF SECURITY INTEREST

**Reel/Frame:** 7814/0001          **Pages:** 86

**Date Recorded:** Jul. 27, 2022

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7814/0001

**Assignor**

| | |
|---|---|
| **Name:** HSBC BANK CANADA | **Execution Date:** Jul. 26, 2022 |
| **Legal Entity Type:** COMPANY | **State or Country Where Organized:** CANADA |

**Assignee**

| | |
|---|---|
| **Name:** GI SPORTZ DIRECT LLC | |
| **Legal Entity Type:** LIMITED LIABILITY COMPANY | **State or Country Where Organized:** DELAWARE |
| **Address:** 570 MANTUA BOULEVARD SEWELL , NEW JERSEY 08080 | |

**Correspondent**

**Correspondent Name:** MICHAEL F. SNYDER, VOLPE AND KOENIG, PC

**Correspondent Address:** 30 SOUTH 17TH STREET
SUITE 1800
PHILADELPHIA, PA 19103

**Domestic Representative - Not Found**

## Assignment 10 of 10

**Conveyance:** SECURITY INTEREST

**Reel/Frame:** 7816/0161          **Pages:** 11

**Date Recorded:** Aug. 09, 2022

**Supporting Documents:** https://assignmentcenter.uspto.gov/ipas/search/api/v2/public/download/trademark/7816/0161

**Assignor**

| | |
|---|---|
| **Name:** KORE OUTDOOR (US) INC. | **Execution Date:** Aug. 09, 2022 |
| **Legal Entity Type:** CORPORATION | **State or Country Where Organized:** DELAWARE |

Feedback

**105**

**Assignee**

| | |
|---|---|
| Name: | **CANADIAN IMPERIAL BANK OF COMMERCE, AS AGENT** |

| | | | |
|---|---|---|---|
| Legal Entity Type: | BANK | State or Country Where Organized: | CANADA |

| | |
|---|---|
| Address: | 595 BAY STREET, 5TH FLOOR, ATRIUM ON BAY TORONTO , M5G2C2 |

**Correspondent**

| | |
|---|---|
| Correspondent Name: | CHRISTINE SLATTERY, SR. LEGAL ASSISTANT |

| | |
|---|---|
| Correspondent Address: | 75 STATE STREET WHITE & CASE LLP BOSTON, MA 02109 |

**Domestic Representative - Not Found**

## Proceedings - None recorded

Feedback

**106**

# Exhibit C







9813450.1

**110**



# Exhibit D





# Exhibit E



# Exhibit F







# JT Paintball Goggles

JT offers a variety of Paintball Masks for all users. Being able to select between the iconic Proflex, the Flex8 , the Proflex X, the Premise and the Proshield there's enough to cover everyone from the first time players, to the Pro who's ready to win the NXL World Cup.

Especially, the JT Proflex Paintball Goggles stand as a testament to innovation and enduring quality in the paintball world. The Proflex's journey from a novel concept to a beloved classic among players reflects JT Paintball's unwavering commitment to enhancing the sport, inspiring generations of players to embrace the game with confidence and style.







**ORDERS**

Limited Warranty

Order Status

Returns

**HELP**

Warranty Registration Form

Customer Support

**ABOUT US**

Contact Us

Jobs

Careers

Privacy Policy

Terms of Use

Terms and Conditions Sale

**TRY PAINTBALL**

Paintball Field Locator

♡ Follow on shop

   

9813454.1

**120**





9813454.1



# Exhibit G



**VOLPE KOENIG**

Intellectual Property Law

30 S. 17th Street, 18th Floor
Philadelphia, PA 19103
P 215.568.6400
vklaw.com

Michael F. Snyder
MSnyder@vklaw.com
215.255.9123

October 31, 2024

**VIA UPS AND EMAIL**

Mr. Jason Pineda                    *WITHOUT PREJUDICE*
President
HK Army Inc.
2702 Saint Louis Ave
Signal Hill, CA 90755
Email: jason@hkarmy.com

RE:    Infringement of PROFLEX Trademarks and Trade Dress

Dear Mr. Pineda:

Our law firm is intellectual property counsel to Kore Outdoor (US) Inc. (KORE).

Since at least 1997, KORE and its predecessors-in-interest have used the mark "FLEX" with paintball goggles. Since at least 2018, KORE and its predecessors-in-interest have used the mark ProFlex™ for paintball goggles. The ProFlex™ goggles remain a premier product for KORE.

Use of the mark "FLEX" expanded over the years to the FLEX 8™ goggles and E-FLEX™ goggles.  KORE has continued to use various "FLEX" trademarks for goggles, as well as goggle accessories and goggle parts such as ear pieces and chin guards.

We know that HK Army Inc. (HK) is familiar with KORE's ProFlex™, FLEX 8™, and E-FLEX™ paintball goggles and goggle accessories (collectively, the FLEX Goggles).

It has come to our client's attention that HK is infringing our client's intellectual property rights, including trademark rights in the mark "FLEX" for paintball goggles, and trade dress rights in the appearance of the ProFlex™ goggles and goggle accessories.

We have now discovered that HK has applied to the United States Patent and Trademark Office (USPTO) for the trademark "FLX" and, according to social media, will introduce a line of paintball goggles under that mark in November 2024.

- https://www.instagram.com/hkarmy/p/DBuSIAFzKBM/
- https://www.hkarmy.com/pages/flx-drop

In addition, the HK website at https://www.hkarmy.com/collections/goggles is using KORE's FLEX mark to promote HK's competing goggles and accessories.

8737718.2    Patents | Trademarks | Brand Protection | Copyrights | Trade Secrets | IP Litigation



**Intellectual Property Law**

HK Army Inc.                                                        October 31, 2024
Page 2



Clicking on the "FLEX" goggle line navigates to a website page at:

- https://www.hkarmy.com/collections/proflex-accessories

That web page features use of KORE's "FLEX" trademark, as well as unauthorized images of the KORE's ProFlex™ goggles, in order to promote competing accessories for use with our client's goods. The web page would have customers incorrectly believe that such goods are authorized by KORE or sold with KORE's permission.

Collectively, the activities noted above demonstrate that HK has set out to copy the trademarks and trade dress in KORE's FLEX Goggles, including the ear piece accessories, all with complete knowledge of KORE's prior rights.

At no time has HK reached out to KORE to ask for permission to use any intellectual property related to KORE's FLEX Goggles. This letter is to demand, on behalf of KORE, that HK take the following steps to stop infringing KORE's intellectual property rights:

- HK will agree immediately cease using the mark "FLX" or any mark or term confusingly similar to the mark "FLEX", including, but not limited to, use with product marking, social media (e.g., Facebook, LinkedIn, Instagram, Twitter, etc.), digital or print advertisements, brochures, catalogs, company documents in connection with paintball or airsoft goggles, accessories, or related goods;
- HK will abandon Trademark Application Serial No. 98531974;
- HK will immediately cease using all images of KORE's products or copies of the appearance of its ProFlex™ goggles or accessories;
- HK will remove the web pages noted above, and any other web pages or internet posts using images of KORE's products or copies of the appearance of its ProFlex™ goggles or accessories; and
- HK will agree not to infringe KORE's rights in the FLEX Goggles going forward.

As HK appears on the verge of offering its infringing "FLX" product, we ask that you reply on an urgent basis and confirm HK's compliance with the above demands. Proceeding to offer the

8737718.2
8737718.2

Patents | Trademarks | Brand Protection | Copyrights | Trade Secrets | IP Litigation

**126**



Intellectual Property Law

HK Army Inc.                                                    October 31, 2024
Page 3

infringing "FLX" goggles with prior knowledge of KORE's rights and after receipt of this letter can be considered willful or bad faith infringement.

No statement contained in this letter should be construed as waiving or otherwise prejudicing KORE's rights to seek an appropriate remedy against HK in the event this matter is not amicably resolved. This letter is without prejudice to any claim for damages or other relief.

Sincerely,

Volpe Koenig

By:

Michael F. Snyder

8737718.2
8737718.2

Patents | Trademarks | Brand Protection | Copyrights | Trade Secrets | IP Litigation

**127**

# Exhibit H

**Generated on:** This page was generated by TSDR on 2026-07-11 13:13:25 EDT

**Mark:** FLX

# FLX

**US Serial Number:** 98531974

**US Registration Number:** 8188926

**Register:** Principal

**Mark Type:** Trademark

**Application Filing Date:** May 02, 2024

**Registration Date:** Mar. 24, 2026

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Mar. 24, 2026

**Publication Date:** Dec. 17, 2024 **Notice of Allowance Date:** Feb. 11, 2025

---

# Mark Information

**Mark Literal Elements:** FLX

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases

**International Class(es):** 009 - Primary Class

**U.S Class(es):** 021, 023, 026, 036, 038

**Class Status:** ACTIVE

**First Use:** Aug. 04, 2020

**Use in Commerce:** Aug. 04, 2020

# Basis Information (Case Level)

**Filed Use:** No

**Filed ITU:** Yes

**Filed 44D:** No

**Filed 44E:** No

**Filed 66A:** No

**Filed No Basis:** No

**Currently Use:** Yes

**Currently ITU:** No

**Currently 44D:** No

**Currently 44E:** No

**Currently 66A:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** HK Army Inc

**Owner Address:** 1700 Seabright Avenue
Long Beach, CALIFORNIA UNITED STATES 90813

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** CALIFORNIA

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | Jonathan A. Hyman | **Docket Number:** | HKARM.038T |
| **Attorney Primary Email Address:** | efiling@knobbe.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

**Correspondent Name/Address:** Jonathan A. Hyman
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CALIFORNIA United States 92614

**Phone:** 310-551-3450

**Fax:** 949-760-9502

**Correspondent e-mail:** efiling@knobbe.com
jonathan.hyman@knobbe.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 24, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Mar. 24, 2026 | REGISTERED-PRINCIPAL REGISTER | |
| Mar. 04, 2026 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Mar. 04, 2026 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 14, 2026 | STATEMENT OF USE PROCESSING COMPLETE | |
| Aug. 08, 2025 | USE AMENDMENT FILED | |
| Feb. 13, 2026 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 76538 |
| Dec. 12, 2025 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 12, 2025 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | |
| Dec. 12, 2025 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Aug. 08, 2025 | TEAS STATEMENT OF USE RECEIVED | |
| Feb. 11, 2025 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Dec. 17, 2024 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 17, 2024 | PUBLISHED FOR OPPOSITION | |
| Dec. 11, 2024 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 20, 2024 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 20, 2024 | EXAMINER'S AMENDMENT ENTERED | |
| Nov. 20, 2024 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Nov. 20, 2024 | EXAMINERS AMENDMENT E-MAILED | |
| Nov. 20, 2024 | EXAMINERS AMENDMENT -WRITTEN | |
| Nov. 18, 2024 | ASSIGNED TO EXAMINER | 94491 |
| Oct. 30, 2024 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 02, 2024 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION

**Date in Location:** Mar. 04, 2026

**130**

1776–2026

# United States of America
## United States Patent and Trademark Office

# FLX

**Reg. No. 8,188,926**

**Registered Mar. 24, 2026**

**Int. Cl.: 9**

**Trademark**

**Principal Register**

HK Army Inc  (California CORPORATION)
1700 Seabright Avenue
Long Beach, CALIFORNIA 90813

CLASS 9: Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases

FIRST USE 8-4-2020; IN COMMERCE 8-4-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-531,974, FILED 05-02-2024





Director of the United States
Patent and Trademark Office

**131**

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten Years\***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **To:** | XXXX |
| **Sent:** | Tuesday, March 24, 2026 10:08:04 EDT |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98531974 -- Docket/Reference No. HKARM.038T |

<u>**OFFICIAL USPTO NOTICE OF REGISTRATION**</u>

**U.S. Application Serial No.** 98531974
**Mark:** FLX
**Owner/Holder:** HK Army Inc
**Docket/Reference No.** HKARM.038T

**Issue Date:** March 24, 2026

Your mark has registered with the United States Patent and Trademark Office (USPTO). Your United States trademark registration number is 8188926.

View and download your registration certificate using the <u>Trademark Status & Document Retrieval (TSDR) database</u>. If you have difficulty accessing the registration certificate, contact the Trademark Assistance Center (TAC) at <u>TrademarkAssistanceCenter@uspto.gov</u> or 800-786-9199 (select option #1). New registration certificates are issued electronically. For more information, visit the USPTO's <u>electronic registration certificates webpage</u>.

If your registration certificate contains an error that would not require republication to correct it, you can use the Trademark Electronic Application System (TEAS) <u>Section 7 Request for Amendment or Correction of Registration Certificate (Section 7) form</u> to request correction of that error.

**Order presentation copies online:**

You can order a printed presentation copy of your registration certificate using the TEAS <u>Order Trademark Presentation Copy of Registration Certificate form</u>. The presentation copy is suitable for display and framing. For more information on the availability and cost of presentation copies of trademark registrations, visit the USPTO's <u>electronic registration certificates webpage</u>.

**Requirements to maintain your registration:**

- File your registration <u>maintenance documents</u> at the required times.

- **If you do not submit your maintenance documents at the required times, your registration will be cancelled.** If that happens, you must file a new application. Filing a new application doesn't guarantee your trademark will register again.

**Please note the following:**

- You may receive unsolicited offers and notices from third-parties not affiliated with the USPTO. All official correspondence about your trademark registration will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and all emails will be from the domain "@uspto.gov." Visit our <u>misleading notices webpage</u> for more information.

- If your registration covers products that are likely targets for international counterfeiters (e.g., popular or high-demand products), consider applying to record your trademark registration with U.S. Customs and Border Protection (CBP). Recording your trademark registration helps CBP detain and seize imported goods if they violate your recorded trademark. Visit our <u>recording trademark registrations with CBP webpage</u> for more information.

- To help ensure that you receive emails from the USPTO, keep your email address(es) current using the <u>Change Address or Representation (CAR) form</u> and add USPTO email addresses to your contacts or "Safe Senders" list.

- If your trademark registration identifies goods and/or services not in use with your trademark, you can use the <u>Section 7 form</u> to request deletion of any goods and/or services not in use with your trademark. There's no fee to file a Section 7 form if you file the Section 7 form before you file your required registration maintenance documents, and you are only deleting goods, services, or classes. Other amendments and corrections may require a filing fee. For information on amendments and corrections after registration, see <u>TMEP §1609</u>.

If you have any questions about this notice, contact TAC at <u>TrademarkAssistanceCenter@uspto.gov</u> or 800-786-9199 (select option #1).

**133**

## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98531974 | FILING DATE | 05/02/2024 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOLANO, CARLITA JAYE | L.O. ASSIGNED | TMO LAW OFFICE 128 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 03/04/2026 |
| PUB DATE | 12/17/2024 |
| STATUS | 819-SU - REGISTRATION REVIEW COMPLETE |
| STATUS DATE | 03/04/2026 |
| LITERAL MARK ELEMENT | FLX |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | FLX |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |

**134**

| NAME | HK Army Inc |
|---|---|
| ADDRESS | 1700 Seabright Avenue<br>Long Beach, CA 90813 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 08/04/2020 | FIRST USE IN COMMERCE DATE | 08/04/2020 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 03/04/2026 | SUNA | E | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | 021 |
| 03/04/2026 | CNPR | P | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | 020 |
| 02/14/2026 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 019 |
| 08/08/2025 | IUAF | S | USE AMENDMENT FILED | 018 |
| 02/13/2026 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 017 |
| 12/12/2025 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 016 |
| 12/12/2025 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 015 |
| 12/12/2025 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 014 |
| 08/08/2025 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 013 |
| 02/11/2025 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 012 |
| 12/17/2024 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 011 |
| 12/17/2024 | PUBO | A | PUBLISHED FOR OPPOSITION | 010 |
| 12/11/2024 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 009 |
| 11/20/2024 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 11/20/2024 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 11/20/2024 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 11/20/2024 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 11/20/2024 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 11/18/2024 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 10/30/2024 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 05/02/2024 | NWAP | I | NEW APPLICATION ENTERED | 001 |

**135**

## CURRENT CORRESPONDENCE INFORMATION

| | |
|---|---|
| ATTORNEY | Jonathan A. Hyman |
| CORRESPONDENCE ADDRESS | Jonathan A. Hyman<br>Knobbe, Martens, Olson & Bear, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 |
| DOMESTIC REPRESENTATIVE | NONE |

## PRIOR OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | HK Army Inc |
| ADDRESS | 2702 Saint Louis Ave<br>Signal Hill, CA 90755 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

# FLX

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, March 04, 2026 13:17:25 EST |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98531974 -- Docket/Reference No. HKARM.038T |

NOTICE OF ACCEPTANCE OF STATEMENT OF USE

**U.S. Serial Number:** 98531974
**Mark:** FLX
**Owner:** HK Army Inc
**Docket/Reference Number:** HKARM.038T

The USPTO has accepted the Statement of Use filed for the trademark application identified above.  The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=98531974&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=98531974&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at http://www.uspto.gov/trademarks/ or contact the Trademark Assistance Center at 1-800-786-9199.

**138**

| Trademark Snap Shot ITU Unit Action |
|:---:|
| (Table presents the data on ITU Unit Action) |

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98531974 | FILING DATE | 05/02/2024 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOLANO, CARLITA JAYE | L.O. ASSIGNED | TMO LAW OFFICE 128 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 02/14/2026 |
| PUB DATE | 12/17/2024 |
| STATUS | 748-STATEMENT OF USE - TO EXAMINER |
| STATUS DATE | 02/14/2026 |
| LITERAL MARK ELEMENT | FLX |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | FLX |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |

**139**

| NAME | HK Army Inc |
| --- | --- |
| ADDRESS | 1700 Seabright Avenue<br>Long Beach, CA 90813 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
| --- | --- |
| DESCRIPTION TEXT | Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | 08/04/2020 | FIRST USE IN COMMERCE DATE | 08/04/2020 | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 02/14/2026 | SUPC | I | STATEMENT OF USE PROCESSING COMPLETE | 019 |
| 08/08/2025 | IUAF | S | USE AMENDMENT FILED | 018 |
| 02/13/2026 | AITU | A | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 017 |
| 12/12/2025 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 016 |
| 12/12/2025 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 015 |
| 12/12/2025 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 014 |
| 08/08/2025 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 013 |
| 02/11/2025 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 012 |
| 12/17/2024 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 011 |
| 12/17/2024 | PUBO | A | PUBLISHED FOR OPPOSITION | 010 |
| 12/11/2024 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 009 |
| 11/20/2024 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 11/20/2024 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 11/20/2024 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 11/20/2024 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 11/20/2024 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 11/18/2024 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 10/30/2024 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 05/02/2024 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

**140**

| ATTORNEY | Jonathan A. Hyman |
|---|---|
| CORRESPONDENCE ADDRESS | Jonathan A. Hyman<br>Knobbe, Martens, Olson & Bear, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 |
| DOMESTIC REPRESENTATIVE | NONE |

### PRIOR OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | HK Army Inc |
| ADDRESS | 2702 Saint Louis Ave<br>Signal Hill, CA 90755 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

**141**

142

# FLX

142

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98531974 | FILING DATE | 05/02/2024 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOLANO,CARLITA JAYE | L.O. ASSIGNED | TMO LAW OFFICE 128 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 12/16/2025 |
| PUB DATE | 12/17/2024 |
| STATUS | 688-NOTICE OF ALLOWANCE - ISSUED |
| STATUS DATE | 02/11/2025 |
| LITERAL MARK ELEMENT | FLX |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | FLX |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 20-OWNER AT PUBLICATION |

143

| NAME | HK Army Inc |
|---|---|
| ADDRESS | 1700 Seabright Avenue<br>Long Beach, CA 90813 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 12/12/2025 | TCCA | I | TEAS CHANGE OF CORRESPONDENCE RECEIVED | 016 |
| 12/12/2025 | CHAN | I | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 015 |
| 12/12/2025 | COAR | I | TEAS CHANGE OF OWNER ADDRESS RECEIVED | 014 |
| 08/08/2025 | EISU | I | TEAS STATEMENT OF USE RECEIVED | 013 |
| 02/11/2025 | NOAM | E | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | 012 |
| 12/17/2024 | NPUB | E | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | 011 |
| 12/17/2024 | PUBO | A | PUBLISHED FOR OPPOSITION | 010 |
| 12/11/2024 | NONP | E | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | 009 |
| 11/20/2024 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 11/20/2024 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 11/20/2024 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 11/20/2024 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 11/20/2024 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 11/18/2024 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 10/30/2024 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 05/02/2024 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Jonathan A. Hyman |
|---|---|
| CORRESPONDENCE ADDRESS | Jonathan A. Hyman<br>Knobbe, Martens, Olson & Bear, LLP<br>2040 Main Street, 14th Floor |

**144**

| | Irvine, CA 92614 |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

| PRIOR OWNER INFORMATION | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |
| NAME | HK Army Inc |
| ADDRESS | 2702 Saint Louis Ave<br>Signal Hill, CA 90755 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

**145**

# FLX

PTO- 2300
Approved for use through 09/30/2027. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98531974 |
| **MARK SECTION** | |
| MARK | FLX (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/98531974/large) |
| **OWNER SECTION(current)** | |
| NAME | HK Army Inc |
| MAILING ADDRESS | 2702 Saint Louis Ave |
| CITY | Signal Hill |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 90755 |
| EMAIL | XXXX |
| **OWNER SECTION(proposed)** | |
| STATEMENT TEXT | By submission of this request, the undersigned requests that the following be made of record for the owner/holder: |
| NAME | HK Army Inc |
| MAILING ADDRESS | 1700 Seabright Avenue |
| CITY | Long Beach |
| STATE | California |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 90813 |
| EMAIL | XXXX |
| **CORRESPONDENCE SECTION** | |
| NAME | Jonathan A. Hyman |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | efiling@knobbe.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | jonathan.hyman@knobbe.com |
| DOCKET/REFERENCE NUMBER(S) | HKARM.038T |
| **SIGNATURE SECTION** | |
| SIGNATURE | /jhh/ |

**147**

| | |
|---|---|
| **SIGNATORY NAME** | Jonathan A. Hyman |
| **SIGNATORY DATE** | 12/12/2025 |
| **SIGNATORY POSITION** | Attorney of record, California Bar member |
| **SIGNATORY PHONE NUMBER** | 310-551-3450 |
| **ROLE OF AUTHORIZED SIGNATORY** | Authorized U.S.-Licensed Attorney |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Fri Dec 12 20:35:52 ET 2025 |
| **TEAS STAMP** | USPTO/CAR-XXX.XXX.XXX.XXX-20251212203552269380-98531970-9103255a8b19e87293ddd4f3dc23b5dcb1efa2e81f3b3336b0f1a9793244d0687f-N/A-N/A-202512051752563271201 |

**148**

PTO- 2300
Approved for use through 09/30/2027. OMB 0651-0056
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Change Address or Representation Form

To the Commissioner for Trademarks:

**MARK:** FLX (standard characters, see https://tmng-al.uspto.gov/resting2/api/img/98531974/large)
**SERIAL NUMBER:** 98531974

**Owner Section (Current) :**
HK Army Inc
2702 Saint Louis Ave
Signal Hill, California 90755
United States
XXXX

By submission of this request, the undersigned requests that the following be made of record for the owner/holder:

**Owner Section (proposed):**
HK Army Inc
1700 Seabright Avenue
Long Beach, California 90813
United States
XXXX

**Correspondence Section:**
Jonathan A. Hyman
PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE: efiling@knobbe.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jonathan.hyman@knobbe.com
Docket Reference Number(s): HKARM.038T

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the owner/holder and the owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

Signature: /jhh/    Date: 12/12/2025
Signatory's Name: Jonathan A. Hyman
Signatory's Position: Attorney of record, California Bar member
Signatory's Phone Number: 310-551-3450
Signature method: Sent to third party for signature

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 98531974
Internet Transmission Date: Fri Dec 12 20:35:52 ET 2025
TEAS Stamp: USPTO/CAR-XXX.XXX.XXX.XXX-20251212203552

**149**

269380-98531970-9103255a8b19e87293ddd4f3
dc23b5dcb1efa2e81f3b3336b0f1a9793244d068
7f-N/A-N/A-20251205175256327121



**151**







HOME    COLLECTIONS ⌄    ABOUT US    BLOG



# Unite FLX - Transparent Camo/ Clear - Smoke Fade Lens

**$209.95**

4 interest-free installments, or from **$18.95**/mo with **shop** Pay
Check your purchasing power

| Add to cart |
|:---:|

Built for serious players who demand comfort, clarity, and confidence under pressure, the Push Unite Goggle sets the standard in premium face protection for both paintball and airsoft. This Transparent Tiger Camo Hydro Edition features a hand-applied, multi-tone camo—no two goggles are exactly the same.

The molded frame is engineered for high-speed impact zones while still staying lightweight and flexible. Combined with a low-profile lens system, upgraded airflow channels, and a precision-tuned fit, the Unite goggle delivers a dialed-in feel that keeps your head cool and your vision sharp.

## Key Features

- **Transparent Tiger Camo Hydrographic Design**
  Custom hand-dipped camo pattern with matching strap for a bold, uniform look on and off the field.

- **Adjustable Nose Bridge System**
  Fine-tune the face fitment and angle fit with the supplied Allen key

- **Massive Field of View with Push Unite Lens**
  Optically correct, anti-fog, spherical lens with dual-layer coating for crystal-clear vision in any environment.

- **Fast Lens Swaps**
  Tool-less quick-change system—swap lenses in seconds to match any light condition.

- **Magnetic Chin Strap**
  One-handed magnetic buckle for fast, secure latching

- **Triple-Layer Moisture-Wicking Face Foam**
  Sweat-resistant, ultra-soft foam that hugs your face

- **Soft Cup Earpieces with Vent Ports**

- **Magnetic Chin Strap**
  One-handed magnetic buckle for fast, secure latching

- **Triple-Layer Moisture-Wicking Face Foam**
  Sweat-resistant, ultra-soft foam that hugs your face

- **Soft Cup Earpieces with Vent Ports**
  Enhanced hearing and communication through 16 airflow zones engineered for performance and minimized echo.

- **Silicone-Gripped Strap**
  Keeps your goggle locked in place—no slipping, while running and diving

- **Anti-Glare Reflection Bridge**
  Built-in visor-style brow reduces inner-lens glare during sunny games.

- **Molded Hard-Shell Travel Case**
  Protect your goggle in transit with a form-fit case that saves space and adds durability.

### Goggle System Includes

- Unite Goggle System / FLX Series
- Smoke Fade Thermal Lens
- Hardshell Zipper Carry Case
- Magnetic Chin Strap With Chin Pad
- Adjustable Elastic Goggle Strap
- Unite Microfiber Cloth









 Share    Tweet    Pin it

## You may also like









Unite - Camo Black/ Blue - Smoke Lens + Extension
$209.95

Unite - Camo Black/ Black - Smoke Lens
$209.95

Unite - Camo Black/ Blue - Chrome Gold Lens + Extension
$209.95

Unite - Flecktarn Camo/ Black - Smoke Fade Lens
$209.95

Unite - Flecktarn Camo/ Black - Smoke Lens
$209.95



--

Search

Terms Conditions and Return Policies

Your privacy choices

Account Register

MAIN MENU

Home

Collections

About

Blog

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

Document title: Unite FLX - Transparent Camo/ Clear - Smoke Fade Lens – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-clear-camo-flx?_pos=3&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:40:20 GMT
Page 3 of 4

**156**

 **f** Share    **y** Tweet    **P** Pin it

## You may also like







Unite - Camo Black/ Blue
- Smoke Lens +
Extension
$209.95

Unite - Camo Black/
Black - Smoke Lens
$209.95

Unite - Camo Black/ Blue
- Chrome Gold Lens +
Extension
$209.95

Unite - Flecktarn Camo/
Black - Smoke Fade Lens
$209.95

Unite - Flecktarn Camo/
Black - Smoke Lens
$209.95



**f**  **⊙**  **▶**

**--**
Search
Terms Conditions and Return
Policies
Your privacy choices
Account Register
Wholesale

**MAIN MENU**
Home
Collections
About
Blog

**SIGN UP AND SAVE**
Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

✉ Enter your email

🇺🇸 USD $  ⌄

AMEX  Apple Pay  Diners Club  DISCOVER  MasterCard  shop  VISA

© 2025 pushpaintball

Document title: Unite FLX - Transparent Camo/ Clear - Smoke Fade Lens – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-clear-camo-flx?_pos=3&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:40:20 GMT

Page 4 of 4

**157**



HOME   COLLECTIONS ⌄   ABOUT US   BLOG







# Unite FLX - Faceplate - Clear Tiger

**$79.95**

Pay in 4 interest-free installments of **$19.99** with  Learn more

Add to cart

Replacement face plate for Unite FLX goggle system. Customize your style with new color or replace your old one.

f Share     🐦 Tweet     📌 Pin it

## You may also like











Unite Lens | Chrome Silver
$64.95

Unite - Faceplate - Black Tiger
$79.95

Unite - Faceplate - Flecktarn
$79.95

Unite - Faceplate - Olive Tiger
$69.95

Unite - Faceplate - Navy
$69.95



--

Search

MAIN MENU

Home

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.



Replacement face plate for Unite FLX goggle system. Customize your style with new color or replace your old one.

f Share    🐦 Tweet    📌 Pin it

## You may also like



Unite Lens | Chrome Silver
$64.95



Unite - Faceplate - Black Tiger
$79.95



Unite - Faceplate - Flecktarn
$79.95



Unite - Faceplate - Olive Tiger
$69.95



Unite - Faceplate - Navy
$69.95



f  📷  ▶

**MAIN MENU**

Search
Terms Conditions and Return Policies
Your privacy choices
Account Register
Wholesale

Home
Collections
About
Blog

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

✉ Enter your email

🇺🇸 USD $ ⌄

© 2025 pushpaintball

Document title: Unite FLX - Faceplate - Clear Tiger – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-faceplate-clear-tiger?_pos=2&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:41:15 GMT
Page 2 of 2

**159**



HOME   COLLECTIONS ⌄   ABOUT US   BLOG





# Unite - Goggle Replacement FLX Foam Kit

$19.95



Pay over time for orders over **$35.00** with shop Pay   Learn more

Add to cart

PUSH Unite Goggle and Unite FLX Replacement Foam Kit

Refresh your goggle system with the PUSH Unite Goggle Replacement Foam Kit – designed for maximum comfort and effortless installation. This kit includes both the upper and lower foam sections, engineered to snap securely into the Unite goggle frame with no tools required. Built with premium triple-layer face foam, it offers superior moisture-wicking performance, a soft feel against your skin, and a snug, contoured fit that enhances comfort during long days on the field.

**Features:**

- Direct replacement for PUSH Unite and FLX goggle foam
- Includes both upper and lower snap-in foam pieces
- No tools required for installation
- Triple-layer construction for enhanced durability and performance
- Sweat-resistant, moisture-wicking foam
- Ultra-soft material for long-lasting comfort
- Contoured design hugs the face and maintains a secure seal
- Ideal for replacing worn-out foam or keeping a backup in your gear bag

f Share    🐦 Tweet    P Pin it

# You may also like



Document title: Unite - Goggle Replacement FLX Foam Kit – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-replacement-foam?_pos=1&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:43:11 GMT
Page 1 of 2

- Contoured design hugs the face and maintains a secure seal
- Ideal for replacing worn-out foam or keeping a backup in your gear bag

f Share          Tweet          P Pin it

## You may also like











Unite - Soft Ear Pads
$19.95

Unite FLX - Faceplate - Clear Tiger
$79.95

Unite - Frame
from $29.95

Unite - Faceplate - Flecktarn
$79.95

Push Headband - Olive Camo
$24.95



**MAIN MENU**

Search
Terms Conditions and Return Policies
Your privacy choices
Account Register
Wholesale

Home
Collections
About
Blog

**SIGN UP AND SAVE**

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

USD $

© 2025 pushpaintball

Document title: Unite - Goggle Replacement FLX Foam Kit – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-replacement-foam?_pos=1&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:43:11 GMT

Page 2 of 2

**161**

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 98531974 |
| EXTENSION OF USE | NO |
| **MARK SECTION** | |
| MARK | mark |
| LITERAL ELEMENT | FLX |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| NAME | HK Army Inc |
| MAILING ADDRESS | 2702 Saint Louis Ave |
| CITY | Signal Hill |
| STATE | California |
| ZIP/POSTAL CODE | 90755 |
| STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| EMAIL | XXXX |
| **CORRESPONDENCE INFORMATION (current)** | |
| NAME | Jonathan A. Hyman |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | efiling@knobbe.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | jonathan.hyman@knobbe.com |
| **CORRESPONDENCE INFORMATION (proposed)** | |
| NAME | Jonathan A. Hyman |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | efiling@knobbe.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | jonathan.hyman@knobbe.com |
| DOCKET/REFERENCE NUMBER | HKARM.038T |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 009 |

**162**

| | |
|---|---|
| **CURRENT IDENTIFICATION** | Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases |
| **GOODS OR SERVICES DELETED FROM THE APPLICATION** | screws |
| **GOODS OR SERVICES IN USE IN COMMERCE** | Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases |
| **FIRST USE ANYWHERE DATE** | 08/04/2020 |
| **FIRST USE IN COMMERCE DATE** | 08/04/2020 |
| **SPECIMEN FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | SPN0-140209201158-2025080 7114620046217_._Specimen__1.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0002.JPG |
| **ORIGINAL PDF FILE** | SPN0-140209201158-2025080 7114620046217_._Specimen__2.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0003.JPG |
| **ORIGINAL PDF FILE** | SPN0-140209201158-2025080 7114620046217_._Specimen__3.pdf |
| **CONVERTED PDF FILE(S) (1 page)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0004.JPG |
| **ORIGINAL PDF FILE** | SPN0-140209201158-2025080 7114620046217_._Specimen__4.pdf |
| **CONVERTED PDF FILE(S) (4 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0005.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0006.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0007.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0008.JPG |
| **ORIGINAL PDF FILE** | SPN0-140209201158-2025080 7114620046217_._Specimen__5.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0009.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0010.JPG |
| **ORIGINAL PDF FILE** | SPN0-140209201158-2025080 7114620046217_._Specimen__6.pdf |
| **CONVERTED PDF FILE(S) (2 pages)** | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0011.JPG |
| | \\TICRS\EXPORT18\IMAGEOUT 18\985\319\98531974\xml2\SOU0012.JPG |
| **SPECIMEN DESCRIPTION** | Photographs showing the mark as used in connection with the goods; Website screenshots showing the mark and including a description of the goods and a means for ordering the goods in accordance with Section |

**163**

| | 904.03(i) of the TMEP |
|---|---|
| **WEBPAGE URL** | None Provided |
| **WEBPAGE DATE OF ACCESS** | None Provided |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 150 |
| **TOTAL AMOUNT** | 150 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Jason Pineda/ |
| **SIGNATORY'S NAME** | Jason Pineda |
| **SIGNATORY'S POSITION** | President |
| **DATE SIGNED** | 08/08/2025 |
| **SIGNATORY'S PHONE NUMBER** | 310-551-3450 |
| **SIGNATURE METHOD** | Sent to third party for signature |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Fri Aug 08 20:10:38 ET 2025 |
| **TEAS STAMP** | USPTO/SOU-XXX.XXX.XXX.XXX -20250808201039445125-985 31974-9102c657a679d047f79 6fefb3357b8f805f211e16f3b ffedd8e1fdef9dd4d429-CC-1 0387900-20250807114620046 217 |

**164**

PTO- 1553
Approved for use through 04/30/2027. OMB 0651-0054
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

**Trademark/Service Mark Statement of Use**
**(15 U.S.C. Section 1051(d))**

To the Commissioner for Trademarks:
**MARK:** FLX(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/98531974/large)
**SERIAL NUMBER:** 98531974

**OWNER AND/OR ENTITY INFORMATION**
**The owner proposes to amend the following:**
HK Army Inc, having an address of
    2702 Saint Louis Ave
    Signal Hill, California 90755
    United States
    Email: XXXX

The owner is submitting the following allegation of use information:

For International Class 009:
Current identification: Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases

This **allegation of use** does **NOT** cover the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class; these goods/services are **permanently deleted:** screws

The mark is in use in commerce on or in connection with the following goods/services listed in either the application or Notice of Allowance or as subsequently modified for this specific class: Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, foam attachments, goggle visors and goggle cases
The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 08/04/2020, and first used in commerce at least as early as 08/04/2020, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Photographs showing the mark as used in connection with the goods; Website screenshots showing the mark and including a description of the goods and a means for ordering the goods in accordance with Section 904.03(i) of the TMEP.

**Original PDF file:**
SPN0-140209201158-2025080 7114620046217_._Specimen_1.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-140209201158-2025080 7114620046217_._Specimen_2.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-140209201158-2025080 7114620046217_._Specimen_3.pdf
**Converted PDF file(s)** (1 page)
Specimen File1
**Original PDF file:**
SPN0-140209201158-2025080 7114620046217_._Specimen_4.pdf
**Converted PDF file(s)** (4 pages)
Specimen File1
Specimen File2
Specimen File3
Specimen File4

**165**

**Original PDF file:**
SPN0-140209201158-2025080 7114620046217_._Specimen_5.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2
**Original PDF file:**
SPN0-140209201158-2025080 7114620046217_._Specimen_6.pdf
**Converted PDF file(s)** (2 pages)
Specimen File1
Specimen File2

Webpage URL: None Provided
Webpage Date of Access: None Provided

The applicant is not filing a Request to Divide with this Allegation of Use form.

**Correspondence Information (current)**
Jonathan A. Hyman
PRIMARY EMAIL FOR CORRESPONDENCE: efiling@knobbe.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jonathan.hyman@knobbe.com

**Correspondence Information (proposed)**
Jonathan A. Hyman
PRIMARY EMAIL FOR CORRESPONDENCE: efiling@knobbe.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jonathan.hyman@knobbe.com

The docket/reference number is HKARM.038T.

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $150 will be submitted with the form, representing payment for the allegation of use for 1 class.

**Declaration**

☑ The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

☑ The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**166**

Signature: /Jason Pineda/      Date Signed: 08/08/2025
Signatory's Name: Jason Pineda
Signatory's Position: President
Signatory's Phone: 310-551-3450
Signature method: Sent to third party for signature

PAYMENT: 98531974
PAYMENT DATE: 08/08/2025

Serial Number: 98531974
Internet Transmission Date: Fri Aug 08 20:10:38 ET 2025
TEAS Stamp: USPTO/SOU-XXX.XXX.XXX.XXX-20250808201039
445125-98531974-9102c657a679d047f796fefb
3357b8f805f211e16f3bffedd8e1fdef9dd4d429
-CC-10387900-20250807114620046217

**167**



**168**



**169**



**170**



HOME    COLLECTIONS ⌄    ABOUT US    BLOG



# Unite FLX - Transparent Camo/ Clear - Smoke Fade Lens

**$209.95**

4 interest-free installments, or from **$18.95**/mo with shop Pay
Check your purchasing power

Add to cart

Built for serious players who demand comfort, clarity, and confidence under pressure, the Push Unite Goggle sets the standard in premium face protection for both paintball and airsoft. This Transparent Tiger Camo Hydro Edition features a hand-applied, multi-tone camo—no two goggles are exactly the same.

The molded frame is engineered for high-speed impact zones while still staying lightweight and flexible. Combined with a low-profile lens system, upgraded airflow channels, and a precision-tuned fit, the Unite goggle delivers a dialed-in feel that keeps your head cool and your vision sharp.

## Key Features

- **Transparent Tiger Camo Hydrographic Design**
  Custom hand-dipped camo pattern with matching strap for a bold, uniform look on and off the field.

- **Adjustable Nose Bridge System**
  Fine-tune the face fitment and angle fit with the supplied Allen key

- **Massive Field of View with Push Unite Lens**
  Optically correct, anti-fog, spherical lens with dual-layer coating for crystal-clear vision in any environment.

- **Fast Lens Swaps**
  Tool-less quick-change system—swap lenses in seconds to match any light condition.

- **Magnetic Chin Strap**
  One-handed magnetic buckle for fast, secure latching

- **Triple-Layer Moisture-Wicking Face Foam**
  Sweat-resistant, ultra-soft foam that hugs your face

- **Soft Cup Earpieces with Vent Ports**

- **Magnetic Chin Strap**
  One-handed magnetic buckle for fast, secure latching

- **Triple-Layer Moisture-Wicking Face Foam**
  Sweat-resistant, ultra-soft foam that hugs your face

- **Soft Cup Earpieces with Vent Ports**
  Enhanced hearing and communication through 16 airflow zones engineered for performance and minimized echo.

- **Silicone-Gripped Strap**
  Keeps your goggle locked in place—no slipping, while running and diving

- **Anti-Glare Reflection Bridge**
  Built-in visor-style brow reduces inner-lens glare during sunny games.

- **Molded Hard-Shell Travel Case**
  Protect your goggle in transit with a form-fit case that saves space and adds durability.

### Goggle System Includes

- Unite Goggle System / FLX Series
- Smoke Fade Thermal Lens
- Hardshell Zipper Carry Case
- Magnetic Chin Strap With Chin Pad
- Adjustable Elastic Goggle Strap
- Unite Microfiber Cloth









   Share      Tweet      Pin it

## You may also like









Unite - Camo Black/ Blue
- Smoke Lens +
Extension
$209.95

Unite - Camo Black/
Black - Smoke Lens
$209.95

Unite - Camo Black/ Blue
- Chrome Gold Lens +
Extension
$209.95

Unite - Flecktarn Camo/
Black - Smoke Fade Lens
$209.95

Unite - Flecktarn Camo/
Black - Smoke Lens
$209.95



- -

Search

Terms Conditions and Return
Policies

Your privacy choices

Account Register

MAIN MENU

Home

Collections

About

Blog

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-
a-lifetime deals.

Enter your email

 f Share     🐦 Tweet     📌 Pin it

## You may also like











Unite - Camo Black/ Blue - Smoke Lens + Extension

$209.95

Unite - Camo Black/ Black - Smoke Lens

$209.95

Unite - Camo Black/ Blue - Chrome Gold Lens + Extension

$209.95

Unite - Flecktarn Camo/ Black - Smoke Fade Lens

$209.95

Unite - Flecktarn Camo/ Black - Smoke Lens

$209.95



--

Search

Terms Conditions and Return Policies

Your privacy choices

Account Register

Wholesale

### MAIN MENU

Home

Collections

About

Blog

### SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

✉ Enter your email

🇺🇸 USD $ ⌄

© 2025 pushpaintball



HOME    COLLECTIONS ⌄    ABOUT US    BLOG






# Unite FLX - Faceplate - Clear Tiger

## $79.95

Pay in 4 interest-free installments of **$19.99** with shop 🅿 [Learn more]

Add to cart

Replacement face plate for Unite FLX goggle system. Customize your style with new color or replace your old one.

f Share    🐦 Tweet    P Pin it

## You may also like







Unite Lens | Chrome Silver
$64.95

Unite - Faceplate - Black Tiger
$79.95

Unite - Faceplate - Flecktarn
$79.95

Unite - Faceplate - Olive Tiger
$69.95

Unite - Faceplate - Navy
$69.95



--

Search

MAIN MENU

Home

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Document title: Unite FLX - Faceplate - Clear Tiger – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-faceplate-clear-tiger?_pos=2&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:41:15 GMT

Page 1 of 2

**175**



Replacement face plate for Unite FLX goggle system. Customize your style with new color or replace your old one.

**f** Share     **Tweet**     **Pin it**

## You may also like



Unite Lens | Chrome Silver
$64.95



Unite - Faceplate - Black Tiger
$79.95



Unite - Faceplate - Flecktarn
$79.95



Unite - Faceplate - Olive Tiger
$69.95



Unite - Faceplate - Navy
$69.95



- -

Search

Terms Conditions and Return Policies

Your privacy choices

Account Register

Wholesale

MAIN MENU

Home

Collections

About

Blog

SIGN UP AND SAVE

Subscribe to get special offers, free giveaways, and once-in-a-lifetime deals.

Enter your email

USD $

© 2025 pushpaintball

Document title: Unite FLX - Faceplate - Clear Tiger – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-faceplate-clear-tiger?_pos=2&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:41:15 GMT

**176**



HOME    COLLECTIONS ⌄    ABOUT US    BLOG



# Unite - Goggle Replacement FLX Foam Kit

$19.95

Pay over time for orders over **$35.00** with shop Pay    Learn more

Add to cart

PUSH Unite Goggle and Unite FLX Replacement Foam Kit

Refresh your goggle system with the PUSH Unite Goggle Replacement Foam Kit – designed for maximum comfort and effortless installation. This kit includes both the upper and lower foam sections, engineered to snap securely into the Unite goggle frame with no tools required. Built with premium triple-layer face foam, it offers superior moisture-wicking performance, a soft feel against your skin, and a snug, contoured fit that enhances comfort during long days on the field.

**Features:**

- Direct replacement for PUSH Unite and FLX goggle foam
- Includes both upper and lower snap-in foam pieces
- No tools required for installation
- Triple-layer construction for enhanced durability and performance
- Sweat-resistant, moisture-wicking foam
- Ultra-soft material for long-lasting comfort
- Contoured design hugs the face and maintains a secure seal
- Ideal for replacing worn-out foam or keeping a backup in your gear bag

f Share    🐦 Tweet    P Pin it

# You may also like



Document title: Unite - Goggle Replacement FLX Foam Kit – pushpaintball
Capture URL: https://pushpaintball.com/products/unite-replacement-foam?_pos=1&amp;_sid=e6bbfa010&amp;_ss=r
Capture timestamp (UTC): Thu, 07 Aug 2025 15:43:11 GMT

Page 1 of 2

**177**

- Contoured design hugs the face and maintains a secure seal
- Ideal for replacing worn-out foam or keeping a backup in your gear bag

f Share      Tweet      P Pin it

## You may also like











Unite - Soft Ear Pads
$19.95

Unite FLX - Faceplate -
Clear Tiger
$79.95

Unite - Frame
from $29.95

Unite - Faceplate -
Flecktarn
$79.95

Push Headband - Olive
Camo
$24.95



© 2025 pushpaintball

RAM SALE NUMBER:  98531974
RAM ACCOUNTING DATE:  20250808


INTERNET TRANSMISSION DATE:                    SERIAL NUMBER:

2025/08/08                                      98/531974


| Description | Fee Code | Transaction Date | Total Fees Paid |
|---|---|---|---|
| SOU | 7003 | 2025/08/08 | 150 |

**179**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, February 11, 2025 00:53:00 EST |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98531974 -- Docket/Reference No. HKARM.038T |

## NOTICE OF ALLOWANCE (NOA)

### ISSUE DATE: February 11, 2025

**U.S. Serial Number:** 98531974
**Mark:** FLX
**Docket/Reference Number:** HKARM.038T

**No opposition was filed for this published application. The issue date of this NOA establishes the due date for the filing of a Statement of Use (SOU) or a Request for Extension of Time to file a Statement of Use (Extension Request). WARNING: An SOU that meets all legal requirements must be filed before a registration certificate can issue. Please read below for important information regarding the applicant's pending six (6) month deadline.**

**SIX (6)-MONTH DEADLINE: Applicant has six (6) MONTHS from the NOA issue date to file either:**
- An SOU, if the applicant is using the mark in commerce (required even if the applicant was using the mark at the time of filing the application, if use basis was not specified originally); **OR**
- An Extension Request, if the applicant is not yet using the mark in commerce. If an Extension Request is filed, a new request must be filed every six (6) months until the SOU is filed. The applicant may file a total of five (5) extension requests. **WARNING:** An SOU may **not** be filed more than thirty-six (36) months from when the NOA issued. The deadline for filing is always calculated from the issue date of the NOA.

**How to file SOU and/or Extension Request:**
Use the Trademark Electronic Application System (TEAS). Do **NOT** reply to this e-mail, as e-mailed filings will **NOT** be processed. Both the SOU and Extension Request have many legal requirements, including fees and verified statements; therefore, please use the USPTO forms available online at https://www.uspto.gov/trademarks-application-process/filing-online (under the "INTENT-TO-USE (ITU) FORMS" category) to avoid the possible omission of required information. If you have questions about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

For information on how to (1) divide an application; (2) delete goods/services (or entire class) with a Section 1(b) basis; or (3) change filing basis, see https://www.uspto.gov/trademarks-getting-started/process-overview/additional-information-post-notice-allowance-process.

**FAILURE TO FILE A REQUIRED DOCUMENT OUTLINED ABOVE DURING THE APPROPRIATE TIME PERIOD WILL RESULT IN THE ABANDONMENT OF THIS APPLICATION.**

### REVIEW APPLICATION INFORMATION FOR ACCURACY

If you believe this NOA should not have issued or correction of the information shown below is needed, you must submit a request to the Intent-to-Use Unit. Please use the "Post-Publication Amendment" form under the "POST-APPROVAL/PUBLICATION/POST NOTICE OF ALLOWANCE (NOA) AMENDMENT FORMS" category, available at https://www.uspto.gov/trademarks-application-process/filing-online/post-approvalpublicationpost-notice-allowance-noa. Do **NOT** reply to this e-mail, as e-mailed filings will NOT be processed.

| | |
|---|---|
| **Serial Number:** | 98531974 |
| **Mark:** | FLX |
| **Docket/Reference Number:** | HKARM.038T |
| **Owner:** | HK Army Inc |
| | 2702 Saint Louis Ave |
| | Signal Hill, California  90755 |
| **Correspondence Address:** | Jonathan A. Hyman |
| | Knobbe, Martens, Olson & Bear, LLP |
| | 2040 Main Street, 14th Floor |
| | Irvine, California  92614 |

**This application has the following bases, but not necessarily for all listed goods/services:**

Section 1(a): NO                    Section 1(b): YES                    Section 44(e): NO

### GOODS/SERVICES BY INTERNATIONAL CLASS

009    Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases -- FIRST USE DATE: NONE; -- USE IN COMMERCE DATE: NONE

### ALL OF THE GOODS/SERVICES IN EACH CLASS ARE LISTED.

**Appropriate Specimens for Goods and/or Services:** A trademark specimen should be a label, tag, or container for the goods, or a display associated with the goods. See TMEP §§904.03 et seq. A service mark specimen should be an advertisement, sign, brochure, website printout or other image that shows the mark used in the actual sale or advertising of the services. See TMEP §§1301.04 et seq.

**180**

**Fraudulent statements may result in registration being cancelled:** Applicants must ensure that statements made in filings to the USPTO are accurate, as inaccuracies may result in the cancellation of any issued trademark registration.  The lack of a bona fide intention to use the mark with ALL goods and/or services listed in an application or the lack of actual use on all goods and/or services for which use is claimed could jeopardize the validity of the registration, possibly resulting in its cancellation.

**Additional information:** For information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at https://www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

**Checking status:** To check the status of this application, go to https://tsdr.uspto.gov/#caseNumber=98531974&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=statusSearch  or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of any application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=98531974&caseSearchType=US_APPLICATION&caseType=SERIAL_NO&searchType=documentSearch  NOTE: This notice will only be available on-line the next business day after receipt of this e-mail.

**181**

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 17, 2024 01:47:29 EST |
| **To:** | XXXX |
| **Subject:** | Official USPTO Notification: U.S. Trademark Application SN 98531974 -- Docket/Reference No. HKARM.038T |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 98531974
**Mark:** FLX
**International Class(es):** 009
**Owner:** HK Army Inc
**Docket/Reference Number:** HKARM.038T

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Dec 17, 2024.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2024-12-17&serialNumber=98531974

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=98531974&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=98531974&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

**182**

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks<br>www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.**  98531974
**Mark:** FLX
**International Class(es):**  009
**Owner:**  HK Army Inc
**Docket/Reference No.**  HKARM.038T

**Issue Date:**  December 11, 2024

**Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on December 17, 2024.**

**Your mark appears to be entitled to register** on the Principal Register upon the acceptance of a statement of use, subject to any claims of concurrent use.

**What happens when your mark publishes.**  Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board.  If no objection is filed, we will issue a Notice of Allowance.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.**  If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**.  For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC) at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

XXXX

| From: | TMOfficialNotices@USPTO.GOV |
|---|---|
| Sent: | Wednesday, December 11, 2024 02:01:04 EST |
| To: | XXXX |
| Subject: | Official USPTO Notification: U.S. Trademark Application SN 98531974 -- Docket/Reference No. HKARM.038T |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No.98531974) is scheduled to publish in the *Official Gazette* on Dec 17, 2024.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/search.action?sn=98531974.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at TrademarkAssistanceCenter@uspto.gov or by telephone at 800-786-9199.

**PLEASE NOTE:**
1.    The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2.    You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at https://teas.uspto.gov/ccr/cca.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.

**184**

<table>
<tr><td colspan="4" align="center"><b>Trademark Snap Shot Amendment & Mail Processing Stylesheet</b><br>(Table presents the data on Amendment & Mail Processing Complete)</td></tr>
</table>

## OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 98531974 | FILING DATE | 05/02/2024 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | SOLANO, CARLITA | L.O. ASSIGNED | TMO LAW OFFICE 128 |

## PUB INFORMATION

| | |
|---|---|
| RUN DATE | 11/20/2024 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 11/20/2024 |
| LITERAL MARK ELEMENT | FLX |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

## FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

## MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | FLX |
| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| | |
|---|---|
| PARTY TYPE | 10-ORIGINAL APPLICANT |

**185**

| NAME | HK Army Inc |
|---|---|
| ADDRESS | 2702 Saint Louis Ave<br>Signal Hill, CA 90755 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 009 |
|---|---|
| DESCRIPTION TEXT | Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and structural parts and accessories specially adapted for and being a necessary part of the goggle system, namely, elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 009 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/20/2024 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 008 |
| 11/20/2024 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 007 |
| 11/20/2024 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 006 |
| 11/20/2024 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 005 |
| 11/20/2024 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 004 |
| 11/18/2024 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 10/30/2024 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | 002 |
| 05/02/2024 | NWAP | I | NEW APPLICATION ENTERED | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Jonathan A. Hyman |
|---|---|
| CORRESPONDENCE ADDRESS | Jonathan A. Hyman<br>Knobbe, Martens, Olson & Bear, LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 |
| DOMESTIC REPRESENTATIVE | NONE |

**186**

# FLX

| | |
|---|---|
| **To:** | Jonathan A. Hyman(efiling@knobbe.com) |
| **Subject:** | U.S. Trademark Application Serial No. 98531974 - FLX - - HKARM.038T |
| **Sent:** | November 20, 2024 09:26:41 AM EST |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 98531974

**Mark:** FLX

**Correspondence Address:**
Jonathan A. Hyman
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine CA 92614
United States

**Applicant:** HK Army Inc

**Reference/Docket No.** HKARM.038T

**Correspondence Email Address:** efiling@knobbe.com

**EXAMINER'S AMENDMENT**

**Issue date:** November 20, 2024

**USPTO database searched; no conflicting marks found.** The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Application has been amended as shown below.** As agreed to by Jonathan Hyman on November 20, 2024, the examining attorney has amended the application as shown below. Please notify the examining attorney immediately of any objections. TMEP §707. Otherwise, no response is required. *Id.* In addition, applicant is advised that amendments to the goods and/or services are permitted only if they clarify or limit them; amendments that add to or broaden the scope of the goods and/or services are not permitted. 37 C.F.R. §2.71(a).

The identification of goods is amended to read as follows:

International Class 009: Tactical gear, namely, goggles for sports; paintball and airsoft protective

**188**

goggles, lenses, face masks and **structural** parts and accessories **specially adapted for and being a necessary part of** the goggle system**, namely,** elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases

*See* TMEP §§1402.01, 1402.01(e).

/Carlita Solano/
Carlita Solano
Trademark Examining Attorney
Law Office 128
(571) 270-0348
Carlita.Solano@USPTO.GOV

**189**

**United States Patent and Trademark Office (USPTO)**

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on November 20, 2024 for
**U.S. Trademark Application Serial No.  98531974**

A USPTO examining attorney has reviewed your trademark application and issued an Office action.  You may be required to respond to this Office action.  Follow the steps below.

**(1) Read the Office action.**  This email is NOT the Office action.

**(2) Respond to the Office action, if a response is required.** Respond by deadline using the Trademark Electronic Application System (TEAS). Your response must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response period. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your Serial Number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

**190**

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

**191**

# Note To The File

Serial Number: 98531974                                          FLX
Date: 11/20/2024 9:23 am
Created by: Carlita Solano

**Changed**

- Issued Examiner's Amendment and Entered Changes

**Discussed file with Attorney/Applicant**

- via E-Mail

**From:** Jonathan Hyman <Jonathan.Hyman@knobbe.com>
**Sent:** Wednesday, November 20, 2024 1:09 AM
**To:** Solano, Carlita <Carlita.Solano@USPTO.GOV>
**Cc:** Charles Cariello <Charles.Cariello@knobbe.com>;
HKARM.038T.KNOBBE@knobbe.imanage.work
**Subject:** RE: Docket # HKARM.038T - U.S. Trademark Application Serial No. 98531974 FLX

CAUTION: This email has originated from a source outside of USPTO.**PLEASE CONSIDER THE SOURCE** before responding, clicking on links, or opening attachments.

Ms. Solano:

Thank you for your email.  We agree to the proposed amendment with two minor changes.  Please see below.

**Class 9**: Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses,

**192**

face masks and **structural** parts and accessories ~~used~~**specially adapted for and being a necessary part of the** goggle system ~~such as~~**, namely,** elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases

We trust this amendment is acceptable and understand you will issue an Examiner's Amendment.  If not, or you need for us to take any formal action, please let us know.

We appreciate your continued assistance with this application.

Regards,

Jonathan

**Jonathan Hyman**

Partner

Jonathan.Hyman@knobbe.com

310-407-3468 **Direct**

**Knobbe Martens**

1925 Century Park East, Suite 400

Los Angeles, CA 90067

www.knobbe.com/jonathan-hyman

**From:** Solano, Carlita <Carlita.Solano@USPTO.GOV>
**Sent:** Tuesday, November 19, 2024 1:36 PM
**To:** efiling <efiling@knobbe.com>; Jonathan Hyman <Jonathan.Hyman@knobbe.com>
**Subject:** Docket # HKARM.038T - U.S. Trademark Application Serial No. 98531974 FLX

**193**

**Docket # HKARM.038T**

Dear Attorney Jonathan Hyman,

I am the U.S. Patent and Trademark Office examining attorney assigned to U.S. Trademark Application Serial No. 98531974 FLX. I have reviewed the application and the mark is almost ready for publication; however, there is an issue that needs to be addressed before the application can proceed, and this issue can be resolved by return email or over the phone:

Specifically, the identification of goods and/or services needs further clarification because some of the wording in the identification is indefinite and/or overly broad, so that it is unclear what the goods/services are, as shown below. Applicant may adopt the following identification, if accurate:

Class 09: Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and **structural** parts and accessories used **specially adapted for and being a necessary part of the** goggle system **namely,** elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases

***ADVISORY:*** *Applicant may amend the identification to clarify or limit the goods and/or services, but not to broaden or expand them beyond those in the original application or as acceptably amended. Generally, any deleted goods and/or services may not be inserted later.*

With your authorization, I would be happy to enter the suggested changes for you.

***If you would like me to make these changes for you today to avoid a refusal of registration, just reply to this email with "OK."***

**Please email me at your earliest convenience if you would like to resolve the issue(s) by email**.   Alternatively, you can give me a call at 571-270-0348 if you would like to resolve this issue over the phone.  You can also respond to this email or leave a voice message responding to the inquiry.

You can check the status of your application(s) and find all relevant documents by going to: https://tsdr.uspto.gov/

**194**

Best,


Carlita Solano (She/Her)

Trademark Examining Attorney

Law Office 128

United States Patent & Trademark Office

Telephone:     (571) 270-0348

Email:          carlita.solano@uspto.gov


**ADVISORY**:  All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will **NOT** be accepted as a response to any Office action and will not extend the deadline for filing a proper response.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.  Although the trademark examining attorney may provide additional explanation pertaining to the application process, **the trademark examining attorney may NOT provide legal advice or statements about applicant's rights**. *See* 37 C.F.R. §2.191 and TMEP §§705.02, 709.04 - .06.


NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**195**

User: Carlita Solano

| | | Statistics for Case 98531974 | | | | |
|---|---|---|---|---|---|---|
| **#** | **Search** | **Total Marks** | **Dead Marks** | **Live Viewed Docs** | **Live Viewed Images** | **Status/Search Duration** |
| 1 | SN:98531974 | 1 | 0 | 1 | 0 | 0:00 |
| 2 | OW:"hk army" | 22 | 4 | 18 | 0 | 0:00 |
| 3 | WP:flx | 217 | 123 | 94 | 0 | 0:00 |
| 4 | CM:("f l x" "f lx" "fl x" "flx" *flx*) AND LD:true | 203 | 0 | 203 | 0 | 0:00 |
| 5 | CM:/flex/ AND LD:true | 6972 | 0 | 0 | 0 | 0:00 |
| 6 | 4 AND CC:009 | 87 | 0 | 87 | 0 | 0:00 |
| 7 | 4 AND IC:009 | 36 | 0 | 36 | 0 | 0:00 |
| 8 | 5 AND IC:(009 a b 200) | 1369 | 0 | 0 | 0 | 0:00 |
| 9 | FM:/flex/ AND LD:true | 118 | 0 | 118 | 0 | 0:00 |
| 10 | 9 AND IC:(009 a b 200) | 31 | 0 | 31 | 0 | 0:00 |
| 11 | CM:("f l x" "f lx" "fl x" "flx" ) AND LD:true | 100 | 0 | 97 | 0 | 0:00 |

Session started 11/19/2024 4:24 pm

Session ended 11/19/2024 4:30 pm

Total search duration 0.00

Session duration 6 minutes 19 seconds

Adjacency Level 1

Near Level 1

**196**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98531974**
**Filing Date: 05/02/2024**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98531974 |
| **MARK INFORMATION** | |
| ***MARK** | FLX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | FLX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | HK Army Inc |
| ***MAILING ADDRESS** | 2702 Saint Louis Ave |
| ***CITY** | Signal Hill |
| ***STATE** (Required for U.S. applicants) | California |
| ***COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| ***ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 90755 |
| ***EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | corporation |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF INCORPORATION** | California |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| ***IDENTIFICATION** | Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and parts and accessories used for the goggle system such as elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases |
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Jonathan A. Hyman |

**197**

| | |
|---|---|
| **ATTORNEY DOCKET NUMBER** | HKARM.038T |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Knobbe, Martens, Olson & Bear, LLP |
| **STREET** | 2040 Main Street, 14th Floor |
| **CITY** | Irvine |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 92614 |
| **PHONE** | 310-551-3450 |
| **FAX** | 949-760-9502 |
| **EMAIL ADDRESS** | efiling@knobbe.com |
| | Edward A. Schlatter, Joseph R. Re, Catherine J. Holland, Jeffrey L. Van Hoosear, Daniel E. Altman, Lynda J. Zadra-Symes, Stephen C. Jensen, Steven J. Nataupsky, Joseph F. Jennings, Craig S. Summers, Ronald J. Schoenbaum, John R. King, Adeel S. Akhtar, David N. Weiss, Douglas G. Muehlhauser, Stacey R. Halpern, Joseph M. Reisman, Michael L. Fuller, Paul N. Conover, Robert J. Roby, Sabing H. Lee, William R. Zimmerman, Eric S. Furman, Susan M. Natland, Rabinder N. Narula, Bruce S. Itchkawitz, John M. Grover, Irfan A. Lateef, Mark J. Gallagher, Brian C. Horne, Payson LeMeilleur, Sheila N. Swaroop, Benjamin A. Katzenellenbogen, Andrew N. Merickel, Linda H. Liu, James F. Herkenhoff, Andrew M. Douglas, Salima A. Merani, Jonathan A. Hyman, Curtiss C. Dosier, Joseph J. Mallon, Sean M. Murray, Christy G. Lea, Perry D. Oldham, Russell M. Jeide, Matthew S. Bellinger, Gregory A. Hermanson, Lauren Keller Katzenellenbogen, Ted M. Cannon, Carol Pitzel Cruz, Josué A. Villalta, Andrew I. Kimmel, Brenden Gingrich, Maria Culic Anderson, Melanie J. Seelig, Mauricio A. Uribe, Curtis R. Huffmire, Christopher L. Ross, Eli A. Loots, Ryan E. Melnick, Yanna S. Bouris, Philip M. Nelson, Marko R. Zoretic, Derek C. Dailey, Jarom D. Kesler, Colin B. Heideman, Theodore G. Papagiannis, Nicholas M. Zovko, Adam J. Gilbert, Kimberly J. Miller, Agnes Juang, Jason J. Jardine, Jared C. Bunker, Lance D. Smemoe, Joshua J. Stowell, Jonathan E. Bachand, Ali S. Razai, Terry K. Tullis, Derek R. Bayles, Cheryl T. Burgess, Gregory B. Phillips, Brian C. Claassen, Mark Lezama, Sean Ambrosius, Stephen W. Larson, Michael R. Christensen, Benjamin J. Everton, Jason A. Gersting, Baraa Kahf, Alan G. Laquer, Vlad Teplitskiy, Jeffery L. Hallstrom, Maria V. Stout, William O. Adams, Ian W. Gillies, Andrew W. Lloyd, Mark D. Kachner, Lincoln S. Essig, David R. Trossen, Aaron M. Davis, Jason R. Swartz, Benjamin B. Anger, Jason A. Champion, Daniel V. Gibson, Jeremy J. Carney, Karen Cassidy Selvaggio, Adam B. Powell, Karen J. Lenker, Bryan G. McWhorter, Nathanael R. Luman, Andrea L. Cheek, Damien J. Howard, Jane Q. Dai, Shannon Lam, Peter Law, Jacob Peterson, Christie R.W. Matthaei, Vladimir S. Lozan, Paul S. Stellman, Heungsoo Choi, Vikas Bhargava, Jeremy A. Anapol, Scott A. Cromar, |

| | |
|---|---|
| **OTHER APPOINTED ATTORNEY** | Kendall M. Loebbaka, David R. Schmidt, Harnik Shukla, Charlene A. Azema, Morgan R. Coates, Jessica L. Achtsam, Jonathan A. Menkes, Rosaleen H. Chou, Kyu S. Min, Chang Sik Lim, Thomas S.H. Cowan, Devanie A. DuFour, Hans L. Mayer, Jessica C. Sganga, Justin J. Gillett, Alexander J. Martinez, Brian M. Graham, Brian J. Flynn, Mitchell B. Hadley, Robert J. Hilton, Daniel P. Hughes, Jeremiah S. Helm, David M. Cohen, Jordan Gottdank, Nathan D. Reeves, Brandon G. Smith, Xiaoyan Sabrina Wang, Kregg A. Koch, Daniel C. Kiang, Albert J. Sueiras, Daniel A. Kamkar, Jacob R. Rosenbaum, Douglas B. Wentzel, James E. Youngblood, Aaron S. Johnson, Bryan J. Johnson, Deborah S. Shepherd, Mark D. Marsden, Joan Y. Chan, Nicholas A. Belair, Angela K. Dremann, Elenore Niu, Ashley C. Morales, Jordan M. Cox, Mark Rubinshtein, Clayton R. Henson, Aryeh N. Feinstein, Lindsay A. Laddaran, Janet M. Allendorph, Alexander Zeng, Samuel I. Cockriel, Serah R. Friedman, Justin E. Culbertson, Marissa M. Rosenbaum, Christopher L. Lewis, Ben K. Shiroma, Makoto Tsunozaki, Paige L. Cappelli, Matthew S. Friedrichs, Silas K. Alexander, Brian C. Barnes, Spencer R. Carter, Xiaoyu Shelley Chen, Laura E. Liebman, Katherine R. McMorrow, Alexander G. Trimes, Logan P. Young, Julie T. Vo, Jose A. Martin del Campo, Michelle J. Ziperstein, Cesar A. Estrada, Hyunjin Park, Matthew T. Pham, Julia N. Hanson, Brianne M. Kingery, Joshua C. Loader, Raymond S. Lu, Alistair J. McIntyre, Morgan E. Robertson, Geetha Durairaj, Joseph A.R. Gerber, Holly M. Gordon, Inzer C. Ni, Charles K. Crane, Christian D. Boettcher, Nefi R. Oliva, Stacy L. N. Rush, Arash Pia, Paul D. Spiel, Savannah J. Torborg, Matthew S. Whitehead, Raina J. Patel, Brittany M. Penn, PoAn Chen, Mengmeng Du, Zachary B. Messick, Kenneth O. Aruda, Matthew J. Petersen, Rhett D. Ramsey, Joel D. Andersen, Adam G. Copeland, Tyler S. Cox, Douglas W. Crandell, David J.K. Hulett, Brandon D. Hupka, Jeremy P. Johansen, Emily K. McCorry, Daniel M. Mittelstein, Shloka K. Raghavan, Matthew C. Ruth, Robert W. Servilio, Justin K. Theam, Eric L. Wittgrove, Timothy Willis, Chunbaixue Yang, Rory R. Lootsma, Susan E. Pratt, Christy M. Goudamanis, John P.B. Hendershott, Kemarie Jorgensen, Nicole E. Kim, Susan M. Janicki, Juhyun Kim, Sara Witty, Rachel J. Zacuto, Jamal L. Perry, James M. Raleigh, Charles J. Sirek, Lucas P. Koziol, Harper L. Beasley, Jordan A. DeOrio, Jacob J. Golan, Anna Hankal, Shawn P. Hickey, Luke D. Holbrook, Andrew Huntsinger, Juliana H. Kirby, Isabella C. Pestana, Kelsey S. Weinman, Abigail K. Dagher, Zachary B. Grinovich, Sashank Krothapally, Emmett J. Litvak, Nickolas R.S. Taylor, Melis Tirhi, Zoe Vikstrom, Baiyu Zhu, Martin S. Sulsky, Tirzah A. Lowe, Erin M. Cardinal, Paige E. Radtke, and Aerie Y. Lin |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Jonathan A. Hyman |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | efiling@knobbe.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | jonathan.hyman@knobbe.com |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |

**199**

| *TOTAL FEES DUE | 350 |
|---|---|
| *TOTAL FEES PAID | 350 |
| SIGNATURE INFORMATION | |
| SIGNATURE | /Jason Pineda/ |
| SIGNATORY'S NAME | Jason Pineda |
| SIGNATORY'S POSITION | President |
| SIGNATORY'S PHONE NUMBER | 310-551-3450 |
| DATE SIGNED | 05/02/2024 |
| SIGNATURE METHOD | Sent to third party for signature |

**200**

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98531974**
**Filing Date: 05/02/2024**

## To the Commissioner for Trademarks:

**MARK:** FLX (Standard Characters, see mark)
The literal element of the mark consists of FLX. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, HK Army Inc, a corporation of California, having an address of

 2702 Saint Louis Ave
 Signal Hill, California 90755
 United States
 XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Tactical gear, namely, goggles for sports; paintball and airsoft protective goggles, lenses, face masks and parts and accessories used for the goggle system such as elastic goggle straps, chin straps, lenses, screws, foam attachments, goggle visors and goggle cases
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Jonathan A. Hyman. Other appointed attorneys are Edward A. Schlatter, Joseph R. Re, Catherine J. Holland, Jeffrey L. Van Hoosear, Daniel E. Altman, Lynda J. Zadra-Symes, Stephen C. Jensen, Steven J. Nataupsky, Joseph F. Jennings, Craig S. Summers, Ronald J. Schoenbaum, John R. King, Adeel S. Akhtar, David N. Weiss, Douglas G. Muehlhauser, Stacey R. Halpern, Joseph M. Reisman, Michael L. Fuller, Paul N. Conover, Robert J. Roby, Sabing H. Lee, William R. Zimmerman, Eric S. Furman, Susan M. Natland, Rabinder N. Narula, Bruce S. Itchkawitz, John M. Grover, Irfan A. Lateef, Mark J. Gallagher, Brian C. Horne, Payson LeMeilleur, Sheila N. Swaroop, Benjamin A. Katzenellenbogen, Andrew N. Merickel, Linda H. Liu, James F. Herkenhoff, Andrew M. Douglas, Salima A. Merani, Jonathan A. Hyman, Curtiss C. Dosier, Joseph J. Mallon, Sean M. Murray, Christy G. Lea, Perry D. Oldham, Russell M. Jeide, Matthew S. Bellinger, Gregory A. Hermanson, Lauren Keller Katzenellenbogen, Ted M. Cannon, Carol Pitzel Cruz, Josué A. Villalta, Andrew I. Kimmel, Brenden Gingrich, Maria Culic Anderson, Melanie J. Seelig, Mauricio A. Uribe, Curtis R. Huffmire, Christopher L. Ross, Eli A. Loots, Ryan E. Melnick, Yanna S. Bouris, Philip M. Nelson, Marko R. Zoretic, Derek C. Dailey, Jarom D. Kesler, Colin B. Heideman, Theodore G. Papagiannis, Nicholas M. Zovko, Adam J. Gilbert, Kimberly J. Miller, Agnes Juang, Jason J. Jardine, Jared C. Bunker, Lance D. Smemoe, Joshua J. Stowell, Jonathan E. Bachand, Ali S. Razai, Terry K. Tullis, Derek R. Bayles, Cheryl T. Burgess, Gregory B. Phillips, Brian C. Claassen, Mark Lezama, Sean Ambrosius, Stephen W. Larson, Michael R. Christensen, Benjamin J. Everton, Jason A. Gersting, Baraa Kahf, Alan G. Laquer, Vlad Teplitskiy, Jeffery L. Hallstrom, Maria V. Stout, William O. Adams, Ian W. Gillies, Andrew W. Lloyd, Mark D. Kachner, Lincoln S. Essig, David R. Trossen, Aaron M. Davis, Jason R. Swartz, Benjamin B. Anger, Jason A. Champion, Daniel V. Gibson, Jeremy J. Carney, Karen Cassidy Selvaggio, Adam B. Powell, Karen J. Lenker, Bryan G. McWhorter, Nathanael R. Luman, Andrea L. Cheek, Damien J. Howard, Jane Q. Dai, Shannon Lam, Peter Law, Jacob Peterson, Christie R.W. Matthaei, Vladimir S. Lozan, Paul S. Stellman, Heungsoo Choi, Vikas Bhargava, Jeremy A. Anapol, Scott A. Cromar, Kendall M. Loebbaka, David R. Schmidt, Harnik Shukla, Charlene A. Azema, Morgan R. Coates, Jessica L. Achtsam, Jonathan A. Menkes, Rosaleen H. Chou, Kyu S. Min, Chang Sik Lim, Thomas S.H. Cowan, Devanie A. DuFour, Hans L. Mayer, Jessica C. Sganga, Justin J. Gillett, Alexander J. Martinez, Brian M. Graham, Brian J. Flynn, Mitchell B. Hadley, Robert J. Hilton, Daniel P. Hughes, Jeremiah S. Helm, David M. Cohen, Jordan Gottdank, Nathan D. Reeves, Brandon G. Smith, Xiaoyan Sabrina Wang, Kregg A. Koch, Daniel C. Kiang, Albert J. Sueiras, Daniel A. Kamkar, Jacob R. Rosenbaum, Douglas B. Wentzel, James E. Youngblood, Aaron S. Johnson, Bryan J. Johnson, Deborah S. Shepherd, Mark D. Marsden, Joan Y. Chan, Nicholas A. Belair, Angela K. Dremann, Elenore Niu, Ashley C. Morales, Jordan M. Cox, Mark Rubinshtein, Clayton R. Henson, Aryeh N. Feinstein, Lindsay A. Laddaran, Janet M. Allendorph, Alexander Zeng, Samuel I. Cockriel, Serah R. Friedman, Justin E. Culbertson, Marissa M. Rosenbaum, Christopher L. Lewis, Ben K. Shiroma, Makoto Tsunozaki, Paige L. Cappelli, Matthew S. Friedrichs, Silas K. Alexander, Brian C. Barnes, Spencer R. Carter, Xiaoyu Shelley Chen, Laura E. Liebman, Katherine R. McMorrow, Alexander G. Trimes, Logan P. Young, Julie T. Vo, Jose A. Martin del Campo, Michelle J. Ziperstein, Cesar A. Estrada, Hyunjin Park, Matthew T. Pham, Julia N. Hanson, Brianne M. Kingery, Joshua C. Loader, Raymond S. Lu, Alistair J. McIntyre, Morgan E. Robertson, Geetha Durairaj, Joseph A.R. Gerber, Holly M. Gordon, Inzer C. Ni, Charles K. Crane, Christian D.

**201**

Boettcher, Nefi R. Oliva, Stacy L. N. Rush, Arash Pia, Paul D. Spiel, Savannah J. Torborg, Matthew S. Whitehead, Raina J. Patel, Brittany M. Penn, PoAn Chen, Mengmeng Du, Zachary B. Messick, Kenneth O. Aruda, Matthew J. Petersen, Rhett D. Ramsey, Joel D. Andersen, Adam G. Copeland, Tyler S. Cox, Douglas W. Crandell, David J.K. Hulett, Brandon D. Hupka, Jeremy P. Johansen, Emily K. McCorry, Daniel M. Mittelstein, Shloka K. Raghavan, Matthew C. Ruth, Robert W. Servilio, Justin K. Theam, Eric L. Wittgrove, Timothy Willis, Chunbaixue Yang, Rory R. Lootsma, Susan E. Pratt, Christy M. Goudamanis, John P.B. Hendershott, Kemarie Jorgensen, Nicole E. Kim, Susan M. Janicki, Juhyun Kim, Sara Witty, Rachel J. Zacuto, Jamal L. Perry, James M. Raleigh, Charles J. Sirek, Lucas P. Koziol, Harper L. Beasley, Jordan A. DeOrio, Jacob J. Golan, Anna Hankal, Shawn P. Hickey, Luke D. Holbrook, Andrew Huntsinger, Juliana H. Kirby, Isabella C. Pestana, Kelsey S. Weinman, Abigail K. Dagher, Zachary B. Grinovich, Sashank Krothapally, Emmett J. Litvak, Nickolas R.S. Taylor, Melis Tirhi, Zoe Vikstrom, Baiyu Zhu, Martin S. Sulsky, Tirzah A. Lowe, Erin M. Cardinal, Paige E. Radtke, and Aerie Y. Lin. Jonathan A. Hyman of Knobbe, Martens, Olson & Bear, LLP, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

2040 Main Street, 14th Floor
Irvine, California 92614
United States
310-551-3450(phone)
949-760-9502(fax)
efiling@knobbe.com

The docket/reference number is HKARM.038T.

Jonathan A. Hyman submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

Jonathan A. Hyman
PRIMARY EMAIL FOR CORRESPONDENCE: efiling@knobbe.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): jonathan.hyman@knobbe.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**202**

**Declaration Signature**

Signature: /Jason Pineda/    Date: 05/02/2024
Signatory's Name: Jason Pineda
Signatory's Position: President
Signatory's Phone Number: 310-551-3450
Signature method: Sent to third party for signature
Payment Sale Number: 98531974
Payment Accounting Date: 05/02/2024

Serial Number: 98531974
Internet Transmission Date: Thu May 02 21:06:34 ET 2024
TEAS Stamp: USPTO/BAS-XXX.XXX.XX.XXX-202405022106354
53343-98531974-870b4a9faef43debc99b58ac3
85967d5c87e9a9e1bf4674ee3e06162c48be7dd8
b-CC-06348601-20240502140446920230

203

# FLX

# FLX

# Exhibit I

Captured at: 07/11/2026 01:34 PM

URL: https://www.hkarmy.com/products/unite-faceplate-clear-tiger?srsltid=AfmBOoovx-Wysyw3Etb3fwRUpzXHKhgbyJQ6OGsiulFbHlSq80ltuchL

Free Shipping To US On Orders Over $150   SHOP NOW

☰ SHOP    🔍 SEARCH         HK·ARMY         👤   🛒 0

Home  >  Unite FLX - Faceplate - Clear Tiger

☆☆☆☆☆ 0 Reviews | Write a review

# UNITE FLX - FACEPLATE - CLEAR TIGER

## $79.95

**ADD TO CART**

4 interest-free payments or as low as $14/mo with **affirm**.
See if you qualify

Replacement face plate for Unite FLX goggle system. Customize your style with new color or replace your old one.




Case 2:26-cv-08257   Document 1   Filed 07/27/26   Page 207 of 225   Page ID #:207

Captured at: 07/11/2026 01:35 PM

URL: https://www.hkarmy.com/products/unite-replacement-foam?srsltid=AfmBOoqJMkB3vV4IWnmBIgCwn_mzPZWkKR3DURml1c_bkJBNPF0m97gn

HK•ARNY

≡ SHOP    Q SEARCH

Free Shipping To US On Orders Over $150   SHOP NOW

☆☆☆☆☆  0 Reviews | Write a review

# UNITE - GOGGLE REPLACEMENT FLX FOAM KIT

## $19.95

**ADD TO CART**

PUSH Unite Goggle and Unite FLX Replacement Foam Kit

Refresh your goggle system with the PUSH Unite Goggle Replacement Foam Kit — designed for maximum comfort and effortless installation. This kit includes both the upper and lower foam sections, engineered to snap securely into the Unite goggle frame with no tools required. Built with premium triple-layer face foam, it offers superior moisture-wicking performance, a soft feel against your skin, and a snug, contoured fit that enhances comfort during long days on the field.

**Features:**

- Direct replacement for PUSH Unite and FLX goggle foam
- Includes both upper and lower snap-in foam pieces



208

# Exhibit J



9813458.1

# Exhibit K

**Captured at: 07/11/2026 01:44 PM**

URL: https://www.hkarmy.com/products/hk-army-vandal-magfed-paintballs-2000rd?srsltid=AfmBOoqQUyTG1UMxG2fDdVZ4QAL8ONHnrn19V54NYw5sr5UZbevGENPU&variant=45016757796934

SHOP   SEARCH                    HK·ARMY

Home > VANDAL Magfed Paintballs 2000rd – Striped Shell

☆☆☆☆☆ 0 Reviews | Write a review

## VANDAL MAGFED PAINTBALLS 2000RD – STRIPED SHELL

### $59.95

**COLOR**

MAGENTA PINK SHELL / PINK FILL - SOLD OUT ▼

SOLD OUT

4 interest-free payments or as low as $11/mo with affirm.
See if you qualify

We no longer ship paintballs to **Puerto Rico, Alaska, or Hawaii.**

VANDAL Level 4 Supreme Paintballs feature a bold, high-contrast striped shell design that delivers a unique visual identity on the field. These paintballs are built with a reinforced, hardened shell specifically designed for mag-fed and high-pressure loading scenarios, reducing the risk of breaks inside magazines caused by spring back pressure.

The result is a more reliable, frustration-free loading experience without sacrificing accuracy or performance. Combined with HK Army's Level 4 Supreme-grade quality, VANDAL delivers consistent flight, dependable break on target, and the performance players expect at the highest level.

Designed for players who demand durability in the loader and precision downrange.

**FEATURES**

- Level 4 Supreme Grade Paintball
- Reinforced Hardened Shell – Built to reduce breaks during mag-fed loading
- Precision Round Shape – Consistent flight and improved accuracy
- Bright, Visible Fill (color may vary)

- Striped Shell Design – Distinct, high-contrast striped design for a bold, unique look
- Optimized for Mag-Fed & Recreational Play
- Reliable Break on Impact
- 2,000 Paintballs per Case (4 bags / 500 rounds each)

# Exhibit L





**215**

# Exhibit M





# Exhibit N





# Exhibit O

Captured at: 07/11/2026 02:37 PM   URL: https://ansgear.com/masks/hk-army-klr-paintball-mask/hk-army-rmx-goggles/



We Price Match! | Free Shipping on $19+

(805) 522-8700 | Need Help?

**ANSgear**

Sale | Guns | Packages | Tanks | Loaders | Masks | Barrels | Parts | Pads | Packs & Pods | Gear Bags | Clothing | Paintballs | Airsoft | More ▾

Pay Over Time   Learn More

Home / Masks / HK Army KLR Paintball Mask / HK Army RMX Goggles

## HK Army RMX Goggles

The new HK Army RMX lower kit includes the RMX Flex Bottom, RMX Ears, HK Army Magnetic Chin Strap and 2 Sets Of Jawline Screws. If customization is your thing, we also offer a full build your own kit to give you exactly what you are looking for. The kit was designed to give you the best protection and comfort while allowing you to change up the looks of your mask. The RMX kit is designed to work with the popular JT® Proflex® goggle system and is easily installed into the frame using the 4 integrated post design. Both the ears and bottom are made from a pliable rubber which keeps you protected on the field and allows for the most bounces. The advanced vent designs keep your head cool and allow for easy breathing and communication.

Some of the key features and benefits are the malleable construction which allows for maximum protection and ball bounces. The venting on the lower frame was strategically designed to keep air flowing through the goggle. This helps reduce fogging and cuts down on echoing when communicating with other players. The ears are designed with hearing clarity and protection at the forefront for better communication. The included screw sets, securely attach the facemask to the ears to prevent the goggle from coming apart when installed. The magnetic chin strap keeps your mask securely on your head and is quick to connect or disconnect even with gloves on. It is also approved for use in all major tournament series. The HK Army RMX lower assembly and ears is fully interchangeable with all JT® Proflex® frames, lenses, ears, bottoms and straps. These lower kits are also designed with safety in mind and all parts included have passed ASTM Standards for use in both paintball and airsoft.

**What's Included in the RMX Lower Face Mask Kit?**

- 1 - RMX Face mask designed to perfectly integrate with goggle lens frame (Lens Frame and Night Vision goggles not included)
- 2 - RMX Ears designed to perfectly integrate with goggle lens frame
- 2 - Sets of jawline screws for attaching the ears to the face mask
- 1 - Magtek chin strap that loops through the integrated chinstrap slots on the face mask

Disclaimer: HK Army RMX parts are third-party components specifically designed for compatibility with other manufacturers' goggle systems. HK Army is an independent manufacturer; RMX parts are neither licensed nor approved by any other manufacturer. All RMX parts are safety certified and ASTM-approved for use in paintball and airsoft applications.

Featured Items ▾                                                 VIEW: **15** | 50 | 100

**HK Army RMX Paintball Mask - Neon Pink**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Neon Green**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Turquoise**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Purple**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Tan**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Olive**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - White**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Red**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Grey**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Gold**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Blue**
★★★★★ 5
$149.95          Shop →

**HK Army RMX Paintball Mask - Black**
★★★★★ 5
$149.95          Shop →

**HK Army/JT RMX Paintball Mask - Black/Ghost Coyote**
+ more
★★★★★ 5
$187.80          Shop →

**HK Army/JT RMX Paintball Mask - Black/Ghost Gator**
+ more
★★★★★ 5
$187.80          Shop →

**HK Army/JT RMX Paintball Mask - Black/Ghost Glacier**
+ more
★★★★★ 5
$187.80          Shop →

1  2  3          Next ❯

### Top Sellers

**Planet Eclipse Barrel Muffler - Cocker Threaded - Green**
$44.95          Shop →

**Planet Eclipse Tech Flex Gun Mat - Black/Grey**
$14.95 $12.49          Shop →

**Tiberius Arms T15 Paintball Gun - Black**
$299.95 - $329.90          Shop →

**JT ProFlex Paintball Mask - Purple/Black w/ 1 Lens (23133)**
$69.69 - $89.69          Shop →

**Join Our Newsletter**

Enter Your Email    SUBMIT

**Connect With Us**
Latest from our IG Feed

**Company**
Contact Us
Wholesale
Employment
Social Media Submissions
Financing with Bread
Privacy Policy
Showroom
Reviews

**My Account**
Login
Register
View Cart
Orders
Loyalty Rewards Program
Shipping
Returns

**Resources**
Gift Certificates
Shipping Insurance
Info Center
FAQs
Sitemap
Terms & Conditions

ACCREDITED BUSINESS
Click for Profile

30 YEARS OF PAINTBALL

We use cookies (and other similar technologies) to collect data to improve your shopping experience. By using our website, you're agreeing to the collection of data as described in our Privacy Policy.
Settings   Reject all   Accept All Cookies

**222**

Captured at: 07/11/2026 02:37 PM    URL: https://ansgear.com/masks/hk-army-klr-paintball-mask/hk-army-rmx-goggles/?page=2

We Price Match! | Free Shipping on $19+

(805) 522-8700 | Need Help?

Sign In | Cart (0)

What can we help you find?

Sale | Guns | Packages | Tanks | Loaders | Masks | Barrels | Parts | Pads | Packs & Pods | Gear Bags | Clothing | Paintballs | Airsoft | More

Pay Over Time    Learn More

Home / Masks / HK Army KLR Paintball Mask / HK Army RMX Goggles

## HK Army RMX Goggles

The new HK Army RMX lower kit includes the RMX Flex Bottom, RMX Ears, HK Army Magnetic Chin Strap and 2 Sets Of Jawline Screws. If customization is your thing, we also offer a full build your own kit to give you exactly what you are looking for. The kit was designed to give you the best protection and comfort while allowing you to change up the looks of your mask. The RMX kit is designed to work with the popular JT® Proflex® goggle system and is easily installed into the frame using the 4 integrated post design. Both the ears and bottom are made from a pliable rubber which keeps you protected on the field and allows for the most bounces. The advanced vent designs keep your head cool and allow for easy breathing and communication.

Some of the key features and benefits are the malleable construction which allows for maximum protection and ball bounces. The venting on the lower frame was strategically designed to keep air flowing through the goggle. This helps reduce fogging and cuts down on echoing when communicating with other players. The ears are designed with hearing clarity and protection at the forefront for better communication. The included screw sets, securely attach the facemask to the ears to prevent the goggle from coming apart when installed. The magnetic chin strap keeps your mask securely on your head and is quick to connect or disconnect even with gloves on. It is also approved for use in all major tournament series. The HK Army RMX lower assembly and ears is fully interchangeable with all JT® Proflex® frames, lenses, ears, bottoms and straps. These lower kits are also designed with safety in mind and all parts included have passed ASTM Standards for use in both paintball and airsoft.

**What's Included in the RMX Lower Face Mask Kit?**

- 1 - RMX Face mask designed to perfectly integrate with goggle lens frame (Lens Frame and Night Vision goggles not included)
- 2 - RMX Ears designed to perfectly integrate with goggle lens frame
- 2 - Sets of jawline screws for attaching the ears to the face mask
- 1 - Magtek chin strap that loops through the integrated chinstrap slots on the face mask

| | | |
|---|---|---|
| Airsoft Chronographs | Gas Magazines | Lower Mesh Masks | Gloves |
| Airsoft Gas | HPA Magazine Adapters | Push Unite Airsoft Masks | |
| Airsoft Grenades | Magazine Assists | SLY Airsoft Masks | |
| Airsoft Sound Grenades | Magazine Replacement Parts | V-Force Airsoft Masks | |
| Airsoft Targets | Speed Loaders | | |
| | Spring Magazines | | |

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - Ghost Coyote**
★★★★★ 5
$89.95   Shop →

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - Ghost Gator**
★★★★★ 5
$89.95   Shop →

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - Ghost Glacier**
★★★★★ 5
$89.95   Shop →

**HK Army/JT RMX Basic Paintball Mask** + more
★★★★★ 5
$149.95   Shop →

**HK Army/JT RMX Paintball Mask - White/White** + more
★★★★★ 5
$182.80   Shop →

**HK Army/JT RMX Paintball Mask - Ice Red/Ghost Red** + more
★★★★★ 5
$192.80   Shop →

**HK Army/JT RMX Paintball Mask - Grey/Grey** + more
★★★★★ 5
$182.80   Shop →

**HK Army/JT RMX Paintball Mask - Green/Clear** + more
★★★★★ 5
$192.80   Shop →

**HK Army/JT RMX Paintball Mask - Black/Smoke** + more
★★★★★ 5
$187.80   Shop →

**HK Army/JT RMX Paintball Mask - Black/Black** + more
★★★★★ 5
$177.80   Shop →

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - Smoke**
★★★★★ 5
$89.95   Shop →

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - Ghost Red**
★★★★★ 5
$89.95   Shop →

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - Clear**
★★★★★ 5
$89.95   Shop →

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - White**
★★★★★ 5
$79.95   Shop →

**HK Army RMX Lower Face Mask Kit Compatible w/ JT® Proflex® Goggles - Grey**
★★★★★ 5
$79.95   Shop →

‹ Prev   1  2  3   Next ›

## Top Sellers

**Planet Eclipse Barrel Muffler - Cocker Threaded - Green**

**Planet Eclipse Tech Flex Gun Mat - Black/Grey**

**Tiberius Arms T15 Paintball Gun - Black**

**JT ProFlex Paintball Mask - Purple/Black w/ 1 Lens (23133)** + more



### Join Our Newsletter
Enter Your Email    SUBMIT

**Connect With Us**

Latest from our IG Feed

| Company | My Account | Resources |
|---|---|---|
| Contact Us | Login | Gift Certificates |
| Wholesale | Register | Shipping Insurance |
| Employment | View Cart | Info Center |
| Social Media Submissions | Orders | FAQs |
| Financing with Bread | Loyalty Rewards Program | Sitemap |
| Privacy Policy | Shipping | Terms & Conditions |
| Showroom | Returns | |
| Reviews | | |

ACCREDITED BUSINESS — Click for Profile

30 YEARS PAINTBALL

We use cookies (and other similar technologies) to collect data to improve your shopping experience.By using our website, you're agreeing to the collection of data as described in the Privacy Policy.    Settings  Reject all  Accept All Cookies



Captured at: 07/11/2026 02:38 PM     URL: https://ansgear.com/hk-army-rmx-paintball-mask-black-black/

We Price Match! | Free Shipping on $19+                                      📱 (805) 522-8700  |  ⟳ Need Help?

**ANSgear**     What can we help you find? 🔍          🪖 Sign in     👜 Cart (0)

Sale | Guns | Packages | Tanks | Loaders | Masks | Barrels | Parts | Pads | Packs & Pods | Gear Bags | Clothing | Paintballs | Airsoft | More ⌄

Pay Over Time   Learn More 🔫

Home / Masks / HK Army KLR Paintball Mask / HK Army RMX Goggles / HK Army/JT RMX Paintball Mask - Black/Black





**HK Army**

# HK Army/JT RMX Paintball Mask - Black/Black

Customer Rating ★★★★★ 5

**Availability:**  *Usually Ships in 24 to 48 Hours*

Product Code:  HKARMYRMXMASK-BLKBLK

## $177.80 - $197.80

Lens Color:  (Required)

Select Option ⌄          1

**Add to Cart** 🛒          Add to Wish List ♡

4 interest-free payments of $44.45** 💲 bread pay
Monthly payments as low as $8.21/mo* 💲 bread pay

## PRODUCT DESCRIPTION                                               —



The HK Army RMX mask is designed to give you that perfect mix of style, protection, and comfort on the field. Whether you're deep in a paintball match or dominating at the airsoft field, the RMX mask is all about performance. The malleable face mask and rubber ears not only keep you protected but are engineered for serious bounce potential giving you the edge when every hit counts. Plus, with advanced ventilation to keep your head cool and clear, you'll be able to communicate and breathe easy, no matter how intense the game gets.

Features and Benefits

- Malleable Construction: Both the face mask and ears are super malleable, giving you extra comfort while allowing for higher bounce potential when hit by a paintball.
- Enhanced Ventilation & Echo Reduction: Strategically placed ventilation configuration keeps the air flowing, reduces fogging, and cuts down on echo during team communication.
- Hearing Clarity & Protection: The rubber ears are engineered to provide maximum protection while enhancing hearing clarity, so you can hear your teams every call without compromising your safety.
- Chin Strap with Magnetic Buckle: Integrated chin strap slots with a universal Magtek chin strap and quick-lock magnetic buckle keep your mask secure to your head.
- Safety Certified: These goggles have been safety tested for both paintball and airsoft and passes all ASTM standards.
  Disclaimer: HK Army RMX parts are third-party components specifically designed for compatibility with other manufacturers goggle systems. HK Army is an independent manufacturer; RMX parts are neither licensed nor approved by any other manufacturer. All RMX parts are safety certified and ASTM-approved for use in paintball and airsoft applications.

⚠ **WARNING:** Cancer and Reproductive Harm – www.P65Warnings.ca.gov/product

**224**

Captured at: 07/11/2026 02:39 PM
URL: https://www.lonewolfpaintball.com/products/hk-army-proflex-rmx-kit?srsltid=AfmBOooKboMC5rh1KS6Tv1v1kFnb95vZVzIJQS1Q7zOc73gh13sq7vEo

Paintball ⌄   Airsoft ⌄   Home Defense ⌄   Product Reviews ⌄   Rewards Program   Field Information ⌄   Services ⌄   Contact Us ⌄   Login

Play now and pay later with flexible financing from Affirm! Plans range from 3, 6 or 12 months with as little as 0% APR

Home / HK Army ProFlex RMX Kit



## HK Army ProFlex RMX Kit

★★★★★ 6 Reviews

**$69.95**

Color
Grey

Quantity
1

[ Add to cart ]   [ Buy with **shop** ]

More payment options

🚚 Free Shipping Over $30
No Extra Costs

🛡 Secure Checkout
Secure Payment



The HK Army ProFlex RMX Kit is designed to give you that perfect mix of style, protection, and comfort on the field. Whether you're deep in a paintball match or dominating at the airsoft field, the RMX Lower Kit is all about performance. Attach it seamlessly into your goggle frame using its integrated posts and experience a fresh new look on your goggle system. The malleable face mask and rubber ears not only keep you protected but are engineered for serious bounce potential – giving you the edge when every hit counts. Plus, with advanced ventilation to keep your head cool and clear, you'll be able to communicate and breathe easy, no matter how intense the game gets.

### Features and Benefits

**Quick Click Integration:** 4 integrated posts push into your goggle frame easily, while rubber ears secure with 2 posts and stock screws for a perfect fit.

**Malleable Construction:** Both the face mask and ears are super malleable, giving you extra comfort while allowing for higher bounce potential when hit by a paintball.

**Enhanced Ventilation & Echo Reduction:** Strategically placed ventilation configuration keeps the air flowing, reduces fogging, and cuts down on echo during team communication.

**Hearing Clarity &amp; Protection:** The rubber ears are engineered to provide maximum protection while enhancing hearing clarity, so you can hear your team's every call without compromising your safety.

**Secure Fit:** Included screws attach the face mask and ears at the jawline.

**Chin Strap with Magnetic Buckle:** Integrated chin strap slots with a universal Magtek chin strap and quick-lock magnetic buckle keep your mask secure to your head.

**Cross-Compatible Other Brands Parts:** The RMX parts are designed to be fully interchangeable with other manufacturer components and are designed perfectly to match up with parts from other companies on the market, giving you endless customization options.

**Safety Certified:** These goggle parts kit has been safety tested for both paintball and airsoft and passes all ASTM standards.

### What's Included

- 1 - RMX Face mask designed to perfectly integrate with goggle lens frame*
- 2 - RMX Ears designed to perfectly integrate with goggle lens frame
- 1 - Set of jawline screws for attaching the ears to the face mask
- 1 - Magtek chin strap that loops through the integrated chinstrap slots on the face mask

*Note: Lens Frame and Night Vision goggles not included

Disclaimer: HK Army RMX parts are third-party components specifically designed for compatibility with other manufacturers' goggle systems. HK Army is an independent manufacturer; RMX parts are neither licensed nor approved by any other manufacturer. All RMX parts are safety certified and ASTM-approved for use in paintball and airsoft applications.

Share: 📘 🐦 📌 ✉

### RECOMMENDED

**Customers who bought this item also bought**



| HK Army RMX Goggle Swivel Lock | HK Army Proflex Screw & Nut Set | HK Army Universal Goggle Strap | Infamous ProFlex Aluminum Skull Plugs |
|---|---|---|---|
| $9.95 | $19.95 | $34.95 | $34.95 |
| Blue | Cyclone Black | Bones Red | Black |
| Add to Cart | Add to Cart | Add to Cart | Add to Cart |

Reviews    Q&A

**225**